HAYNES AND BOONE LLP
30 Rockefeller Plaza
26th Floor
New York, New York 10112
Telephone: (212) 835-4848
Leslie C. Thorne
Richard Kanowitz
Aishlinn Bottini
*Attorneys for Creditor*
*608941 NJ, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** <br> **(Subchapter V)** |
| **JJ ARCH LLC,** | **Case No. 24-10381 (JPM)** |
| Debtor.[1] | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") appears as counsel for 608941 NJ, Inc., ("**Oak**") in the above-captioned chapter 11 case pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

---

[1] The last four digits of the Debtor's federal tax identification number is 4251.

**NOTICE OF APPEARANCE**

Leslie C. Thorne
Richard Kanowitz
Aishlinn Bottini.
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
(212) 659-7300
leslie.thorne@haynesboone.com
richard.kanowitz@haynesboone.com
aishlinn.bottini@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to this case that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Oak: (1) to have an Article III judge adjudicate in the first

instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Oak is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, Oak's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of Oak consistent with Article III of the United States Constitution.

Dated: March 11, 2024.              Respectfully submitted,

                                    */s/ Richard Kanowitz*
                                    Leslie C. Thorne
                                    Richard Kanowitz
                                    Aishlinn Bottini
                                    HAYNES AND BOONE LLP
                                    30 Rockefeller Plaza
                                    26th Floor
                                    New York, New York 10112
                                    Telephone: (212) 835-4848
                                    leslie.thorne@haynesboone.com
                                    richard.kanowitz@haynesboone.com
                                    aishlinn.bottini@haynesboone.com

**ATTORNEYS FOR CREDITOR**
**608941 NJ, INC.**