**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>              Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 24-10381 (JPM) |

## <u>ORDER DISMISSING THE DEBTOR'S BANKRUPTCY CASE</u>

**WHEREAS**, by Notice of Motion dated March 14, 2024 party-in-interest, Jared Chassen moved this Court (the "<u>Motion</u>") for an order granting dismissal of the above-captioned bankruptcy proceedings.

**WHEREAS**, the Court is of the opinion that the relief prayed for in the Motion should be granted; accordingly

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED the above-captioned bankruptcy proceedings are hereby DISMISSED.

DATED: _____, 2024.

                                      _____
                                        THE HONORABLE JOHN P. MASTANDO III
                                        UNITED STATES BANKRUPTCY JUDGE