24-10381 (JPM)

**146 E 89 Borrower 1 LLC**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**146 E 89 Borrower 2 LLC**
Attn: Jonathan Peldman
95 Jessup Lane
Westhampton Beach, NY 11978

**146 E 89 Borrower 3 LLC**
Attn: Adam Peldman
2054 Ralph Avenue
Brooklyn, NY 11234

**1640 Montauk LLC**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**1640 Montauk LLC**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**1640 Motors LLC d/b/a Rever Motors**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**225 HPR LLC**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**35 OAK Holdings Limited**
c/o Haynes and Boone, LLP
Attn: Leslie Thorne
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

**40 Neutral LLC**
Attn: Adam Peldman
2054 Ralph Avenue

Brooklyn, NY 11234

**608941 NJ Inc.**
c/o Haynes and Boone, LLP
Attn: Leslie Thorne
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

**608941 NJ Inc.**
c/o Haynes and Boone, LLP
Attn: Richard Kanowitz
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

**608941 NJ Inc.**
c/o Haynes and Boone, LLP
Attn: Aishlinn Bottini
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

**608941 NJ Inc.**
c/o Haynes and Boone, LLP
Attn: Michael Weiner & Kevin Weiner
35 Oak Street
Toronto, ON M9N 1A1 Canada

**A.Y. Strauss**
Attn: Aaron Strauss
535 Fifth Avenue, 4th Floor
New York, NY 10017

**Adam Leitman Bailey, P.C.**
Attn: Adam Leitman Bailey
One Battery Park Plaza, 18th Floor
New York, NY 10004

**Adam Peldman**
2054 Ralph Avenue
Brooklyn, NY 11234

**Arbor Commercial Funding I, LLC**
Attn: Kenneth Dowling
80 State Street
Albany, NY 12207

**Arbor Realty Trust**

Attn: Geoff Platt
333 Earle Ovington Boulevard, Suite 900
Uniondale, NY 11553

**Arch Real Estate Holdings LLC**
c/o Olshan From Wolosky LLP
Attn: Adam H. Friedman, Esq.
1325 Avenue of the Americas
New York, NY 10019

**Arch Real Estate Holdings LLC**
c/o Polsinelli PC
Attn: Aaron E. Zerykier, Esq.
600 Third Avenue, 42nd Floor
New York, NY 10016

**Avant 435 Capital Lender LLC**
c/o Capitol Services, Inc.
Attn: Adam Lysterborghs
108 Lakeland Avenue
Dover, DE 19901

**Avant Capital**
c/o Kriss & Feuerstein LLP
Attn: Mike Boneville
360 Lexington Avenue, #1200
New York, NY 10017

**BH3 Management**
c/o Reed Smith LLP
Attn: Andrew L. Buck
599 Lexington Avenue, 22nd Floor
New York, NY 10022

**BH3 Management**
Attn: Greg Freedman
56 West 22nd Street, 10th Floor
New York, NY 10010

**BI 44 LLC**
Attn: Steven J. Kassin
43 West 24th Street, Floor 10
New York, NY 10010

**CIM Group**
Attn: Garret Bjorkman

88 University Place
New York, NY 10003 USA

**CIM Group**
c/o Dechert LLP
Attn: Jessica Bula
1095 6th Avenue
New York, NY 10003

**Connect One Bank**
551 Madison Avenue, #202
New York, NY 10022

**Department of the Treasury**
Internal Revenue Service
Kansas City, MO 64999-0014

**Dough Propp**
c/o Phillips Nizer LLP
Attn: Michael Frischman
485 Lexington Avenue
New York, NY 10017

**Drake Real Estate Partners**
Attn: Jose Lievano
1251 Avenue of the Americas, Floor 34
New York, NY 10020

**Drake Real Estate Partners**
Attn: David Cotterman
1251 Avenue of the Americas, Floor 34
New York, NY 10020

**Drake Real Estate Partners**
Attn: Jonathan Gorance
1251 Avenue of the Americas, Floor 34
New York, NY 10020

**First Republic Bank**
c/o Sherman Atlas Sylvester & Stamelman
Attn: Tyler J. Kandel
210 Park Avenue
Florham Park, NJ 07932

**Geico**
1 Geico Blvd.

Fredericksburg, VA 22412

**Great American Insurance Company**
c/o Kaufman Borgeest & Ryan LLP
Attn: Joshua Dilena, Esq.
200 Summit Lake Drive
Valhalla, NY 10595

**Howard Weitschner**
c/o Meister Seelig
Attn: Jeff Schreiber
125 Park Avenue, 7th Floor
New York, NY 10017

**Intuit Inc. (Quickbooks)**
2700 Coast Avenue
Mountain View, CA 94043

**IRE 1700 Alton Loan LLC**
c/o Holland & Knight
Attn: Ilana Strickland
31 West 52nd Street, 12th Floor
New York, NY 10019

**Jared Chassen**
55 Manor Pond Lane
Irvington, NY 10533

**Jared Chassen**
c/o Aidala, Bertuna & Kamins, P.C.
Attn: John M. Leventhal, Esq.
546 5th Avenue, 6th Floor
New York, NY 10036

**Jared Chassen**
c/o Schwartz Law PLLC
Attn: Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038

**Jeffrey Simpson**
Offit Kurman PA
Attn: Jason A. Nagi, Esq.
590 Madison Avenue, 6th Floor
New York, NY 10022

**Jeffrey Simpson**
c/o Altman & Company P.C.
Attn: Steven Altman, Esq.
P.O. Box 590, 123 N. Sea Road
Southampton, NY 11969-0590

**Jeffrey Simpson**
1055 Park Avenue, #4
New York, NY 10028

**JJ NY 550 LLC**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**JJ NY Schwenks LLC**
Attn: Jeffrey Simpson
88 University Place, 11th Floor
New York, NY 10003

**Jonathan Peldman**
95 Jessup Lane
Westhampton Beach, NY 11978

**Kay Properties, LLC**
Attn: Jonathan Peldman
95 Jessup Lane
Westhampton Beach, NY 11978

**Madison Realty Capital**
c/o Kriss & Feuerstein LLP
Attn: Jerry Feuerstein LLP
360 Lexington Avenue, #1200
New York, NY 10017

**Madison Realty Capital**
Attn: Brian Shatz
520 Madison Avenue, Suite 3501
New York, NY 10022

**Michelle Miller**
38 Berry Street, Apt 7A
Brooklyn, NY 11249

**NYS Dept. of Taxation and Finance**
Bankruptcy Section

PO BOX 5300
Albany, NY 12205-0300

**Precise Capital Management**
c/o Sukenik, Segal & Graff, P.C.
Attn: Daniel Gryfe
404 5th Avenue, #5
New York, NY 10018

**State Farm Insurance Companies**
c/o Insurance Support Center East
P.O. Box 588002
North Metro, GA 30029

**Tilden Park Domestic Lending SBC I LLC**
Attn: Michael P. Holland
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

**Tristan Last**
160 West 22nd Street, Apt 605
New York, NY 10011

**Verizon**
1095 Avenue of the Americas
New York, NY 10018

**Walker Dunlop**
c/o King & Spalding
Attn: David Hard
1185 Avenue of the Americas, 34th Floor
New York, NY 10036

**Yedidiah LLC**
Attn: Saul Sutton
160 Greentree DR, Ste 101
Dover, Kent, DE 19904

**Zeichner Ellman & Krause LLP**
Attn: Steven S. Rand
1211 Avenue of the Americas
New York, NY 10036