# EXHIBIT 14

# Printable page

**146 EAST 89 STREET**  **Borough: MANHATTAN**
**Block: 1517 Lot: 149**

## Notes

This account history is for informational purposes only. The amounts below do not include interest due through today. Visit our [NYCePay](#) or [CityPay](#) payment sites for today's balance. Payments made today will be visible the next business day.

## Profile

| | |
|---|---|
| Building Class | C1 - OVER SIX FAMILIES WITHOUT STORES |
| Tax Class | 2B |
| Unused SCRIE Credit | |
| Unused DRIE Credit | |
| Refund Available | |
| Overpayment amount | |

## Account History Summary

| Year | Period | Charge Type | Original Due Date | Interest Begin/Process Date | Charge | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 2024 | 3 | TAX | 01/01/2024 | | 31,921.82 | | 31,921.82 |
| 2024 | 1 | TAX | 07/01/2023 | | 30,743.86 | -30,743.86 | 0.00 |
| 2024 | 1 | CHARGES | 07/01/2023 | | 13.00 | | 13.00 |
| 2023 | 3 | TAX | 01/01/2023 | | 29,868.54 | -29,868.54 | 0.00 |
| 2023 | 3 | CHARGES | 01/01/2023 | | 13.00 | | 13.00 |
| 2023 | 1 | TAX | 07/01/2022 | | 29,713.14 | -29,713.14 | 0.00 |
| 2022 | 3 | TAX | 01/01/2022 | | 27,440.28 | -27,440.28 | 0.00 |
| 2022 | 1 | TAX | 07/01/2021 | | 27,584.20 | -27,584.20 | 0.00 |
| 2022 | 1 | CHARGES | 07/01/2021 | | 13.00 | -13.00 | 0.00 |
| 2021 | 3 | TAX | 01/01/2021 | | 25,112.14 | -25,112.14 | 0.00 |
| 2021 | 1 | TAX | 07/01/2020 | | 27,175.07 | -27,175.07 | 0.00 |
| 2021 | 1 | CHARGES | 07/01/2020 | | 13.00 | -13.00 | 0.00 |
| 2020 | 3 | TAX | 01/01/2020 | | 23,778.28 | -23,778.28 | 0.00 |
| 2020 | 1 | TAX | 07/01/2019 | | 24,314.24 | -24,314.24 | 0.00 |
| 2020 | 1 | CHARGES | 07/01/2019 | | 13.00 | -13.00 | 0.00 |
| 2019 | 3 | TAX | | | 24,107.94 | -24,107.94 | 0.00 |
| 2019 | 3 | CHARGES | | | 467.36 | -467.36 | 0.00 |
| 2019 | 1 | TAX | | | 24,520.50 | -24,520.50 | 0.00 |
| 2019 | 1 | CHARGES | | | 347.26 | -347.26 | 0.00 |

## Account History Details

**Click here for the Account History Details**