**GRIFFIN LLP**

420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone:  (646) 998-5580
Facsimile:  (646) 998-8284
Scott A. Griffin
Frank L. Eaton

*Proposed Counsel for the Debtor*
*and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In re:                                                                   :    Chapter 11
:    (Subchapter V)
JJ ARCH LLC,                                                    :
:    Case No. 24-10381 (JPM)
:
Debtor.[1]              :
:
---------------------------------------------------------------X

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

JJ Arch, LLC, debtor and debtor in possession (the "Debtor") in the chapter 11 case administered under Case No. 24-10381 (JPM) (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") have filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor, with the assistance of its managing member and counsel, prepared the Schedules and SOFA in accordance with section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1]  The last four digits of the Debtor's federal tax identification number are 4251.

Jeffrey Simpson has signed the Schedules and SOFA.  Mr. Simpson is the managing member of JJ Arch LLC. In reviewing and signing the Schedules and SOFA, Mr. Simpson has necessarily relied upon all information available to him. Given the limited amount of information and resources available to the Debtor, time constraints to prepare the schedules, Mr. Simpson has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors.

In preparing the Schedules and SOFA, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and SOFA, subsequent information or discovery may result in material changes to the Schedules and SOFA. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and its agents, and attorneys, do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and SOFA.

For the avoidance of doubt, the Debtor reserves its right to amend and supplement the Schedules and SOFA as may be necessary or appropriate but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and SOFA or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

In no event shall the Debtor or its directors, officers, agents, attorneys, and financial advisors, as applicable, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or

2

its directors, officers, agents, attorneys, or financial advisors, if applicable, are advised of the possibility of such damages.

The Schedules, SOFA, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of the Debtor.

### Global Notes and Overview of Methodology

1. **Description of Case**. On March 7, 2024 (the "Petition Date") the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as debtors in possession pursuant to section 1184 of the Bankruptcy Code. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Schedules and SOFA and should be referenced in connection with any review thereof. In the event that the Schedules or SOFA conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and SOFA as may be necessary or appropriate. Nothing contained in the Schedules or SOFA constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this Chapter 11 Case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contains in this paragraph.

    a. **No Admission**. Nothing contained in the Schedules or SOFA is intended or should be construed as (i) an admission or stipulation of the validity of any claim against the Debtor or any assertion made therein or herein or (ii) a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

    b. **Recharacterization and Classifications**. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The

Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules or SOFA at a later time as is necessary and appropriate.

c. **Claims Description**. Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedule on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend its Schedules as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

d. **Estimates and Assumptions**. The preparation of the Schedules and SOFA required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities. Actual results could differ from such estimates.

e.  **Causes of Action**. Despite reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all rights with respect to any causes of action, and nothing in these Global Notes, Schedules, or SOFA should be construed as a waiver of any such causes of action.

f. **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g. **Insiders**. In the circumstance where the Schedules or SOFA require information regarding "insiders," the Debtor has included information with respect to certain individuals who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedule or SOFA is not intended to be, nor should it be, construed as an admission of any fact, right,

4

claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules or SOFA has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtor, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtor, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

4. **Methodology**

    a. **Basis of Presentation**. The Schedules and SOFA do not purport to represent financial schedules prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFA reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

    b. **Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Schedules or SOFA. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

    c. **Net Book Value**. The Debtor does not have current market valuations for all assets. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all assets. Unless otherwise indicated, the Schedules and SOFA reflect net book values. The Debtor reserves all rights related to the net book value reflected in the Schedules and SOFA. Market values may vary—possibly materially—from net book values. The omission of an asset from the Schedules and SOFA does not constitute a representation regarding the ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

    d. **Unknown Amounts**. The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

    e. **Totals**. All totals that are included in the Schedules or SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

    f. **Property and Equipment**. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are listed in the Schedules. Nothing in the Schedules is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any

lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

g. **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (a) not reflect credits or other adjustments due from such creditors to the Debtor or (b) be net of accrued credits or other adjustments that are actually owed by a creditor to the Debtor on a postpetition basis on account of such credits or other adjustments earned from prepetition payments, if applicable. The Debtor reserves all of its rights with regard to such credits or other adjustments, including, but not limited to, the right to modify the Schedules or SOFA, assert claims objections and/or setoffs with respect to the same, or apply such adjustments in the ordinary course of business on a postpetition basis.

h. **Guarantees and Other Secondary Liability Claims**. The Debtor has exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. The Debtor may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books, records, and contractual agreements. The Debtor reserves their rights, but are not required, to amend the Schedule or SOFA if additional guarantees are identified.

i. **Liens**. The inventories, property, and equipment, as applicable, listed in the Schedules are presented without consideration of any liens.

j. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5. **Details About Environmental Information**. The Debtor has made commercially reasonable efforts to identify the requested information for: (i) material judicial and administrative proceedings; (ii) notices of potential material liability or material violations; and (iii) governmental notifications of material releases, in each case, initiated, pending, or received within approximately five (5) years from the filing date, except with respect to known state or federal hazardous off-site waste disposal sites designated under the Superfund law or state equivalents for which the Debtor disregarded a lookback period. The Debtor acknowledges the possibility that information related to material proceedings, notices and governmental notifications may be discovered subsequent to the filing of the Schedules and SOFA. The Debtor reserves the right to supplement or amend this response in the future if additional information becomes available.

