| | |
|---|---|
| **From:** | Jeffrey Simpson |
| **To:** | Kevin Wiener |
| **Cc:** | Jared Chassen; Michael Wiener; Tristan Last; Michelle Miller |
| **Subject:** | Re: Request for Consent - Tuscaloosa Property Manager |
| **Date:** | Friday, November 17, 2023 1:31:04 AM |

You actually do the opposite by having him sitting in the office and executing work for you without my consent.  These circular games are going to end.

If there is a consent required by Jared, I will get it when necessary.  Until then he has no relevance as a passive non-managing member participant, other than when I ask him to do things which he has refused to acknowledge since you started the "coup" process in July.  There is 100% evidence of this in writing and tons of witnesses.

Jonathan and I spoke earlier today and I explained to him the predicament and he gets it so don't threaten me about that.  Oh, you should know I brought them to the table and they have been happy with me / us as a partner all along.  Their only issue started the day that you guys started meddling with trying to overtake management.

I am not responding to any further dialogue with you regarding this matter tonight at 1:30 AM.

Like always, give me a call tomorrow and we can discuss it or we can actually meet in person.  Oh, you've avoided that at all costs….   Tomorrow is a new day, so I will welcome the opportunity.


JEFFREY SIMPSON

## Arch Companies

C  646.753.2872
jsimpson@archcre.com archcorealestate.com

Sent from my iPhone

> On Nov 17, 2023, at 1:21 AM, Kevin Wiener <kwiener@35oak.com> wrote:
>
>
> Okay Jeff, I'll tell Drake that I'm not in a position to get your consent until after the PI hearing.
>
> I am CCing Jared because all AREH major decisions are JJ Arch major decisions: see section 3.2(xvi) of the amended JJ Arch OA, which requires you to have Jared's consent to "cause AREH to take any Major Decision (as defined in the AREH Operating Agreement)."
>
> I do not want to be in a position where I can be accused of having in any way aided or abetted a contempt of court because you caused JJ Arch to consent to an AREH major

decision and Jared wasn't even aware that the consent was being sought. So I will continue to CC Jared on all formal requests for JJ Arch major decision consents.

---

**From:** Jeffrey Simpson <jsimpson@archcre.com>
**Sent:** Friday, November 17, 2023 1:00 AM
**To:** Kevin Wiener <kwiener@35oak.com>
**Cc:** Jared Chassen <jchassen@archcre.com>; Michael Wiener <MWiener@35OAK.com>; Tristan Last <tlast@archcre.com>; Michelle Miller <mmiller@archcre.com>
**Subject:** Re: Request for Consent - Tuscaloosa Property Manager

**EXTERNAL**
[EXTERNAL EMAIL]

This will wait until Monday then.

We, the team (not you as a passive / non competent or any experience oriented investment partner), worked very hard to build these documents out properly to consider the other important factors. There are many parts to this that have a trickle down effect and as you are aware, I am not in support of you being the managing member of anything as your efforts don't construe such.   It is Thursday night (Friday AM, technically) one business day until the hearing.   Again, this is your way of "bullying" me and abusing the use of interim relief that was granted for you to hopefully fund and pay bills.   Please advise what bills you paid?

You have ignored key matters each day, most of which have effects on others, such as investors, lenders, and some cases even life safety (insurance and / or security measures).

Nothing about this topic here is an "emergency" that will be that be all that different between now and Monday.

I have provided a simple path how to effectuate this now, you ignored it and know better (like usual and that is why not a single positive thing in this portfolio has been accomplished since the day you stepped foot into the situation in July).

For the record, DH is fine to draft things but unless the underlying docs are checked, it's not a meaningful effort.   Ask Tristan or Michelle, they will gladly teach you something, should you actually want to learn how this all really works.   And Jared (who has no business participating in anything without the explicit consent of me, the sole MM of JJ) has not a clue and was not involved in the construction of the docs of any matter whatsoever.   You don't need to CC him as I am the only one who should be deciding what he participates in as you and him both are aware.

All rights reserved and none waived.

