UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>Debtor.[1] | Chapter 11<br>(Subchapter V)<br><br>Case No. 24-10381 (JPM) |

**ORDER SHORTENING NOTICE AND SCHEDULING HEARING WITH RESPECT TO MOTION FOR AN ORDER (I) CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY TO CERTAIN CORPORATE GOVERNANCE DISPUTES, AND/OR (II) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO ADDRESS SUCH CORPORATE GOVERNANCE DISPUTES**

**WHEREAS**, on March 25, 2024, Jarred Chassen ("Movant") filed a Motion for Order Shortening Notice of Hearing (the "Motion to Shorten Notice") [Docket No. 42] with respect to a Motion for an Order Motion for Entry of an Order (i) Confirming that the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (ii) Granting Limited Relief From the Automatic Stay to Address Such Corporate Governance Disputes (the "Stay Relief Motion") [Docket No. 40], seeking a hearing on the Stay Relief Motion on April 5, 2024 at 9:30 a.m., pursuant to Rules 9006 and of the Federal Rules of Bankruptcy Procedure and S.D.N.Y. Local Bankruptcy Rule 9077-1.  For good cause, it is hereby:

**ORDERED**, that the Motion to Shorten Notice is granted as set forth herein; and it is further;

**ORDERED**, that the notice period otherwise applicable to the Stay Relief Motion is hereby shortened and a hearing on the Stay Relief Motion is hereby scheduled on April 5, 2024 at 9:30 a.m. (ET), in the United States Bankruptcy Court, Southern District of New York, One Bowling

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

Green, New York, New York; and it is further;

**ORDERED**, that any objections to the Stay Relief Motion shall be filed and served on or before April 1, 2024 at 5:00 p.m. (ET), and it is further;

**ORDERED**, that the Motion and this Order shall be served upon the Debtor, the Subchapter V trustee, the United States Trustee, and the creditors included on the list filed pursuant to Fed. R. Bankr. P. 1007(d), by (i) first class mail, and (ii) email, fax, or overnight courier, no later than March 26, 2024, and it is further;

**ORDERED,** the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and it is further;

**ORDERED**, that this Court will retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: New York, New York
<u>March 26, 2024</u>

/S/ John P. Mastando III_____
UNITED STATES BANKRUPTCY JUDGE