

200 West 41st Street
17th Floor
New York, NY 10036
Telephone (212) 972-3000
Telefax (212) 972-2245
WWW.KLESTADT.COM

March 27, 2024

VIA ECF

The Honorable John P. Mastando III
United States Bankruptcy Judge
U.S. Bankruptcy Court – SDNY
One Bowling Green
New York, New York 10004

    Re:   *In re JJ Arch LLC*
            Case No. 24-10381 (JPM)

Dear Judge Mastando:

    We are co-counsel to Jared Chassen. We write jointly with counsel for Arch Real Estate Holdings LLC ("AREH"), regarding Mr. Chassen's Motion for an Order Dismissing the Debtor's Bankruptcy Case [ECF DE 4] (the "Motion to Dismiss") and AREH's joinder to the Motion to Dismiss [ECF DE 13]. In light of the recent filing of (i) Mr. Chassen's Motion for Entry of an Order (I) Confirming That the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (ii) Modifying the Automatic Stay as Necessary in Order to Address Such Corporate Governance Disputes [ECF DE 40] and (ii) AREH's Motion For Entry Of An Order (i) Confirming That The Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (ii) Modifying The Automatic Stay As Necessary In Order To Address Such Corporate Governance Disputes [ECF DE 38] (collectively, the "Stay Relief Motions"), Mr. Chassen and AREH and JJ Arch LLC (the "Debtor") have agreed to adjourn the Motion to Dismiss pending the Court's determination of the Stay Relief Motions, so that the Court and all parties may collectively preserve resources that would otherwise be expended in a contentious discovery process relating to the Motion to Dismiss.

    With that in mind, Mr. Chassen and AREH write to respectfully request that the Court convert the evidentiary hearing on the Motion to Dismiss, which is currently scheduled on April 5, 2024, into a status conference. Subject to the Court's approval, the parties, including Mr. Chassen, AREH, the Debtor and Jeffrey Simpson, have agreed to put all discovery on the Motion to Dismiss on hold pending the requested status conference on April 5, 2024, at which time the parties anticipate discussing with the Court a further adjournment of the Motion to Dismiss and resetting the deadlines associated with related discovery.

Hon. John P. Mastando III
United States Bankruptcy Judge
March 27, 2024
Page -2-

None of the foregoing alters the schedule with respect to the Stay Relief Motions, which will be heard on April 5, 2024.

We will be available at the Court's convenience if the Court wishes to discuss any of the foregoing. Thank you for consideration of this request.

Respectfully submitted,

*/s/ Sean C. Southard*

Sean. C. Southard

Cc (via ECF): Scott A. Griffen
Frank Eaton
Nathan Denning
Andrew Ritter
Jason A. Nagi
Brian S. Masumoto
Eric M. Huebscher
Adam H. Friedman
Jonathan T. Koevary
Katherine Mateo