**GRIFFIN LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Frank L. Eaton

*Proposed Counsel for the Debtor*
*and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re:                                    :    Chapter 11
                                          :    (Subchapter V)
JJ ARCH LLC.,                             :
                                          :    Case No. 24-10381 (JPM)
                        Debtor.[1]        :
                                          :
------------------------------------------X

## AFFIDAVIT OF SERVICE OF DEBTOR'S
## MOTION AND NOTICE OF HEARING PURSUANT TO
## SECTIONS 105(a) AND 362(a) OF THE BANKRUPTCY CODE
## FOR AN ORDER (I) ENFORCING AUTOMATIC STAY AGAINST
## FIRST REPUBLIC BANK AND (II) FOR SANCTIONS FOR SUCH VIOLATIONS

I, Leslie Ulerio, depose and say that I am employed by Griffin LLP, counsel for JJ Arch LLC., in the above-captioned Chapter 11 bankruptcy case.

On April 1, 2024, I caused the *Debtor's Motion and Notice of Hearing Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code for an Order (I) Enforcing Automatic Stay against First Republic Bank and (II) for Sanctions for such Violations* [Docket Nos. 54 and 55] to be served upon each of the parties set forth on the service list annexed hereto by (i) depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and/or (ii) electronic mail as indicated.

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

Dated:   New York, New York
         April 1, 2024

By: */s/ Leslie Ulerio*
Leslie Ulerio

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 1, 2024, by Leslie Ulerio, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Scott A. Griffin*
Scott A. Griffin
Notary Public for the State of New York
No. 02GR6358362
Qualified in New York County
My Commission Expires on May 8, 2025

**Service List**

| First Class Mail | E-mail |
|---|---|
| 608941 NJ, Inc.<br>c/o Haynes and Boone, LLP<br>Attn: Michael Wiener<br>        Kevin Wiener<br>35 Oak Street<br>Toronto, ON M9N 1A1, Canada | mwiener@35oak.com<br>kwiener@35oak.com |
| A.Y. Strauss<br>Attn: Aaron Strauss<br>535 Fifth Avenue, 4th Floor<br>New York, NY 10017 | ays@aystrauss.com |
| Aidala, Bertuna & Kamins, P.C.<br>*Counsel for Jared Chassen*<br>Attn: John M. Leventhal, Esq.<br>546 5th Avenue, 6th Floor<br>New York, NY 10036 | judgeleventhal@aidalalaw.com |
| Arch Real Estate Holdings LLC<br>88 University Place, 2nd Floor<br>New York, New York 10003 | N/A |
| Arch Real Estate Holdings LLC<br>c/o Olshan Frome Wolosky LLC<br>Attn: Adam H. Friedman, Esq.<br>1325 6th Avenue of the Americas<br>New York, NY 10019 | afriedman@olshanlaw.com |
| Arch Real Estate Holdings LLC<br>c/o Polsinelli PC<br>Attn: Aaron E. Zerykier, Esq.<br>600 3rd Avenue, 42nd Floor<br>New York, NY 10016 | azerykier@polsinelli.com |
| Bailey, P.C.<br>Attn: Adam Leitman<br>One Battery Park Plaza<br>18th Floor<br>New York, NY 10004 | alb@alblawfirm.com |
| First Republic Bank<br>Attn: Tyler Kandel<br>111 Pine Street<br>San Francisco, CA 94111 | tkandel@shermanatlas.com |
| Geico | N/A |

| | |
|---|---|
| 1 Geico Blvd.<br>Fredericksburg, VA 22412 | |
| Haynes and Boone, LLP<br>*Attorneys for Creditor 608941 NJ, Inc.*<br>Attn: Richard Kanowitz<br>     Leslie C. Thorne<br>     Aishlinn Bottini<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 | richard.kanowitz@haynesboone.com<br>leslie.thorne@haynesboone.com<br>aishlinn.bottini@haynesboone.com |
| Huebscher & Co.<br>Attn: Eric Michael Huebscher<br>301 East 87th Street<br>20e<br>New York, NY 10128 | ehuebscher@huebscherconsulting.com |
| Intuit Inc. (Quickbooks)<br>2700 Coast Avenue<br>Mountain View, CA 94043 | N/A |
| Jared Chassen<br>55 Manor Pond Lane<br>Irvington, NY 10533 | jchassen@archcre.com |
| Kirby Aisner & Curley LLP<br>*Counsel for Jared Chassen*<br>Attn: Dawn Kirby, Esq.<br>700 Post Road, #237<br>Scarsdale, NY 10583 | dkirby@kacllp.com<br>bleonardo@kacllp.com<br>ktuli@kacllp.com |
| Klestadt Winters Jureller Southard & Stevens, LLP<br>*Co-Counsel to Jared Chassen*<br>Attn: Sean C. Southard<br>     Fred Stevens<br>     Brendan M. Scott<br>200 West 41st Street, 17th Floor<br>New York, New York 10036 | ssouthard@klestadt.com<br>fstevens@klestadt.com<br>bscott@klestadt.com |
| Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>Attn: Brian S. Masumoto<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | ustpregion02.nyecf@usdoj.gov |
| Offit Kurman, P.A.<br>*Attorneys for Jeffrey Simpson*<br>Attn: Jason A. Nagi | jason.nagi@offitkurman.com<br>kenneth.flickinger@offitkurman.com |

| | |
|---|---|
| Kenneth J. Flickinger<br>590 Madison Avenue, 6th Floor<br>New York, New York 10022 | |
| Schwartz Law PLLC<br>*Counsel for Jared Chassen*<br>Attn: Allen Schwartz, Esq.<br>150 Broadway, Suite 701<br>New York, New York 10038 | allen@allenschwartzlaw.com |
| State Farm Insurance Companies<br>Insurance Support Center – East<br>P.O. Box 588002<br>North Metro, GA 30029 | N/A |
| United States Bankruptcy Court<br>Southern District of New York<br>Attn: Hon. John P. Mastando III<br>One Bowling Green, Courtroom 501<br>New York, NY 10004-1408 | jpm.chambers@nysb.uscourts.gov |
| Verizon<br>1095 Avenue of the Americas<br>New York, NY 10036 | N/A |
| Westerman Ball Ederer Miller, Zucker & Sharfstein, LLP<br>*On behalf of 40 Neutral LLC and Kay Properties LLC*<br>Attn: William C. Heuer, Esq.<br>　　　Jeffrey A. Miller, Esq.<br>1201 RXR Plaza<br>Uniondale, NY 11556-4201 | wheuer@westermanllp.com<br>jmiller@westermanllp.com<br>drubino@westermanllp.com |
| Wiggin and Dana LLP<br>*Proposed co-counsel to JJ Arch LLC and Pro hac vice (application pending)*<br>Attn: Nathan Denning<br>　　　Andrew C. Ritter<br>437 Madison Avenue, 35th Floor<br>New York, New York 10022 | ndenning@wiggin.com<br>aritter@wiggin.com |