

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

SEAN C. SOUTHARD
DIRECT: (212) 679-5320
EMAIL: SSOUTHARD@KLESTADT.COM

April 3, 2024

**VIA ECF & Email (JPM.chambers@nysb.uscourts.gov)**
Hon. John P. Mastando III
One Bowling Green
Courtroom 501
New York, NY 10004

Re:   JJ Arch LLC ("Debtor"), Chapter 11 Case No. 24-10381(JPM)

Your Honor,

The undersigned represents Jared Chassen in the above-referenced bankruptcy proceeding. Further reference is made to those certain motions by Mr. Chassen and Arch Real Estate Holdings LLC ("AREH") [ECF Nos. 38, 40, & 41] (collectively, the "Stay Relief Motions") scheduled for hearing before this Court on Friday, April 5, 2024 to address the automatic stay pursuant to 11 U.S.C. §362 in relation to certain governance disputes previously heard by the Commercial Division of the New York State Supreme Court, Index No. 158055/2023 (the "State Court Action").

In light of Debtor's recent removal [ECF No. 65] of the underlying State Court Action and the arguments made by counsel for Jeffrey Simpson and the Debtor in opposition to the Stay Relief Motions [ECF Nos. 60 & 62], it is the intention of Mr. Chassen and AREH to move this Court at a hearing as soon as possible to consider remand or abstention concerning the State Court Action. Given the overlapping legal issues that we believe exist among the Stay Relief Motion, the Debtor's removal, and the potential for remand or abstention, Mr. Chassen and AHEH believe that it would be most efficient if the Court first conference with the parties concerning scheduling on what we hope can be an expedited hearing to consider these related matters. We and AREH therefore propose to treat the April 5, 2024 hearing as a status conference on all these matters rather than a substantive hearing on each of the Stay Relief Motions.

We propose to file our motion(s) seeking a remand or alternatively abstention (the "Remand/Abstention Motions") before midnight on Monday, April 8, 2024. In light of the fact that the Debtor and Mr. Simpson already made extensive legal arguments against remand and abstention in their papers, we think it would not be burdensome for them to submit their responsive

papers within a few days thereafter. We would then ask for the Court to hear the parties on the Remand/Abstention Motions and the Stay Relief Motions as soon as the Court's calendar permits.

                                            Respectfully submitted,

                                            Sean C. Southard

Cc:     Via Email

        Allen Schwartz
        Brendan Scott
        Adam Friedman
        Jonathan Koevary
        Andrew Ritter
        Nathan Denning
        Kate Cassidy
        Jason Nagi
        Scott Griffin
        Brian Masumoto
        Eric Huebscher
        Jeffrey Miller
        William Heuer