**GRIFFIN LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Frank L. Eaton

-and-

**WIGGIN AND DANA LLP**
437 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 490-1700
Facsimile: (212-551-2888
Nathan Denning
Andrew C. Ritter (*pro hac vice* pending)
Kate E. Cassidy

*Proposed Co-Counsel for the Debtor*
*and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :    (Subchapter V)
JJ ARCH LLC,                                                 :
                                                             :    Case No. 24-10381 (JPM)
                                                             :
                          Debtor.[1]                         :
                                                             :
-------------------------------------------------------------X

**AMENDED AGENDA FOR HEARING OF MATTERS SCHEDULED FOR HEARING ON APRIL 5, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME)**

**Date and Time**
**of Hearing:**              **April 5, 2024 at 9:30 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable John P. Mastando III, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Room 501, One Bowling Green, New York, New York 10004.

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

|  |  |
|---|---|
| | The Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on April 4, 2024.** |
| **Copies of Motions and Papers:** | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York. |

### STATUS CONFERENCE

a. *Motion for an Order Dismissing the Debtor's Bankruptcy Case* [**Docket No. 4**]

   Objection Deadline: None

b. *Arch Real Estate Holdings LLC's Notice of Joinder to Jared Chassen's Motions (1) for an Order Scheduling a Hearing in Shortened Notice and (2) for an Order Dismissing the Debtor's Bankruptcy Case* [**Docket No. 13**]

Objection Deadline: None

c. *Motion to Expand Powers of the Subchapter V Trustee* [**Docket No. 23**]

   Objection Deadline: None

d. *Arch Real Estate Holdings LLC's Motion for Entry of an Order (I) Confirming that the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (II) Modifying the Automatic Stay as Necessary in Order to Address such Corporate Governance Disputes* [**Docket No. 38**] (the "Arch Lift Stay Motion")

e. *Motion for Entry of an Order (I) Confirming that the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (II) Modifying the Automatic Stay as Necessary in Order to Address such Corporate Governance Disputes* [**Docket No. 40**] (the "Chassen Lift Stay Motion")

   Objection Deadline for the Arch Lift Stay Motion and Chassen Lift Stay Motion: April 1, 2024

Responses Received:

i. *Debtor's Omnibus Objection to Motions for Entry of Orders (I) Confirming that the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes and/or (II) Modifying the Automatic Stay as Necessary in Order Address Such Corporate Governance Disputes* [**Docket No. 60**]

ii. *Declaration of Andrew Ritter in Support of Debtor's Omnibus Objection to Stay Modification Motions* [**Docket No. 61**]

iii. *Omnibus Response of Jeffrey Simpson Opposing Jared Chassen's Motion to Lift the Automatic Stay and Arch Real Estate Holdings LLC's Motion to Lift the Automatic Stay* [**Docket No. 62**]

iv. *Response Regarding Motion for Relief from Stay* [**Docket No. 63**]

Related Documents:

i. *Declaration of Kevin Wiener in Support of Arch Real Estate Holdings LLC's Notice of Joinder to Jared Chassen's Motion to Dismiss and Motion to Shorten Notice* [**Docket No. 14**]

ii. *Motion for an Order Shortening Time with Respect to the Hearing on Arch Real Estate Holdings LLC's Motion for an Order Motion for an Order [sic] (I) Confirming that the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (II) Modifying the Automatic Stay as Necessary in order to Address Such Corporate Governance Disputes* [**Docket No. 39**]

iii. *Motion for an Order Shortening Time with Respect to the Hearing on Motion for an Order Motion for an Order [sic] (I) Confirming that the Automatic Stay Does Not apply to Certain Corporate Governance Disputes, and/or (II) Granting Limited Relief from the Automatic Stay to Address Such Corporate Governance Disputes* [**Docket No. 42**]

iv. *Declaration of Jared Chassen in Support of Motion to Shorten Notice and Motion to Lift Automatic Stay* [**Docket No. 43**]

v. *Notice of Proposed Order Shortening Notice and Scheduling Hearing with Respect to Motion for an Order (I) Confirming that the Automatic Stay does not Apply to Certain Corporate Governance Disputes, and/or (II) Granting Limited Relief from the Automatic Stay to Address such Corporate Governance Disputes* [**Docket No. 45**]

vi. *Order Shortening Notice and Scheduling Hearing with Respect to Motion for an Order (I) Confirming that the Automatic Stay does not Apply to Certain Corporate Governance Disputes, and/or (II) Granting Limited*

3

              *Relief from the Automatic Stay to Address Such Corporate Governance Disputes* [**Docket No. 46**]

       vii. *Order Shortening Notice and Scheduling Hearing with Respect to Motion for an Order (I) Confirming that the Automatic Stay does not Apply to Certain Corporate Governance Disputes, and/or (II) Granting Limited Relief from the Automatic Stay to Address Such Corporate Governance Disputes* [**Docket No. 47**]

  f. *Letter to Honorable John P. Mastando III Concerning April 5, 2024 Hearing and Related Motion Scheduling* [**Docket No. 67**] filed by Sean C. Southard on behalf of Jared Chassen

  g. *Omnibus Reply of Jared Chassen to Certain Objections and Responses Filed in Response to Chassen's Motion for Entry of an Order (I) Confirming that the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes and/or (II) Modifying the Automatic Stay as Necessary in Order to Address Such Corporate Governance Disputes* [**Docket No. 69**]

Dated: New York, New York
       April 4, 2024

                                       **GRIFFIN LLP**

                                       By */s/ Scott A. Griffin*
                                       Scott A. Griffin
                                       Frank L. Eaton
                                       420 Lexington Avenue, Suite 400
                                       New York, New York 10170
                                       Telephone: (646) 998-5580
                                       Facsimile: (646) 998-8284

                                       *Proposed Co-Counsel for the Debtor*
                                       *and Debtor in Possession*