UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                        :
                                                                                 :   Case No. 24-10381 (JPM)
JJ ARCH LLC,                                                       :
                                                                                 :   Chapter 11
                                                                                 :
                                                                                 :
                                                                                 :
Debtor.                                                                  :
-------------------------------------------------------------x

# NOTICE OF A RESCHEDULED SECTION 341 MEETING OF CREDITORS

The section 341 meeting of creditors for the above-captioned cases originally scheduled for April 8, 2024, at 2:00 p.m. (the "Designated Meeting Time") will be rescheduled to a date to be determined.

Date:   April 5, 2024

                                        William K. Harrington
                                      United States Trustee for Region 2
                                      U.S. Department of Justice
                                      Office of the United States Trustee
                                      Alexander Hamilton Custom House
                                      One Bowling Green
                                      New York, New York 10004

                         By:    ***/s/ Brian S. Masumoto***
                                        Brian S. Masumoto
                                        Trial Attorney