**OLSHAN FROME WOLOSKY LLP**
Adam H. Friedman
Jonathan T. Koevary
Katherine Mateo
1325 Avenue of the Americas
New York, NY 10019
212.451.2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Attorneys for Arch Real Estate Holdings LLC*

Adjourned Hearing Date: May 2, 2024 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>                    Debtor. | Chapter 11<br>(Subchapter V)<br><br>Case No. 24-10381 (JPM) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER
ARCH REAL ESTATE HOLDINGS LLC'S MOTION FOR ENTRY OF
AN ORDER (I) CONFIRMING THAT THE AUTOMATIC STAY DOES NOT
APPLY TO CERTAIN CORPORATE GOVERNANCE DISPUTES, AND/OR
(II) MODIFYING THE AUTOMATIC STAY AS NECESSARY IN ORDER
TO ADDRESS SUCH CORPORATE GOVERNANCE DISPUTES**

**PLEASE TAKE NOTICE** that on March 25, 2024, Arch Real Estate Holdings LLC ("AREH") filed and served *Arch Real Estate Holdings LLC's Motion For Entry of An Order (I) Confirming That The Automatic Stay Does Not Apply To Certain Corporate Governance Disputes, and/or (II) Modifying the Automatic Stay As Necessary In Order to Address Such Corporate Governance Disputes* [Docket No. 38] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion, originally scheduled for April 5, 2024, has been **adjourned to May 2, 2024 at 10:00 a.m.** and will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on May 1, 2024,** unless otherwise instructed by chambers. After the deadline for parties to make electronic appearances passes, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link will not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

12446757-2

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: April 15, 2024

        **OLSHAN FROME WOLOSKY LLP**
        *Attorneys for Arch Real Estate Holdings LLC*

        By:   */s/ Jonathan T. Koevary*
              Adam H. Friedman
              Jonathan T. Koevary
              Katherine Mateo
              1325 Avenue of the Americas
              New York, NY 10019
              212.451.2300
              afriedman@olshanlaw.com
              jkoevary@olshanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, a true and correct copy of the foregoing was served on all parties in interest by electronic transmission via the Court's ECF system to all parties authorized to receive electronic notice in this case as noted below.

**VIA CM/ECF:**

**Brian S. Masumoto** brian.masumoto@usdoj.gov

**Eric Huebscher** ehuebscher@huebscherconsulting.com

**Scott Griffin** sgriffin@grifflegal.com

**Frank Eaton** featon@grifflegal.com

**Nagi, Jason** Jason.Nagi@offitkurman.com

**Kenneith Flickinger** Kenneth.flickinger@offitkurman.com

**Dawn Kirby** dkirby@kacllp.com

**Allen Schwartz** allen@allenschwartzlaw.com

**Leslie Thorne** leslie.thorne@haynesboone.com

**Richard Kanowitz** Richard.Kanowitz@haynesboone.com

**Aishlinn Bottini** Aishlinn.Bottini@haynesboone.com

**Nathan E. Denning,** NDenning@wiggin.com

**Kate Cassidy** kcassidy@wiggin.com

**Nestor Rodriguez Smyt** nrodriguezsmyt@wiggin.com

**Andrew Ritter** ARitter@wiggin.com

**William C. Heuer** wheuer@westermanllp.com

**Jacob Frumkin** jfrumkin@coleschotz.com

**Sean C. Southard** ssouthard@klestadt.com

**Brendan M. Scott** bscott@klestadt.com

/s/ *Jonathan T. Koevary*
Jonathan T. Koevary