**Exhibit A**

**Organizational Chart**

Jeff Simpson
Jared Chassen
608941 NJ Inc.
66.7%
33.3%
20%
JJ Arch LLC
80%
Arch Real Estate Holdings LLC
JJ 88 Arch LLC
608941 NJ Inc.
JJ Camelot LLC
608941 NJ Inc.
JJ NCSC LLC
608941 NJ Inc.
50%
50%
35.3%
64.7%
36.7%
63.3%
0% Managing Member of MM Entities
Other Parties
80%
88 Arch MM LLC
20%
Camelot MM JV LLC
NCSC MM JV LLC
0.5%
Other Parties
56.2%
88 Arch LLC
43.8%
Other Parties
58.2%
41.8%
Other Parties
51.5%
48.5%
Tower Owner Two LLC
Camelot Class B JV LLC
NCSCJV Holdings
Other Parties
35.1%%
64.9%
99.5%
0.5%
99.5%
Tower Investors LLC
Camelot JV LLC
NCSC JV LLC
100%
100%
100%
88 Tower Member LLC
88 Tower Member 2 LLC
88 Tower Member 3 LLC
Borrowers under CIM Mezzanine Loan
100%
100%
100%
Equity Interests that are pledged under the CIM Mezzanine Loan
88 Tower LLC
88 Tower 2 LLC
88 Tower 3 LLC
66.37% TIC
19.17% TIC
14.46% TIC
88 University Place (Property)

