**GRIFFIN LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Frank L. Eaton

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :    (Subchapter V)
JJ ARCH LLC,                                                     :
                                                                 :    Case No. 24-10381 (JPM)
                                                                 :
                         Debtor.[1]                              :
                                                                 :
-----------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF GRIFFIN LLP'S MOTION TO WITHDRAW AS PROPOSED GENERAL BANKRUPTCY COUNSEL FOR DEBTOR JJ ARCH LLC

**PLEASE TAKE NOTICE** that Griffin LLP will present the *Motion to Withdraw as Proposed General Bankruptcy Counsel for Debtor JJ Arch LLC* (the "Motion"), and requests entry of an order in a form substantially similar to that attached to the Motion as **Exhibit A** (the "Proposed Order") for signature to the Hon. John P. Mastando III of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York, 10004-1408, on **June 20, 2024 at 9:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Proposed Order and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefor, and shall

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov), with a hard copy delivered directly to chambers and served so as to be actually received no later than **June 17, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"), upon (i) the Debtor, JJ Arch LLC, 88 University Place, 2nd Floor, New York, NY 10003, Attn: Mr. Jeffrey Simpson; (ii) Griffin LLP, 420 Lexington Avenue, Suite 400, New York, NY 10170, Attn: Scott A. Griffin, Esq. (sgriffin@grifflegal.com); (iii) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Brian Masumoto, Esq. (brian.masumoto@usdoj.gov); and (iv) the Subchapter V Trustee, 301 E. 87th Street – 20E, New York, NY 10128, Attn: Eric Huebscher (ehuebscher@huebscherconsulting.com).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, the Proposed Order may be entered without further notice. If an objection is filed, you will be notified of a hearing to consider the requested relief.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion, Proposed Order, or any pleadings in this case may be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov; or (ii) contacting the Office of the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| Dated:  June 3, 2024<br>New York, New York | GRIFFIN LLP<br><br>/s/ *Scott A. Griffin*<br>Scott A. Griffin<br>Frank L. Eaton<br>420 Lexington Avenue, Suite 400<br>New York, New York 10170<br>Telephone:  (646) 998-5580<br>Facsimile:   (646) 998-8284 |