**WESTERMAN BALL EDERER**
**MILLER ZUCKER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
Jeffrey A. Miller, Esq.
William C. Heuer, Esq.
*Attorneys for Neutral LLC and Kay Properties LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

    JJ ARCH LLC,                                              Chapter 11
                                                                     (Subchapter V)

                                 Debtor.                        Case No. 24-10381 (JPM)
---------------------------------------------------------X

### NOTICE OF HEARING TO CONSIDER 40 NEUTRAL LLC AND KAY PROPERTIES LLC'S MOTION TO EXPAND POWERS OF THE SUBCHAPTER V TRUSTEE

**PLEASE TAKE NOTICE** that a hearing will take place on **June 20, 2024, at 9:00 a.m., prevailing Eastern Time** (the "Hearing") before Honorable John P. Mastando III, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, or at such other time as the Court may determine.

**PLEASE TAKE FURTHER NOTICE** that on March 20, 2024, 40 Neutral LLC ("40 Neutral") and Kay Properties LLC ("Kay Properties") (collectively, the "Movants") have filed their *Motion to Expand Powers of the Subchapter V Trustee* [Docket No. 23] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m.**

1

DocID 03028760.1

**(prevailing Eastern Time) on June 19, 2024**, unless otherwise instructed by chambers. After the deadline for parties to make electronic appearances passes, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link will not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested at the Hearing shall: (a) be in writing, stating in writing the reasons therefore; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; and (c) be filed electronically with the Court on the docket of In re JJ Arch LLC., Case No. 24-10381 (JPM) by registered users of the Court's electronic filing system **on or before 5:00 p.m. (prevailing Eastern Time) on June 13, 2024**, with paper copies delivered to the chambers of Honorable John P. Mastando III, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, Courtroom 501 and served upon: (i) counsel to Movants; (ii) any counsel who appears for the Debtor and/or Debtor's managing member, Jeffrey Simpson; (iii) the United States Trustee; (iv) the Subchapter V Trustee; and (v) any parties required to be served under Rule 9013-1(b) of the Local Bankruptcy Rules or any other applicable Bankruptcy Rule or Local Bankruptcy Rule.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: Uniondale, New York
June 4, 2024

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN LLP

By: /s/ William C. Heuer
    Jeffrey A. Miller, Esq.
    William C. Heuer, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
jmiller@westermanllp.com
wheuer@westermanllp.com
*Attorneys for Neutral LLC and Kay Properties LLC*

DocID 03028760.1