**Presentment Date: June 24, 2024, at 12:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: June 17, 2024, at 4:00 p.m. (prevailing Eastern Time)**

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Substitute Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                      Chapter 11

JJ ARCH LLC,                                                        Case No.: 24-10381 (JPM)

                                    Debtor.
---------------------------------------------------------X

**NOTICE OF PRESENTMENT OF
DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT
OF DAVIDOFF HUTCHER & CITRON LLP AS ATTORNEYS FOR THE
DEBTOR AND DEBTOR IN POSSESSION EFFECTIVE AS OF MAY 17, 2024**

**PLEASE TAKE NOTICE** that the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Davidoff Hutcher & Citron LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date* (the "**Application**") will be presented for approval and signature to the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on the 24th of June at 12:00 p.m., prevailing Eastern Time**.**

1

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application shall:  (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) to be filed electronically with the Court on the docket of *In re JJ Arch LLC*, No . 24-10381 (JPM) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served so as to be actually received by **June 17, 2024, at 4:00 p.m., prevailing Eastern Time**, by any person or entity with a particularized interest in the subject matter of this Application.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered.  Failure to file a timely objection may result in entry of a final order granting the Application as requested by the Debtor.

**PLEASE TAKE FURTHER NOTICE** that upon receipt of an objection, the Court may hold a hearing, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of the Application and other pleadings filed in this Chapter 11 case by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Dated: June 10, 2024

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Substitute Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200

*/s/ Jonathan S. Pasternak*
Jonathan S. Pasternak, Esq.