| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>*Proposed Substitute Attorneys for the Debtor*<br>605 Third Avenue<br>New York, New York 10158<br>(212) 557-7200<br>Jonathan S. Pasternak, Esq. | **Presentment Date: June 24, 2024**<br>**Presentment Time:  12:00 p.m. (EST)** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                                           Chapter 11

JJ ARCH LLC,
                                                                                                    Case No.: 24-10381 (JPM)

                        Debtor.
---------------------------------------------------------X

**NOTICE OF PRESENTMENT OF ORDER ESTABLISHING
DEADLINE FOR FILING PROOFS OF CLAIMS AND APPROVING
THE FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that upon the annexed motion (the "Motion")[1] of JJ Arch LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, Davidoff Hutcher & Citron LLP, the proposed Bar Date Order and proposed Bar Date Notice will be presented by the undersigned for approval and signature to the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green – Rm 501, New York, New York 10004 on the 24th day of June, 2024 at 12:00 p.m. (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Davidoff Hutcher & Citron LLP, proposed attorneys for the Debtor, 605 Third Avenue, New York, New York 10158, Attn: Jonathan S. Pasternak, Esq., so as

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Motion.

to be received no later than three (3) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: New York, New York
June 10, 2024

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Substitute Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200

By: */s/ Jonathan S. Pasternak*
Jonathan S. Pasternak