KIRBY AISNER & CURLEY LLP
*Former Co-Counsel for Jared Chassen*
700 Post Road, Suite 237
Scarsdale, NY 10583
(914) 401-9501
Dawn Kirby, Esq.
dkirby@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | (Subchapter V) |
| JJ ARCH LLC, | |
| | Case No. 24-10381 (JPM) |
| Debtor. | |

-----------------------------------------------------X

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Klestadt Winters Jureller Southard & Stevens LLP will be and hereby is substituted for Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 as co-counsel with Schwartz Law PLLC for Jared Chassen, in the above captioned proceeding.

Dated: June 10, 2024                                        Dated: June 10, 2024

KIRBY AISNER & CURLEY LLP                    KLESTADT WINTERS JURELLER
700 Post Road, Suite 237                             SOUTHARD & STEVENS LLP
Scarsdale, New York 10583                          200 West 41st Street, 17th Floor
(914) 401-9500                                              New York, New York 10036
                                                                      (212) 972-3000

       /s/ Dawn Kirby                                              /s/ Sean Southard
By: _____                    By:_____
       Dawn Kirby, Esq.                                        Sean Southard, Esq.

Dated: June 11, 2024

CONSENTED AND AGREED:

/s/ Jared Chassen
_____
Jared Chassen