**Fill in this information to identify the case:**

Debtor name    **JJ Arch LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-10381 (JPM)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **01/01/2022** to **12/31/2022** | ☐ Operating a business<br>☒ Other   **Real Estate** | **$1,199,391.08** |
   | **For the fiscal year:**<br>From **01/01/2021** to **12/31/2021** | ☐ Operating a business<br>☒ Other   **Real Estate** | **$1,091,965.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to **Filing Date** | **N/A** | **Unknown** |
   | **For prior year:**<br>From **01/01/2023** to **12/31/2023** | **N/A** | **Unknown** |
   | **For year before that:**<br>From **01/01/2022** to **12/31/2022** | **N/A** | **Unknown** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **YJ Simco LLC**<br>**88 University Place**<br>**New York, NY 10003** | **2/14/2024** | **$38,000.00** | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Reimbursement for various loans that YJ Simco LLC has made to the debtor?s investment entity.** |
| 3.2. **Adam Leitman Bailey PC**<br>**1 Battery Park Plaza, 18th Floor**<br><br>**New York, NY 10004** | **08/09/2023,**<br>**10/06/2023,**<br>**08/25/2023** | **$165,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Arch Real Estate Holdings** |
| 3.3. **Breslow**<br>**100 Jericho Quadrangle, Suite 230**<br><br>**Jericho, NY 11753** | **12/06/2023** | **$2,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.4. **A.Y. Strauss**<br>**535 Fifth Avenue, 4th Floor**<br>**New York, NY 10017** | **08/10/2023** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **YJ Simco or JJ Arch LLC Managing Member individually** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Schedule 1** | | **$0.00** | |
| 4.2. **See Schedule 2 (Comprehensive Accounting** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **N/A** | | | **Unknown** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al<br>2024-01021 | Civil | Supreme Court of the State of New York County of New York ? Commercial Division<br>60 Centre Street<br>New York, NY 10007 | ☐ Pending<br>☒ On appeal<br>☐ Concluded |
| 7.2. | 608941 NJ Inc. v. Jeffrey Simpson, JJ Arch LLC, Arch Real Estate Holdings LLC<br>654963/2023 | Contract | Supreme Court of the State of New York County of New York ? Commercial Division<br>60 Centre Street<br><br>New York, NY 10007 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al<br>158055/2023 | Civil | Supreme Court of the State of New York County of New York ? Appellate Division 1st Dept.<br>60 Centre Street<br>New York, NY 10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | 608941 NJ INC. v. Simpson et al<br>1:23-cv-08966-ALC | Civil | U.S. District Court Southern District of New York<br>500 Pearl St<br>New York, NY 10007 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Chabad of Watermill**<br>**40 Winding Way**<br>**Water Mill, NY 11976** | **Religion charity** | | **Unknown** |
| **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Griffin LLP**<br>**420 Lexington Ave**<br>**New York, NY 10170** | | **02/02/2024** | **$31,542.00** |
| **Email or website address**<br>**sgriffin@grifflegal.com** | | | |
| **Who made the payment, if not debtor?**<br>**Great American Insurance Co. on behalf of JJ Arch LLC** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| N/A | | | $0.00 |
| Trustee | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Arch Builders | Pickup truck utilized for the purposes of the Arch operating businesses. | | Unknown |
| | Relationship to debtor | | | |

---

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1230 Park Avenue<br>New York, NY 10128 | April 2011 - October 2020 |
| 14.2. | 524 Broadway<br>New York, NY 10012 | March 2018 - March 2021 |
| 14.3. | 15 West 27th Street, 6th Floor<br>New York, NY 10018 | April 2021 - N/A |

---

### Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citizens Bank** | **XXXX-3611** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **N/A** | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **N/A**<br>**N/A** | **N/A** | **N/A** | ☒ No<br>☐ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **N/A**<br>**N/A** | **N/A** | **N/A** | ☒ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Arch 11 Greene St MM LLC** | **Investment entity** | EIN:    82-3713315<br><br>From-To |
| 25.2.  **Arch 701 S. Juniper MM LLC** | **Investment entity** | EIN:    82-5073691<br><br>From-To |
| 25.3.  **Arch 45 Savings MM LLC** | **Investment entity** | EIN:    83-0739265<br><br>From-To |
| 25.4.  **Arch 5401 California MM LLC** | **Investment entity** | EIN:    83-3832863<br><br>From-To |
| 25.5.  **Midtown Oaks MM JV LLC** | **Investment entity** | EIN:    84-2742801<br><br>From-To |

| | | | | |
|---|---|---|---|---|
| 25.6. | **Camelot MM JV LLC** | **Investment entity** | **EIN:** | **84-2934149** |
| | | | From-To | |
| 25.7. | **Arch MM 550 Metropolitan Ave LLC** | **Investment entity** | **EIN:** | **84-4923652** |
| | | | From-To | |
| 25.8. | **NCSC MM JV LLC** | **Investment entity** | **EIN:** | **84-3599202** |
| | | | From-To | |
| 25.9. | **Arch Cambridge MM LLC** | **Investment entity** | **EIN:** | **83-2116185** |
| | | | From-To | |
| 25.10. | **Arch Real Estate Holdings LLC** | **Real estate** | **EIN:** | **82-3604000** |
| | | | From-To | |
| 25.11. | **Arch Builders LLC** | **Real estate** | **EIN:** | **83-4375166** |
| | | | From-To | |
| 25.12. | **Arch Builders NY LLC** | **Real estate** | **EIN:** | **83-4375166** |
| | | | From-To | |
| 25.13. | **Arch Developers** | **Real estate** | **EIN:** | **86-3943672** |
| | | | From-To | |
| 25.14. | **Arch Advisors** | **Real estate** | **EIN:** | **Unknown** |
| | | | From-To | |
| 25.15. | **Arch Asset Management LLC** | **Real estate** | **EIN:** | **83-3170482** |
| | | | From-To | |
| 25.16. | **Arch Property Management LLC** | **Real estate** | **EIN:** | **83-3107347** |
| | | | From-To | |
| 25.17. | **Ore Living II** | **Real estate** | **EIN:** | **88-2322336** |
| | | | From-To | |
| 25.18. | **Arch Property Holdings 1 LLC** | **Real estate** | **EIN:** | **83-3839191** |
| | | | From-To | |
| 25.19. | **9 Vandam MM JV LLC** | **Real estate** | **EIN:** | **87-2996263** |
| | | | From-To | |
| 25.20. | **Arch Cambridge MM LLC** | **Real estate** | **EIN:** | **83-2116185** |
| | | | From-To | |