JEFFREY SIMPSON

## Arch Companies

C  646.753.2872

jsimpson@archcre.com archcorealestate.com

Sent from my iPhone

> On Nov 16, 2023, at 11:15 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> Yes it was drafted by David Heymann, who Tristan advised me normally handled these consents for the business.
>
> To be clear, we are not asking for JJ's consent to take every action that may be logistically necessary to replace the property manager, as most of those are not major decisions under the AREH operating agreement (no consent is required to terminate, rather than enter into, an affiliate agreement for example). We are asking JJ's consent to enter into these specific agreements, because they require the expenditure of more than $50,000 per annum. If there are any other actions in the course of changing property managers that requires JJ's consent, then we will seek such consent at that time. If we need to seek the consent of other investors then we will get those consents.
>
> Kevin
>
> ---
>
> **From:** Jeffrey Simpson <jsimpson@archcre.com>
> **Sent:** Thursday, November 16, 2023 11:06 PM
> **To:** Kevin Wiener <kwiener@35oak.com>
> **Cc:** Jared Chassen <jchassen@archcre.com>; Michael Wiener <MWiener@35OAK.com>; Tristan Last <tlast@archcre.com>; Michelle Miller <mmiller@archcre.com>
> **Subject:** Re: Request for Consent - Tuscaloosa Property Manager
>
> **EXTERNAL**
> [EXTERNAL EMAIL]
>
> What this drafted by counsel?   For the record, I rarely ever signed a document without some sort of legal counsel, even before all of this. Usually the business person would review it (T or M) and check it for compliance, I asked questions (like below) and then I would sign.   No

different than how we did it corporately at GS, when we had in-house counsel sitting with us.

I don't think it's referencing the existing property management agreements that are in place that are related party agreements.

I doubt we need Jason, but there's probably some sort of termination to deal with on those Ore living agreements.

Forestdale has a third-party property manager that has a termination provision I'm sure, so without knowing what that looks like with notice, that might be relevant.

They were also related party CM agreements and I don't recall if we are superseding those with the new property manager.

I really doubt this can be handled in a single document.

Someone has to check the provisions with the lender on replacement property managers.

We also have TIC agreements.

JEFFREY SIMPSON

## Arch Companies

C  646.753.2872

jsimpson@archcre.com archcorealestate.com

Sent from my iPhone

> On Nov 16, 2023, at 10:50 PM, Kevin Wiener <kwiener@35oak.com> wrote:

> Hi Jeff,

> Further to the below, please find attached a consent for all three properties to enter into third party property management agreements with Asset Plus USA, LLC. The consent of JJ Arch LLC is being sought pursuant to section

7.1.3 of the AREH operating agreement, as this is an agreement that requires the expenditure of more than $50,000 per annum.

Based on your feedback, I have added language that will keep the consent valid and allow the agreement to be signed by whoever is acting as managing member after Monday's hearing. I think the Drake guys would appreciate it if I could tell them that our internal consents are resolved so they know the only thing left is the lender consent.

Regards,

Kevin

---

**From:** Kevin Wiener
**Sent:** Friday, November 10, 2023 3:11 PM
**To:** Jeffrey Simpson <jsimpson@archcre.com>
**Cc:** Jared Chassen <jchassen@archcre.com>; Michael Wiener <MWiener@35oak.com>
**Subject:** Request for Consent - Tuscaloosa Property Manager

Hi Jeff,

Further to your earlier email exchange with Drake, please find attached a consent for the Drake Tuscaloosa property to enter into a third party property management agreement with Asset Plus USA, LLC. The consent of JJ Arch LLC is being sought pursuant to section 7.1.3 of the AREH operating agreement, as this is an agreement that requires the expenditure of more than $50,000 per annum.

We are still working on the paperwork for the other two Drake properties. Either each will have its own consent (with a substantially similar property management agreement) or we'll provide a superceding consent that authorizes the respective subsidiaries to enter into substantially similar property management agreements for those properties.