| 25.21 | NCSC MM JV LLC | Real estate | EIN: | 87-3976572 |
| | | | From-To | |

| 25.22 | NCSC JV Holdings LLC | Real estate | EIN: | 88-1884346 |
| | | | From-To | |

| 25.23 | NCSC JV LLC | Real estate | EIN: | 84-3598987 |
| | | | From-To | |

| 25.24 | Camelot MM JV LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.25 | Camelot Class B JV LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.26 | 88 Arch MM LLC | Real estate | EIN: | 87-4744915 |
| | | | From-To | |

| 25.27 | 88 Arch LLC | Real estate | EIN: | 87-4285603 |
| | | | From-To | |

| 25.28 | 88 Tower LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.29 | 88 Tower Member LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.30 | Tower Investors LLC | Real estate | EIN: | 81-4007947 |
| | | | From-To | |

| 25.31 | Tower Owner Two LLC | Real estate | EIN: | 82-0741669 |
| | | | From-To | |

| 25.32 | Myrtle Point MM Manager LLC | Real estate | EIN: | 88-1289830 |
| | | | From-To | |

| 25.33 | Myrtle Point MM JV LLC | Real estate | EIN: | 85-3594135 |
| | | | From-To | |

| 25.34 | Myrtle Point JV LLC | Real estate | EIN: | 85-3583324 |
| | | | From-To | |

| 25.35 | Ridgewood Tower Member LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 25.36 | Ridgewood Tower LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.37 | Midtown Oaks MM JV LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.38 | Midtown Oaks JV LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.39 | 1351 Dekalb Condo Development LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.40 | Midtown Oaks JV Holding LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.41 | 1010 Bushwick LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.42 | 1010 Bushwick LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.43 | 435 Central Condo Development LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.44 | Columbia MM JV LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.45 | DA Columbia 1, LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.46 | HAMR Holdings 2 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.47 | HAMR Borrower 2 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.48 | HAMR Holdings 1 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.49 | HAMR Borrower 1 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |
| 25.50 | HAMR Holdings 3 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.51 | **HAMR Borrower 3 LLC** | Real estate | EIN: | Unknown |
|---|---|---|---|---|
|  |  |  | From-To |  |
| 25.52 | **Drake Arch Columbia 1 LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |
| 25.53 | **Center Point 3 MM LLC** | Real estate | EIN: | 87-3638166 |
|  |  |  | From-To |  |
| 25.54 | **Center Point Owner 1 LLC** | Real estate | EIN: | 87-3817595 |
|  |  |  | From-To |  |
| 25.55 | **Center Point Borrower 1 LLC** | Real estate | EIN: | 87-3802391 |
|  |  |  | From-To |  |
| 25.56 | **Center Point Owner 2 LLC** | Real estate | EIN: | 87-3838881 |
|  |  |  | From-To |  |
| 25.57 | **Center Point Borrower 2 LLC** | Real estate | EIN: | 87-3802562 |
|  |  |  | From-To |  |
| 25.58 | **Center Point Owner 3 LLC** | Real estate | EIN: | 87-3839008 |
|  |  |  | From-To |  |
| 25.59 | **Center Point Borrower 3 LLC** | Real estate | EIN: | 87-3816699 |
|  |  |  | From-To |  |
| 25.60 | **Pebble Creek MM JV LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |
| 25.61 | **Drake Arch Birmingham 1, LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |
| 25.62 | **Pebble Creek Borrower LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |
| 25.63 | **Arch Tuscaloosa MM LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |
| 25.64 | **Drake Arch Tuscaloosa 1, LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |
| 25.65 | **3504 12th Owner LLC** | Real estate | EIN: | Unknown |
|  |  |  | From-To |  |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 25.66 | 235 James Owner LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.67 | 3820 1st Owner LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.68 | 3200 N Haverhill GP LLC | Real estate | EIN: | 88-3116827 |
| | | | From-To | |

| 25.69 | 3200 N Haverhill | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.70 | 3200 N Haverhill MM LLC | Real estate | EIN: | 88-2972918 |
| | | | From-To | |

| 25.71 | 3200 N Haverhill Owner LLC | Real estate | EIN: | 88-2972698 |
| | | | From-To | |

| 25.72 | 3200 N Haverhill Borrower LLC | Real estate | EIN: | 88-2715742 |
| | | | From-To | |

| 25.73 | 3200 N Haverhill Owner 2 LLC | Real estate | EIN: | 88-2997321 |
| | | | From-To | |

| 25.74 | 3200 N Haverhill Borrower 2 LLC | Real estate | EIN: | 88-3063937 |
| | | | From-To | |

| 25.75 | 3200 N Haverhill Owner 3 LLC | Real estate | EIN: | 88-2997392 |
| | | | From-To | |

| 25.76 | 3200 N Haverhill Borrower 3 LLC | Real estate | EIN: | 88-3064038 |
| | | | From-To | |

| 25.77 | 1580 Nostrand LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.78 | Arch Property Holdings 4 | Real estate | EIN: | 83-3892928 |
| | | | From-To | |

| 25.79 | Arch Property Holdings 4 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