In the meantime, it would be helpful to have this signed so that we can show Drake that there will be no hold-up on our internal approvals to get this done.

To save time, we are also in the process of getting lender consents for all three properties.

Should you need any additional information before providing
JJ's consent, please advise.

Yours sincerely,

Kevin Wiener

| | |
|---|---|
| **From:** | Jeffrey Simpson |
| **To:** | Jared Chassen |
| **Cc:** | Kevin Wiener; Michael Wiener; Michelle Miller; Michelle Miller; Steve Altman; Allen Schwartz |
| **Subject:** | Re: Vandam clarity - for the record |
| **Date:** | Monday, December 18, 2023 11:54:41 PM |

Speaking of consent.  Who do you work for Jared?  Your signature to your email refers to you as something you are not.   You certainly are not doing anything for me under JJ Arch.  If you work for Oak, I would've required consent for that under any circumstances as the managing member or the investor member, because your only role is a junior partner at JJ Arch, under my discretion and authority.  No document gives you the authority to make your own decisions as you would like to do. You are a guy that get certain consent rights, that's it.  So I'm going to ask one last time, and if I don't get an answer again, that's going to actually be the answer!   And if somebody else in this chain knows the answer, I suspect they probably have the obligation to tell me the answer to that question, in one of the many agreements that exist.  You know Jared, this came up in the very first TRO and we insisted that the court order must provide for the documents between you and Oak.  Your attorney at the time (oh, I mean the one who was paid for by Oak and is one of Leslie Thorne's former colleagues) insisted that this was not necessary and you would comply with the court order.   To this day you have not provided these agreements.  Shall we show you where in the transcript this was illustrated?  Let me remind you, but this is the same time that you put together a court order proposal together with Oak and Michelle on your Gmail, so that Oak can chime in with their needs and still claim plausible deniability.


JEFFREY SIMPSON
Arch Companies
C  646.753.2872
jsimpson@archcre.com archcorealestate.com

Sent from my iPhone


On Dec 18, 2023, at 9:53 PM, Jared Chassen <jchassen@archcre.com> wrote:


 I don't feel the need to go back and forth with you. I look forward to the truth about your management, lies and fear tactics coming out so everyone can further see what they already do.


JARED CHASSEN
Partner | Arch Companies
D  646.854.1947 | C  646.634.9955
jchassen@archcre.com | archcorealestate.com
15 West 27th Street, 6th Floor, New York, NY 10001


On Dec 18, 2023, at 9:40 PM, Kevin Wiener <kwiener@35oak.com> wrote:

Hi Jeff,

Since you document everything so carefully, can you please provide a copy of Oak's written consent for you to enter into the promissory note with Howard?

Thanks,

Kevin

*Sent from my Galaxy*


-------- Original message --------
From: Jeffrey Simpson <jsimpson@archcre.com>
Date: 2023-12-18 9:37 p.m. (GMT-05:00)
To: Michael Wiener <MWiener@35OAK.com>, Kevin Wiener <kwiener@35oak.com>, Michelle Miller <Michellecmiller6@gmail.com>, Michelle Miller <mmiller@archcre.com>, Jared Chassen <jchassen@archcre.com>
Cc: Steve Altman <steve@commercialtriallawyer.com>
Subject: Vandam clarity - for the record


**EXTERNAL**

[EXTERNAL EMAIL]

For the avoidance of doubt, the below was prepared for you by Michelle and I sent to you on the 22nd of September.   So this lying nonsense about how you are just discovering how things work is nothing but garbage.  You did not respond to the work product that was prepared for you in September or in May or any other month that we sent you solutions to the problems.  Are you going to send this info to all the investors that you lied to tonight or should I?   How much I invested it's not a secret and not relevant because I said from the beginning, I didn't have any family money to invest in this enterprise.  It doesn't mean that I didn't work harder than anybody else, and nobody will suggest to the contrary.  My father died when I was 22 and I didn't have anybody live off of like you guys did.   I have worked nonstop for 25 years of my career and nobody has ever dared to suggest I've done anything wrong so I highly doubt your claims stick.   As you can see, I document everything and I have a really good memory so just because you lied to the court, that's a temporary measure, and I hope you are enjoying it.