| 25.80 | Arch Property Holdings 2 LLC | Real estate | EIN: | Unknown |
| | | | From-To | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | JJ Arch LLC | Case number *(if known)* | 24-10381 (JPM) |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lear & Pannepacker, LLP** **791 Alexander Rd** **Princeton, NJ 08540** | **N/A** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Lear & Pannepacker, LLP** **791 Alexander Rd** **Princeton, NJ 08540** | **N/A** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Jeffrey Simpson** **88 University Place, 2nd Floor** **New York, NY 10003** | **N/A** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Jared Chassen** **55 Manor Pond Lane** **Irvington, NY 10533** | **N/A** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. **Yechiel Lehrfield** **88 University Place, 2nd Floor** **New York, NY 10003** | **N/A** |

| Name and address | Date of service From-To |
|---|---|
| 26b.5. **Rebbecca Tocarez** **88 University Place, 2nd Floor** **New York, NY 10003** | **N/A** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **35 Oak Holdings Limited** **35 Oak Street, North York** **Toronto, CA-ON M9N 1A1, Canada** | |
| 26c.2. **Arch Real Estate Holdings LLC** **88 University Place, 2nd Floor** **New York, NY 10003** | |
| 26c.3. **Lear & Pannepacker, LLP** **791 Alexander Rd** **Princeton , NJ 08540** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.4.**    **Scott Herckis**<br>**33 Brodwood Dr**<br>**Stamford, CT 06902** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.**    **ConnectOne Bank**<br>**744 E Palisade Avenue**<br>**Englewood Cliffs, NJ 07632** |
| **26d.2.**    **First Republic Bank**<br>**111 Pine St**<br>**San Francisco, CA 94111** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Jared Chassen** | **January 2024** | **Unknown dollar amount. The inventory was comprised of vehicles.** |

| Name and address of the person who has possession of inventory records |
|---|
| **N/A** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Simpson** | **88 University Place**<br>**2nd floor**<br>**New York, NY 10003** | **Managing Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jared Chassen** | **88 University Place**<br>**2nd Floor**<br><br>**New York, NY 10003** | **Non-controlling member** | **December 2017 - August 2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **N/A** | | | |

| Relationship to debtor |
|---|
| |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Arch Real Estate Holdings LLC** | **EIN:** 82-3604000 |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 23, 2024__

__/s/ Jeffrey Simpson__                          __Jeffrey Simpson__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __Managing Member__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Schedule 1**

| Insider's name and address Relationship to Debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Jeffrey Simpson – 1055 Park Avenue #4 New York, NY 10028  Managing Member | May 2023 | $ 30,000.00 | Distribution from Line of Credit Remainder |
| Jeffrey Simpson - Managing Member | May 2023 | $ 2,500.00 | Feb 2023 Rent |
| Jeffrey Simpson - Managing Member | May 2023 | $ 5,754.29 | Feb 2023 Guaranteed Payment per Arch Real Estate Holdings (AREH) |
| Jeffrey Simpson - Managing Member | May 2023 | $ 2,500.00 | March 2023 Rent |
| Jeffrey Simpson - Managing Member | May 2023 | $ 18,719.96 | Mar 2023 Guaranteed Payment per AREH |
| Jeffrey Simpson - Managing Member | June 2023 | $ 20,000.00 | Guaranteed Payment per AREH advance |
| Jeffrey Simpson - Managing Member | June 2023 | $ 23,000.00 | Advance to Jeffrey Simpson to be reimbursed to Jared Chassen |
| Jeffrey Simpson - Managing Member | June 2023 | $ 2,500.00 | April 2023 rent |
| Jeffrey Simpson - Managing Member | June 2023 | $ 31,765.78 | April 2023 Guaranteed Payment per AREH |
| Jeffrey Simpson - Managing Member | July 2023 | $ 2,500.00 | May 2023 rent |
| Jeffrey Simpson - Managing Member | July 2023 | $ 15,602.77 | May 2023 Guaranteed Payment per AREH |
| Jeffrey Simpson - Managing Member | May 2023 | $ 1,500.00 | February 2023 Rent 66 WMTR LLC |
| Jeffrey Simpson - Managing Member | May 2023 | $ 1,500.00 | March 2023 Rent 266 WMTR LLC |

| | | | |
|---|---|---|---|
| Jeffrey Simpson - Managing Member | June 2023 | $ 1,500.00 | April 2023 Rent 266 WMTR LLC |
| Jeffrey Simpson - Managing Member | July 2023 | $ 1,500.00 | May 2023 Rent 266 WMTR LLC |
| Jeffrey Simpson - Managing Member | June 2023 | $ 25,000.00 | #HAMGR Caterers |
| Jeffrey Simpson - Managing Member | June 2023 | $ 9,201.75 | #5GR40 Entertainment Inc. |
| Jeffrey Simpson - Managing Member | May 2023 | $ 11,682.00 | #5O4HM Events |
| Jeffrey Simpson - Managing Member | June 2023 | $ 11,482.00 | #5O4HM Events |
| Jeffrey Simpson - Managing Member | January 2023 | $ 146.47 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | February 2023 | $ 163.87 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | March 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | April 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | May 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | June 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | July 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | August 2023 | $ 171.53 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | September 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | October 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | November 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5853 |