  This business would be nothing if it wasn't for me and my expertise,

and all that I brought to the table and all the success that you received over the first five years, while Michael was doing cannabis and soy beans (crashing the family business after he sold the only successful thing it ever had) and running to Cartejena and other exotic places with Jared.   It's always remarkable when somebody wants to Monday morning quarterback when they have not a clue.

Oh, and the one pager loan with Howard was truly a construct that Jared and Michelle put together as a solution since they don't have the courage to say it out loud, we're going to put it right here.

You would be much better on the investor calls if you talk with me first, so you don't get caught with your pants down (you are now two for two).   You refuse to fund your obligations. That is the problem and it's just that simple. There's nothing else.   I sent you the emails where you have told us that you didn't have the money (from 11/22 to 5/23), how convenient that you don't respond to those because what are you going to say?

All of this disparagement and disrespect will be taken all the way.

All rights reserved.

JEFFREY SIMPSON

## Arch Companies

C  646.753.2872
jsimpson@archcre.com archcorealestate.com

Sent from my iPhone

 **J Chassen <jaredchassen@gmail.com>**

---

## Fwd: 1640 Montauk LLC and JJ NY 550 LLC
1 message

---

**Jeffrey Simpson** <jsimpson001@icloud.com>                                    Wed, Jan 3, 2024 at 11:53 AM
To: Jared Chassen <jaredchassen@gmail.com>

Why is it that you are directing funds?

Did you not get the memo?

You have no authority to do anything without my explicit consent.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jared Chassen <jchassen@archcre.com>
> **Date:** January 3, 2024 at 11:37:28 AM EST
> **To:** Gian Calautti <gcalautti@cnob.com>, Jeffrey Simpson <jsimpson@archcre.com>
> **Cc:** Neil Minardi <nminardi@cnob.com>, Kirk Lloyd <klloyd@cnob.com>
> **Subject:** RE: 1640 Montauk LLC and JJ NY 550 LLC
>
>
> Gian, how much left is in the 550-operating account, as I have no viewing access. Also, please debit the account for this month's payment.
>
>
> **JARED CHASSEN**
>
> Partner
>
> —
>
> **D** 646.854.1947 | **C** 646.634.9955
>
> jchassen@archcre.com | archcorealestate.com
>
> 88 University Place, 2nd Floor, New York, NY 10003
>
>
> *PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*
>
> 
>
> ---
>
> **From:** Jared Chassen
> **Sent:** Tuesday, December 12, 2023 1:23 PM

**To:** Gian Calautti <gcalautti@cnob.com>; Jeffrey Simpson <jsimpson@archcre.com>
**Cc:** Neil Minardi <nminardi@cnob.com>; Kirk Lloyd <klloyd@cnob.com>
**Subject:** Re: 1640 Montauk LLC and JJ NY 550 LLC

Gian, was payment debited from the associated account? (For JJ NY 550 LLC)

JARED CHASSEN
Partner | Arch Companies
D  646.854.1947 | C  646.634.9955
jchassen@archcre.com | archcorealestate.com
15 West 27th Street, 6th Floor, New York, NY 10001

On Dec 11, 2023, at 1:06 PM, Jared Chassen <jchassen@archcre.com> wrote:

Sorry, this is why I requested the account be on autopay which unfortunately was denied. Can you please process this payment from the property account. Thank you.

**JARED CHASSEN**

Partner

—

**D**  646.854.1947 | **C**  646.634.9955

jchassen@archcre.com | archcorealestate.com

88 University Place, 2nd Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

<image001.png>

---

**From:** Gian Calautti <gcalautti@cnob.com>
**Sent:** Monday, December 11, 2023 1:04 PM
**To:** Jared Chassen <jchassen@archcre.com>; Jeffrey Simpson <jsimpson@archcre.com>
**Cc:** Neil Minardi <nminardi@cnob.com>; Kirk Lloyd <klloyd@cnob.com>
**Subject:** Re: 1640 Montauk LLC and JJ NY 550 LLC

Hi Jared,

The payment was due on **12/1/2023** for $3,269.54.