| Jeffrey Simpson - Managing Member | December 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | August 2023 | $ 127,854.64 | 88 Schwenks LLC Sale Proceeds |
| Jeffrey Simpson - Managing Member | January 2023 | $ 146.47 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | February 2023 | $ 163.87 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | March 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5853 |
| Jeffrey Simpson - Managing Member | April 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5854 |
| Jeffrey Simpson - Managing Member | May 2023 | $ 158.95 | Geico Prem - Jeffrey Simpson #5855 |
| Jeffrey Simpson - Managing Member | June 2023 | $ 158.95 | #HAMGR Career |
| Jeffrey Simpson - Managing Member | July 2023 | $ 158.93 | Geico Prem - Jeffrey Simpson #5857 |
| Jeffrey Simpson - Managing Member | August 2023 | $ 171.53 | Geico Prem - Jeffrey Simpson #5858 |
| Jeffrey Simpson - Managing Member | September 2023 | $ 166.61 | Geico Prem -Jeffrey Simpson #5859 |
| Jeffrey Simpson - Managing Member | October 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5860 |
| Jeffrey Simpson - Managing Member | November 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5861 |
| Jeffrey Simpson - Managing Member | December 2023 | $ 166.61 | Geico Prem - Jeffrey Simpson #5862 |
| Jeffrey Simpson - Managing Member | January 2024 | $ 166.63 | Geico Prem - Jeffrey Simpson #5863 |
| Jared Chassen – 55 Manor Pond Lane, Irvington, NY 10533 | January 2023 | $ 584.03 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |

| | | | |
|---|---|---|---|
| Former Non-controlling Member | | | |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ 595.87 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ 489.33 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | April 2023 | $ 555.80 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ 580.01 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | June 2023 | $ 394.13 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | July 2023 | $ 479.22 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | August 2023 | $ 481.60 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | September 2023 | $ 481.60 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | October 2023 | $ 481.60 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 |
| Jared Chassen - Former Non-controlling Member | January 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | April 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ 138.32 | Verizon - Jared Chassen |

| Jared Chassen - Former Non-controlling Member | July 2023 | $ 276.64 | Verizon - Jared Chassen |
|---|---|---|---|
| Jared Chassen - Former Non-controlling Member | August 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | September 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | October 2023 | $ 138.32 | Verizon - Jared Chassen |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ 93.09 | State Farm - 1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313400 |
| Jared Chassen - Former Non-controlling Member | January 2023 | $ 27,211.85 | Amex  - Jared Chassen …0040 |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ 10,000.00 | Amex - Jared Chassen …0040 |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ 13,636.08 | Amex - Jared Chassen …0040 |
| Jared Chassen - Former Non-controlling Member | June 2023 | $ 10,000.00 | Amex - Jared Chassen …0040 |
| Jared Chassen - Former Non-controlling Member | July 2023 | $ 36,789.25 | Amex - Jared Chassen …0040 |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ 15,000.00 | Amex - Jared Chassen …0099 |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ 12,251.15 | Amex - Jared Chassen  - A7995…0040 |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ 14,039.66 | Amex - Jared Chassen A5144…0040 |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ 14,500.00 | NYC Dep of Fin. - Tax payment Chamcha Real Estate |
| Jared Chassen - Former Non-controlling Member | January 2023 | $ 1,033.09 | Veridian Credit Union - Jared Chassen #6369 |

| | | | | |
|---|---|---|---|---|
| Jared Chassen - Former Non-controlling Member | February 2023 | $ | 1,033.09 | Veridian Credit Union  - Jared Chassen #6369 |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ | 1,033.09 | Veridian Credit Union - Jared Chassen #6369 |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ | 30,000.00 | Distribution from Line of Credit Remainder |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ | 11,042.62 | Mar 2023 Guaranteed Payment per AREH |
| Jared Chassen - Former Non-controlling Member | June 2023 | $ | 46,040.75 | April 2023 Guaranteed Payment per AREH |
| Jared Chassen - Former Non-controlling Member | July 2023 | $ | 47,567.34 | May 2023 Guaranteed Payment per AREH |
| Jared Chassen - Former Non-controlling Member | August 2023 | $ | 127,854.64 | 88 Schwenks Proceeds |
| Jared Chassen - Former Non-controlling Member | August 2023 | $ | 9,400.00 | Elmwood Day School |
| Jared Chassen - Former Non-controlling Member | August 2023 | $ | 25,000.00 | Chamcha Real Estate Inc. |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ | 9,283.25 | Advance Guaranteed Payment per AREH |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ | 57,248.70 | May - Dec Guaranteed Payment per AREH |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ | 36,304.25 | Feb 2023 Guaranteed Payment per AREH |
| Jared Chassen - Former Non-controlling Member | January 2023 | $ | 20,000.00 | $10k (x2) JJ Arch distribution and investment to 1640 Motors LLC |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ | 55,000.00 | Funds to 1640 Motors LLC |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ | 21,500.00 | Funds to 1640 Motors LLC |

| Jared Chassen - Former Non-controlling Member | May 2023 | $ | 27,500.00 | Funds to 1640 Motors LLC |
|---|---|---|---|---|
| Jared Chassen - Former Non-controlling Member | June 2023 | $ | 25,000.00 | Funds to 1640 Motors LLC |
| Jared Chassen - Former Non-controlling Member | July 2023 | $ | 10,000.00 | Funds to 1640 Motors LLC |
| Jared Chassen - Former Non-controlling Member | August 2023 | $ | 25,000.00 | Funds to 1640 Motors LLC |
| Jared Chassen - Former Non-controlling Member | February 2023 | $ | 10,000.00 | Fund 1640 Motors LLC payroll |
| Jared Chassen - Former Non-controlling Member | March 2023 | $ | 7,500.00 | Fund 1640 Motors LLC payroll |
| Jared Chassen - Former Non-controlling Member | April 2023 | $ | 17,000.00 | Fund 1640 Motors LLC payroll |
| Jared Chassen - Former Non-controlling Member | May 2023 | $ | 4,000.00 | Fund 1640 Motors LLC payroll |
| Jared Chassen - Former Non-controlling Member | April 2023 | $ | 6,000.00 | Fund 1640 Motors LLC payroll taxes |
| Jared Chassen - Former Non-controlling Member | April 2023 | $ | 2,000.00 | Fund 1640 Motors LLC payroll taxes |