Thank you.

On Mon, Dec 11, 2023 at 1:02 PM Jared Chassen <jchassen@archcre.com> wrote:

Gian, when is the next payment due for 550 Metropolitan.

**JARED CHASSEN**

Partner

—

**D**  646.854.1947 | **C**  646.634.9955

jchassen@archcre.com | archcorealestate.com

88 University Place, 2nd Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

<image001.png>

---

**From:** Gian Calautti <gcalautti@cnob.com>
**Sent:** Tuesday, November 21, 2023 12:14 PM
**To:** Jared Chassen <jchassen@archcre.com>
**Cc:** Jeffrey Simpson <jsimpson@archcre.com>; Kirk Lloyd <klloyd@cnob.com>; Neil Minardi <nminardi@cnob.com>
**Subject:** Re: 1640 Montauk LLC and JJ NY 550 LLC

ACH or auto-debit from CNOB?

Gian Calautti
Special Assets Analyst
ConnectOne Bank
a better place to be
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.354.4298 | Main: 844.266.2548
301 Sylvan Ave, Englewood Cliffs, NJ 07632

On Tue, Nov 21, 2023 at 12:12 PM Jared Chassen <jchassen@archcre.com> wrote:

Can we please add autodebit for future payments.

**JARED CHASSEN**

Partner

—

**D** 646.854.1947 | **C** 646.634.9955

jchassen@archcre.com | archcorealestate.com

88 University Place, 2nd Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

<image001.png>

**From:** Gian Calautti <gcalautti@cnob.com>
**Sent:** Tuesday, November 21, 2023 12:09 PM
**To:** Jared Chassen <jchassen@archcre.com>; Jeffrey Simpson
<jsimpson@archcre.com>
**Cc:** Kirk Lloyd <klloyd@cnob.com>; Neil Minardi <nminardi@cnob.com>
**Subject:** Re: 1640 Montauk LLC and JJ NY 550 LLC

Hi Jared,

Apologies for the delay. The loan is currently not on any auto-debit. Please advise.

Thank you.

On Tue, Nov 21, 2023 at 12:06 PM Jared Chassen <jchassen@archcre.com> wrote:

> Following up, just making sure the payments will occur under auto debit to keep the
> payments current.

> **JARED CHASSEN**

> Partner

> —

> **D** 646.854.1947 | **C** 646.634.9955

> jchassen@archcre.com | archcorealestate.com

> 88 University Place, 2nd Floor, New York, NY 10003

> *PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

> <image001.png>

> **From:** Jared Chassen
> **Sent:** Monday, November 20, 2023 12:26 PM
> **To:** Gian Calautti <gcalautti@cnob.com>
> **Cc:** Kirk Lloyd <klloyd@cnob.com>; Neil Minardi <nminardi@cnob.com>
> **Subject:** RE: 1640 Montauk LLC and JJ NY 550 LLC

Thank you, as discussed, for 550 you will auto-debit, correct?

**JARED CHASSEN**

Partner

—

**D** 646.854.1947 | **C** 646.634.9955

jchassen@archcre.com | archcorealestate.com

88 University Place, 2nd Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

<image001.png>

**From:** Gian Calautti <gcalautti@cnob.com>
**Sent:** Monday, November 20, 2023 9:02 AM
**To:** Jeffrey Simpson <jsimpson@archcre.com>; Jared Chassen
<jchassen@archcre.com>
**Cc:** gmeltzer@meltzerlippe.com; Michelle Miller <mmiller@archcre.com>; Kim,
James <JKim@coleschotz.com>; Kirk Lloyd <klloyd@cnob.com>; Yael simpson
<ysimpson78@icloud.com>; Neil Minardi <nminardi@cnob.com>
**Subject:** Re: 1640 Montauk LLC and JJ NY 550 LLC

Good Morning,

Please see enclosed loan statements for the 12/1/2023 payments.