# SCHEDULE 2

| | 2023 | | | | | | | | | | | | 2024 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | January | February | March | April | May | June | July | August | September | October | November | December | January | February |
| **Credits** | | | | | | | | | | | | | | |
| ***Arch Real Estate Holdings LLC Account  (account # 5342), Guaranteed Payment Income to JJ Arch LLC*** | | | | | | | | | | | | | | |
| Aug & Sep 2022 Guaranteed payment per AREH | 198,016.18 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct - Dec Guaranteed payment per AREH | - | 297,024.27 | - | - | - | - | - | - | - | - | - | - | - | - |
| Jan 2023 | - | - | 99,008.09 | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2023 Guaranteed payment per AREH | - | - | - | - | 99,008.09 | - | - | - | - | - | - | - | - | - |
| Mar 2023 Guaranteed payment per AREH | - | - | - | - | 99,008.09 | - | - | - | - | - | - | - | - | - |
| April 2023 Guaranteed payment per AREH | - | - | - | - | - | 99,008.09 | - | - | - | - | - | - | - | - |
| May 2023 Guaranteed payment per AREH | - | - | - | - | - | - | 99,008.09 | - | - | - | - | - | - | - |
| JJ Arch invoices #47 and #55 | - | - | - | 5,690.97 | - | - | - | - | - | - | - | - | - | - |
| AREH Reimbursements to JJ Arch LLC for expenses | | | | | | | | | | | | | | |
| ***Austin Woods Operating Account (Account #1846)*** | | | | | | | | | | | | | | |
| Advance Guaranteed payment per AREH 89th | - | - | 9,283.25 | - | - | - | - | - | - | - | - | - | - | - |
| ***Arch builders Midtown Account  (account #2177)*** | | | | | | | | | | | | | | |
| JJ Arch invoice | - | - | - | 9,189.30 | 7,846.15 | - | - | - | - | - | - | - | - | - |
| ***Arch Builders Camelot Account (account #2185)*** | | | | | | | | | | | | | | |
| Invoice #56 | - | - | - | 28.12 | - | - | - | - | - | - | - | - | - | - |
| ***Arch Builder Vandam Account (account #2169)*** | | | | | | | | | | | | | | |
| JJ Arch invoice #54 | - | - | - | 3,010.42 | - | - | - | - | - | - | - | - | - | - |
| Francis Foster | - | - | - | 7,500.00 | - | - | - | - | - | - | - | - | - | - |
| ***Unknown Account (6968), Myrtle Point*** | | | | | | | | | | | | | | |
| Repay stil from 1/21 for MRC replensh | 215,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Myrtle CA P Call, 2B RPLCD dist. | 215,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ***Austin Woods Operating Account  (account #1846)*** | | | | | | | | | | | | | | |
| Credit contrib. to JJ Arch for Jeffrey Simpson exp to be reimbursed | - | - | - | - | - | 50,000.00 | - | - | - | - | - | - | - | - |
| **JJ Arch Contributions** | | | | | | | | | | | | | | |
| **JJ Arch LLC Proceeds** | | | | | | | | | | | | | | |
| 88 Schwenks Land Sale Proceeds | - | - | - | - | - | - | - | 255,709.27 | - | - | - | - | - | - |
| From "SAV 50017311486" | - | - | - | - | - | - | - | 25,000.00 | - | - | - | - | - | - |
| ConnectOne 89th loan cover payment | - | - | - | - | - | - | - | - | 35,352.19 | - | - | - | - | - |
| JPMchase transfer JJ Arch 16031059489 9200502231 | - | - | - | - | - | - | - | - | - | - | - | 1,176.40 | - | - |
| State Fa1640 Motors LLC RO 27 JJ Arch 17 S 1314542717 9000313004 | - | - | - | - | - | - | - | - | - | - | - | 1,751.17 | 1,751.17 | - |
| From 225 HPR LLC | - | - | - | - | - | - | - | - | - | 15,000.00 | - | - | - | - |
| ***1640 Motors LLC Account (account #1132)*** | | | | | | | | | | | | | | |
| $10K (x2) JJ Arch distribution and investment to 1640 Motors LLC | 20,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Funds to Rever Motors | - | 55,000.00 | 21,500.00 | - | - | - | - | - | - | - | - | - | - | - |
| Fund payroll | - | 10,000.00 | 7,500.00 | 17,000.00 | - | - | - | - | - | - | - | - | - | - |
| Fund payroll tax | - | - | - | 6,000.00 | - | - | - | - | - | - | - | - | - | - |
| Fund 1640 Motors LLC payroll taxes | - | - | - | 2,000.00 | - | - | - | - | - | - | - | - | - | - |
| Advance to 1640 M TK expenses | - | - | - | - | 7,000.00 | 20,000.00 | - | - | - | - | - | - | - | - |
| ***JJ NY 550 LLC Account  (account #1124)*** | | | | | | | | | | | | | | |
| Fund insurance | - | 4,000.00 | - | - | - | - | - | - | - | - | - | - | - | - |