Thank you.

On Thu, Nov 9, 2023 at 9:15 AM Neil Minardi <nminardi@cnob.com> wrote:

Thank you,

On Thu, Nov 9, 2023 at 9:11 AM Jared Chassen <jchassen@archcre.com> wrote:

Neil, the wire for 550 was sent yesterday and the account is now funded for
future auto debits.

JARED CHASSEN
Partner | Arch Companies
D 646.854.1947 | C 646.634.9955
jchassen@archcre.com | archcorealestate.com
15 West 27th Street, 6th Floor, New York, NY 10001

On Nov 9, 2023, at 9:08 AM, Neil Minardi <nminardi@cnob.com> wrote:

Jared and Jeffrey,

I'm following up on the Nov 1, 2023 payments due for 1640 Montauk LLC and JJ NY 550 LLC. I believe that a new ACH is in the process of being set up for 1640 Montauk, but I haven't heard anything regarding JJ NY 550.

Please advise.

Thank you,

On Fri, Nov 3, 2023 at 1:32 PM Jared Chassen <jchassen@archcre.com> wrote:

> Neil, can you please issue wire instructions for the 550 payment?
>
> Thank you,
>
> JARED CHASSEN
> Partner | Arch Companies
> D  646.854.1947 | C  646.634.9955
> jchassen@archcre.com | archcorealestate.com
> 15 West 27th Street, 6th Floor, New York, NY 10001
>
>> On Nov 3, 2023, at 1:30 PM, Jeffrey Simpson <jsimpson@archcre.com> wrote:
>>
>> Yes, Jared is taking care of 550 and Yael (my wife) is coordinating the 1640 one. I don't think ACH should be used for the moment, going forward.
>>
>> Thanks.
>>
>> Jeff

**JEFFREY SIMPSON**

Managing Partner

—

**D**  646.854.6810 | **C**  646.753.2872

jsimpson@archcre.com | archcorealestate.com

88 University Place, 2nd Floor, New York, NY 10003

<image001.png>

**From:** Neil Minardi <nminardi@cnob.com>
**Sent:** Friday, November 3, 2023 1:24 PM
**To:** Jeffrey Simpson <jsimpson@archcre.com>
**Cc:** Jared Chassen <jchassen@archcre.com>; gmeltzer@meltzerlippe.com; Michelle Miller <mmiller@archcre.com>; Kim, James <JKim@coleschotz.com>; Gian Calautti <gcalautti@cnob.com>; Kirk Lloyd <klloyd@cnob.com>; Yael simpson <ysimpson78@icloud.com>
**Subject:** Re: 1640 Montauk LLC and JJ NY 550 LLC

I appreciate it.  Thank you for getting back to us so quickly.

Let us know if you're replenishing the deposit accounts for we can try pulling the payments again, or if you will be wiring the funds.

Thank you,

On Fri, Nov 3, 2023 at 1:19 PM Jeffrey Simpson <jsimpson@archcre.com> wrote:

> Hi, we are taking care of both immediately. Thanks for your patience.
>
> **JEFFREY SIMPSON**
>
> Managing Partner
>
> —
>
> **D**  646.854.6810 | **C**  646.753.2872
>
> jsimpson@archcre.com | archcorealestate.com

88 University Place, 2ⁿᵈ Floor, New York, NY 10003

<image001.png>

**From:** Neil Minardi <nminardi@cnob.com>
**Sent:** Friday, November 3, 2023 1:00 PM
**To:** Jeffrey Simpson
<jsimpson@archcre.com>; Jared Chassen
<jchassen@archcre.com>;
gmeltzer@meltzerlippe.com; Michelle Miller
<mmiller@archcre.com>; Kim, James
<JKim@coleschotz.com>; Gian Calautti
<gcalautti@cnob.com>; Kirk Lloyd
<klloyd@cnob.com>
**Subject:** 1640 Montauk LLC and JJ NY 550
LLC

Jared and Jeff

I was just informed that the 11/1/2023 ACH
payments for 1640 Montauk LLC and JJ NY
550 LLC were just returned due to insufficient
funds.  Please let me know if these payments
will be made.