| | January | February | March | April | May | June | July | August | September | October | November | December | January (2024) | February (2024) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jeffrey Simpson Contributions** | | | | | | | | | | | | | | |
| *YI Simco Account (account #3021)* | | | | | | | | | | | | | | |
| Jeffrey Simpson contribution | - | - | - | - | - | 50,000.00 | - | - | - | 145,000.00 | 47,516.13 | - | - | - |
| Line of Credit Payoff (fully funded by Jeffrey Simpson) | - | - | - | - | - | 1,000,000.00 | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| *Jeffrey Simpson or another entity owned by Jeffrey Simpson Account (1486)* | | | | | | | | | | | | | | |
| Fund to 1640 Motors LLC | - | 55,000.00 | 21,500.00 | - | - | - | - | - | - | - | - | - | - | - |
| Fund 1640 Motors LLC payroll tax | - | - | - | 2,000.00 | - | - | - | - | - | - | - | - | - | - |
| Fund payroll | - | - | 7,500.00 | 17,000.00 | - | - | - | - | - | - | - | - | - | - |
| Fund payroll tax | - | - | - | 6,000.00 | - | - | - | - | - | - | - | - | - | - |
| May-Dec Guaranteed payment per AREH draw | - | 295,144.80 | - | - | - | - | - | - | - | - | - | - | - | - |
| Advance for 89th | - | - | 20,715.98 | - | - | - | - | - | - | - | - | - | - | - |
| January rent | - | - | - | 2,500.00 | - | - | - | - | - | - | - | - | - | - |
| January Guaranteed payment per AREH | - | - | - | 45,824.15 | - | - | - | - | - | - | - | - | - | - |
| Fund Divvy / 1640 Motors LLC / Other MCS. expenses | - | - | - | - | 25,000.00 | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| *266 WMTR LLC Account  (account #6071)* | | | | | | | | | | | | | | |
| May-Dec, Jan,  rent paid Guaranteed payment per AREH | - | 12,000.00 | - | 1,500.00 | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Jared Chassen Contributions** | | | | | | | | | | | | | | |
| Veridian cu vcu extxfr Jared Chassen - Unknown Account | - | - | 1,104.01 | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| *Unknown Account (8754)* | | | | | | | | | | | | | | |
| Reimburse May-Dec | - | - | 35,144.72 | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Debit** | | | | | | | | | | | | | | |
| **JJ Arch LLC Distributions** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| State Farm 1640 Motors LLC RO 27 JJ Arch 17 S 1314542717 9000313004 | 1,413.17 | 1,385.14 | 1,417.64 | 1,441.14 | 1,441.14 | 1,465.09 | 1,465.09 | 1,465.09 | - | 1,465.09 | 1,465.09 | 1,751.17 | 1,751.17 | - |
| JPMchase transfer JJ Arch 16031059489 9200502231 | 1,176.40 | 1,176.40 | 1,176.40 | 1,176.40 | 1,176.40 | - | 1,176.40 | - | 1,176.40 | 1,176.40 | 1,176.40 | 1,176.40 | - | - |
| Lear & Pannepacker | - | - | 2,245.00 | - | - | - | - | - | - | - | - | - | - | - |
| NYS DTF PIT Tax payment PL2395447222 N146013200 | - | - | 1,500.00 | - | - | - | - | - | - | - | - | - | - | - |
| NYS DTF tax payment Peex2303156165228 000000096115822 146013200D | - | - | 11,000.00 | - | - | - | - | - | - | - | - | - | - | - |
| DELANEY CORP SALE JJ Arch 9215986202 | - | - | - | 285.00 | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| ConnectOne Pay off Debt. (was 50% Jeffrey Simpson 50% Jared Chassen but became 99.2% Jeffrey Simpson and Interest from JJ Arch | - | - | - | - | - | 1,007,972.22 | - | - | - | - | - | - | - | - |
| #1124 Contribution to cover debt service | - | - | - | - | - | - | 3,000.00 | - | 2,000.00 | 2,000.00 | - | - | - | - |
| E89 Borrower payment | - | - | - | - | - | - | - | - | - | 3,000.00 | - | - | - | - |
| Breslow and Walker LLP #N7XEF | - | - | - | - | - | 10,000.00 | - | - | - | - | - | - | - | - |
| QuickBooks payment | - | - | - | - | - | - | 217.75 | 217.75 | - | 217.75 | 217.75 | 217.75 | 217.75 | - |
| Cover Payroll Arch R.E. Holdings | - | - | - | - | - | - | - | - | - | 10,000.00 | - | - | - | - |
| Arch R.E. Holdings (Legal) | - | - | - | - | - | - | - | - | - | 125,000.00 | 7,516.13 | - | - | - |
| Sam P. Israel, P.C. Legal bills JJ Arch | - | - | - | - | - | - | - | - | - | 20,000.00 | 40,000.00 | - | - | - |
| | | | | | | | | | | | | | | |
| **Jeffrey Simpson Distributions** | | | | | | | | | | | | | | |
| *Jeffrey Simpson or other entity owned by Jeffrey Simpson Account  (acco* | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Distribution from Line Of Credit Remainder | - | - | - | 30,000.00 | - | - | - | - | - | - | - | - | - | - |
| Feb 2023 Rent | - | - | - | 2,500.00 | - | - | - | - | - | - | - | - | - | - |
| Feb 2023 Guaranteed payment per AREH | - | - | - | 5,754.29 | - | - | - | - | - | - | - | - | - | - |
| Mar 2023 Rent | - | - | - | 2,500.00 | - | - | - | - | - | - | - | - | - | - |
| Mar 2023 Guaranteed payment per AREH | - | - | - | 18,719.96 | - | - | - | - | - | - | - | - | - | - |
| Guaranteed payment per AREH Advance | - | - | - | - | - | 20,000.00 | - | - | - | - | - | - | - | - |
| Advance to Jeffrey Simpson to be reimburse to Jared Chassen | - | - | - | - | - | 23,000.00 | - | - | - | - | - | - | - | - |
| April 2023 Rent | - | - | - | 2,500.00 | - | - | - | - | - | - | - | - | - | - |
| April 2023 Guaranteed payment per AREH | - | - | - | 31,765.78 | - | - | - | - | - | - | - | - | - | - |