Thank you,

--

**Neil Minardi**
Senior Vice President | Special Assets &
Lending Manager
ConnectOne Bank
*a better place to be*
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.636.7282 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

CONFIDENTIALITY NOTICE:    This email,
including any attachments, contains
information from ConnectOne Bank, which
may be confidential or privileged. The
information is intended to be for the use of the

individual or entity named above. If you are
not the intended recipient, be aware that any
 disclosure, copying, distribution or use of the
contents of this information is prohibited. If
you have received this email in error, please
notify the sender immediately by "reply to
sender only" message and destroy all
electronic and hard copies of the
communication, including attachments.

--

**Neil Minardi**
Senior Vice President | Special Assets & Lending
Manager
ConnectOne Bank
*a better place to be*
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.636.7282 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

CONFIDENTIALITY NOTICE:    This email,
including any attachments, contains information
from ConnectOne Bank, which may be
confidential or privileged. The information is
intended to be for the use of the individual or
entity named above. If you are not the intended
recipient, be aware that any  disclosure, copying,
distribution or use of the contents of this
information is prohibited. If you have received
this email in error, please notify the sender
immediately by "reply to sender only" message
and destroy all electronic and hard copies of the
communication, including attachments.

--

**Neil Minardi**
Senior Vice President | Special Assets & Lending Manager
ConnectOne Bank
*a better place to be*
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.636.7282 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

CONFIDENTIALITY NOTICE:   This email, including any attachments, contains information from ConnectOne Bank, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any  disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

--

**Neil Minardi**
Senior Vice President | Special Assets & Lending Manager
ConnectOne Bank
*a better place to be*
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.636.7282 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

--

**Gian Calautti**
Assistant Vice President | Special Assets Analyst
ConnectOne Bank
*a better place to be*

ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.354.4298 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

CONFIDENTIALITY NOTICE:    This email, including any attachments, contains information from ConnectOne Bank, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any  disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

--

**Gian Calautti**
Assistant Vice President | Special Assets Analyst
ConnectOne Bank
*a better place to be*
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.354.4298 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

CONFIDENTIALITY NOTICE:    This email, including any attachments, contains information from ConnectOne Bank, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any  disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

CONFIDENTIALITY NOTICE:    This email, including any attachments, contains information from ConnectOne Bank, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any  disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error,

please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

--

**Gian Calautti**
Assistant Vice President | Special Assets Analyst
ConnectOne Bank
*a better place to be*
ConnectOneBank.com
@ConnectOneBank | Facebook | LinkedIn

Direct: 201.354.4298 | Main: 844.266.2548

301 Sylvan Ave, Englewood Cliffs, NJ 07632

CONFIDENTIALITY NOTICE:    This email, including any attachments, contains information from ConnectOne Bank, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any  disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

 Gmail

**J Chassen <jaredchassen@gmail.com>**

---

## Re: JJ NY 550 LLC #440689-100 - 550 Metropolitan Avenue, Brooklyn, Ny 11211
3 messages

---

**jaredchassen@gmail.com** <jaredchassen@gmail.com>    Wed, Mar 6, 2024 at 11:48 PM
To: Jeffrey Simpson <jsimpson@archcre.com>
Cc: Yael simpson <ysimpson78@icloud.com>, Allen Schwartz <allen@allenschwartzlaw.com>, Steve Altman <steve@commercialtriallawyer.com>

Jeff, how are you taking distributions if you can't cover insurance on properties such as this one and 89th St. Also, I saw a second email from the management company that you haven't payed common charges?  The JJ assets are small and have limited fixed costs, why can't you figure this out? I'm also hearing from service providers on the properties that you are being nasty and not paying bills.


Jared Chassen

> On Mar 6, 2024, at 4:58 PM, Gian Calautti <gcalautti@cnob.com> wrote:


> Good Afternoon All,

> The insurance on the subject has expired on 2/24/2024. Kindly provide us with the  updated property and liability acords at your earliest convenience to avoid any force placement.