| | 2025 January | February | March | April | May | June | July | August | September | October | November | December | 2024 January | February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May 2023 Rent | - | - | - | - | - | - | 2,500.00 | - | - | - | - | - | - | - |
| May 2023 Guaranteed payment per AREH | - | - | - | - | - | - | 15,602.77 | - | - | - | - | - | - | - |
| **266 WMTR LLC Account (account #6071)** | | | | | | | | | | | | | | |
| Feb 2023 Rent 266 WMTR LLC | - | - | - | 1,500.00 | - | - | - | - | - | - | - | - | - | - |
| Mar 2023 Rent 266 WMTR LLC | - | - | - | 1,500.00 | - | - | - | - | - | - | - | - | - | - |
| April 2023 Rent 266 WMTR LLC | - | - | - | - | - | 1,500.00 | - | - | - | - | - | - | - | - |
| May 2023 Rent 266 WMTR LLC | - | - | - | - | - | - | 1,500.00 | - | - | - | - | - | - | - |
| #HAMGR Caterers | - | - | - | - | - | 25,000.00 | - | - | - | - | - | - | - | - |
| #5GR40 Entertainment inc. | - | - | - | - | - | - | 9,201.75 | - | - | - | - | - | - | - |
| #5O4HM events | - | - | - | - | 11,682.00 | 11,482.00 | - | - | - | - | - | - | - | - |
| Geico Prem Coll Jeffrey Simpson #5853 | 146.47 | 163.87 | 158.95 | 158.95 | 158.95 | 158.95 | 158.93 | 171.53 | 166.61 | 166.61 | 166.61 | 166.61 | 166.63 | - |
| 88 Schwenks LLC Sale Proceeds | - | - | - | - | - | - | - | 127,854.64 | - | - | - | - | - | - |
| **Jared Chassen Distributions** | | | | | | | | | | | | | | |
| State Fa1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313004 | 584.03 | 595.87 | 489.33 | 555.80 | 580.01 | 394.13 | 479.22 | 481.60 | 481.60 | 481.60 | - | - | - | - |
| State Fa1640 Motors LLC RO 27 Jared Chassen 17 S 13121481117 9000313400 | - | 93.09 | - | - | - | - | - | - | - | - | - | - | - | - |
| Amex Jared Chassen ...0040 | 27,211.85 | 10,000.00 | - | - | 13,636.08 | 10,000.00 | 36,789.25 | - | - | - | - | - | - | - |
| Amex Jared Chassen ...0099 | - | 15,000.00 | - | - | - | - | - | - | - | - | - | - | - | - |
| Amex Jared Chassen  - A7995...0040 | - | 12,251.15 | - | - | - | - | - | - | - | - | - | - | - | - |
| Amex Jared Chassen A5144...0040 | - | - | 14,039.66 | - | - | - | - | - | - | - | - | - | - | - |
| Verizon Jared Chassen | 138.32 | 138.32 | 138.32 | 138.32 | 138.32 | - | 276.64 | 138.32 | 138.32 | 138.32 | 138.32 | 138.32 | 143.32 | - |
| NYC DEP of Finance tax payment Chamcha real estate | - | - | 14,500.00 | - | - | - | - | - | - | - | - | - | - | - |
| Veridian cu vcu extxfr Jared Chassen #6369 | 1,033.09 | 1,033.09 | 1,033.09 | - | - | - | - | - | - | - | - | - | - | - |
| **Austin Woods Operating Account (account #1846)** | | | | | | | | | | | | | | |
| Distribution from LOC Remainder | - | - | - | - | 30,000.00 | - | - | - | - | - | - | - | - | - |
| Mar 2023 Guaranteed payment per AREH | - | - | - | - | 11,042.62 | - | - | - | - | - | - | - | - | - |
| April 2023 Guaranteed payment per AREH | - | - | - | - | - | 46,040.75 | - | - | - | - | - | - | - | - |
| May 2023 Guaranteed payment per AREH | - | - | - | - | - | - | - | 47,567.34 | - | - | - | - | - | - |
| 88 Schwenks LLC Sale Proceeds | - | - | - | - | - | - | - | 127,854.64 | - | - | - | - | - | - |
| Elmwood Day School | - | - | - | - | - | - | - | 9,400.00 | - | - | - | - | - | - |
| Chamcha RE Inc. | - | - | - | - | - | - | - | 25,000.00 | - | - | - | - | - | - |
| **Austin Woods Operating Account (account #1846)** | | | | | | | | | | | | | | |
| Advance Guaranteed payment per AREH 89th | - | - | 9,283.25 | - | - | - | - | - | - | - | - | - | - | - |
| May - Dec Guaranteed payment per AREH | - | - | - | - | 57,248.70 | - | - | - | - | - | - | - | - | - |
| Feb 2023 Guaranteed payment per AREH | - | - | - | - | 36,304.25 | - | - | - | - | - | - | - | - | - |
| **1640 Motors LLC Account (account #1132)** | | | | | | | | | | | | | | |
| $10K (x2) JJ Arch distribution and investment to 1640 Motors LLC | 20,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Funds to 1640 Motors LLC | - | 55,000.00 | 21,500.00 | - | 27,500.00 | 25,000.00 | 10,000.00 | 25,000.00 | - | - | - | - | - | - |
| Fund payroll | - | 10,000.00 | 7,500.00 | 17,000.00 | 4,000.00 | - | - | - | - | - | - | - | - | - |
| Fund payroll tax | - | - | - | 6,000.00 | - | - | - | - | - | - | - | - | - | - |
| Fund 1640 Motors LLC payroll taxes | - | - | - | 2,000.00 | - | - | - | - | - | - | - | - | - | - |