> Feel free to contact me if you have any questions.

> Thank you.

> **Gian Calautti**
> Assistant Vice President | Special Assets & Lending
> ConnectOne Bank
> *a better place to be*
> ConnectOneBank.com
> @ConnectOneBank | Facebook | LinkedIn


> Direct: 201.354.4298 | Main: 844.266.2548
> 301 Sylvan Avenue, Englewood Cliffs, NJ 07632

> CONFIDENTIALITY NOTICE:   This email, including any attachments, contains information from ConnectOne Bank, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any  disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by "reply to sender only" message and destroy all electronic and hard copies of the communication, including attachments.

---

**2 attachments**

 **Property - Hazardous (12).pdf**
206K

**Liability Insurance (18).pdf**
202K

---

**Jeffrey Simpson** <jsimpson001@icloud.com>                                    Thu, Mar 7, 2024 at 12:02 AM
To: jaredchassen@gmail.com
Cc: Jeffrey Simpson <jsimpson@archcre.com>, Yael simpson <ysimpson78@icloud.com>, Allen Schwartz
<allen@allenschwartzlaw.com>, Steve Altman <steve@commercialtriallawyer.com>

Why don't you be clearly specific as to what you are referencing as you love to speak about things im generalities, but you always fall down on the details and that's why you have been dismissed fully forever and your career will likely be over.

Any issues that you are made aware of should be sent to me and I will handle them.   You have no authority to do anything, but if you actually think you are a member, why are you not sending any money to cover some costs Jared? You haven't laid out a dollar since July.   Like usual, you want to have the cake and eat it too, well not on my watch.

Oh, let me remind you that you don't have any discretion on distributions because again you have a default loan and you've been resigned (multiple times) but you can't stop yourself from continuing to cause problems and try to make yourself look important.   There is no question you are fully in breach of the agreement and /or an in contempt of court and should arguably be arrested.

Stand down.   If you have something to share that's productive let me know. If not I am not going to be responding to you.  Go waste time with your new class action lawyer that Allen brought to the table. Good luck.

PS - the car was in my name and that was a distribution that you did not deserve so we will claw that back and if you transfer the title on the other one, I will put a lien on it.  You need better advisement because you clearly have no idea what you've got yourself into.


Jeffrey Simpson

Sent from my iPhone


On Mar 6, 2024, at 11:49 PM, jaredchassen@gmail.com wrote:


Jeff, how are you taking distributions if you can't cover insurance on properties such as this one and 89th St. Also, I saw a second email from the management company that you haven't payed common charges? The JJ assets are small and have limited fixed costs, why can't you figure this out? I'm also hearing from service providers on the properties that you are being nasty and not paying bills.

[Quoted text hidden]

---

**2 attachments**

**Property - Hazardous (12).pdf**
206K

**Liability Insurance (18).pdf**
202K

---

**jaredchassen@gmail.com** <jaredchassen@gmail.com>                              Thu, Mar 7, 2024 at 12:16 AM
To: Kevin Wiener <kwiener@35oak.com>, Michael Wiener <MWiener@35oak.com>


Jared Chassen

Begin forwarded message:

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Date:** March 7, 2024 at 12:02:52 AM EST
**To:** jaredchassen@gmail.com
**Cc:** Jeffrey Simpson <jsimpson@archcre.com>, Yael simpson <ysimpson78@icloud.com>, Allen Schwartz <allen@allenschwartzlaw.com>, Steve Altman <steve@commercialtriallawyer.com>
**Subject: Re: JJ NY 550 LLC #440689-100 - 550 Metropolitan Avenue, Brooklyn, Ny 11211**

Why don't you be clearly specific as to what you are referencing as you love to speak about things im generalities, but you always fall down on the details and that's why you have been dismissed fully forever and your career will likely be over.

[Quoted text hidden]

---

**2 attachments**


**Property - Hazardous (12).pdf**
206K


**Liability Insurance (18).pdf**
202K