DAVIDOFF HUTCHER & CITRON LLP
*Proposed Substitute Attorneys* for *JJ ARCH LLC*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Jonathan S. Pasternak

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

JJ ARCH LLC,                                                     Case No. 24-10381 (JPM)

JEFFREY SIMPSON, individually and derivatively, as      Adv. Pro. No. 24-01335 (JPM)
managing member of JJ ARCH LLC, suing derivatively
as managing member of ARCH REAL ESTATE
HOLDINGS LLC and JJ ARCH LLC,
                         Petitioner,                          (Removed Proceeding)

             -against-

JAROD CHASSEN, FIRST REPUBLIC BANK,

                       Respondents.

-----------------------------------------------------------------------x
JARED CHASSEN, individually and derivatively, as managing
member of JJ ARCH LLC, suing derivatively as managing
member of ARCH REAL ESTATE HOLDINGS LLC and JJ
ARCH LLC

                                     Counterclaim Plaintiffs
             -against -

JEFFREY SIMPSON and YJ SIMCO LLC

                                     Counterclaim Defendants

                          And

JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS LLC

Nominal Defendants,

-------------------------------------------------------------------------------x

608941 NJ INC.

                                          Intervenor-Plaintiff

        Against

JEFFREY SIMPSON, JJ ARCH LLC, AND ARCH REAL
ESTATE HOLDINGS LLC,

                                                    Defendants

        AND

ARCH REAL ESTATE HOLDINGS, LLC

                                              Nominal Defendant.

-------------------------------------------------------------------------------x

# DESIGNATION OF THE RECORD FOR JJ ARCH LLC'S PRELIMINARYOBJECTIONS TO THE BANKRUPTCY COURT'S PROPOSED FINDINGS AND CONCLUSIONS OF LAW

**DAVIDOFF HUTCHER & CITRON LLP**
*Proposed Substitute Attorneys for JJ Arch LLC*
**605 Third Avenue
New York, New York 10158
(212) 557-7200**

JJ Arch LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "**Debtor**" and, such case, the "**Chapter 11 Case**"),[1] by and through its undersigned counsel, hereby submits, pursuant to 28 U.S.C. § 157(c)(1) and Fed. R. Bankr. P. 9033, the following Designation of the Record for the Debtor's Objections to the Bankruptcy Court's Proposed Findings and Conclusions With Respect to the Motion of *Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity* [Main Docket No. 131] dated June 10, 2024 (the "**Proposed Findings**"),[2], [3]:

|  |  | FROM DOCKET OF ADVERSARY PROCEEDING NO. 24-01335 |  |
|---|---|---|---|
| Date of event | Docket No. | Description | Remarks |
| 04/03/2024 | 1 (731 pgs; 5 docs) | Adversary case 24-01335. Copy of Certified Order Transferring Case No. *1L24-cv-2478 (CM)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 29160463, Fee Amount $ 350.). Nature(s) of Suit: (02 | This record item includes the following items:<br><br>1) Main document, Notice Pages 1-8;<br>2) Exhibit "A," |

---

[1] References herein to "Main Docket" or "Main Dkt." refer to the main docket of this Chapter 11 Case, Case No. 2410381 (JPM), and references to "Adversary Docket" or "Adversary Dkt." refer to the docket for the adversary proceeding commenced in this Chapter 11 Case, Adv. Pro. No. 24-01335 (JPM).

[2] Pursuant to the Proposed Findings, the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), recommended that the District Court grant *Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity* [Adversary Docket No. 2] (the "**Remand Motion**")[2] and (ii) *Oak's Joinder to Motion to Remand* [Adversary Docket No. 4] (the "**Remand Joinder**" and, together with the Remand Motion, the "**Remand Filings**").

[3] Capitalized terms used in this Preliminary Statement but not yet defined have the meanings given to such terms in the remainder of this Objection.

| | | (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Nathan Denning on behalf of Jeffrey Simpson, JJ Arch LLC. (Attachments: # [1](#) Doc # 2 Civil Cover Sheet # [2](#) Doc #3 Notice of Removal (titled correctly) # [3](#) Doc $4 SDNY Trasnfer Order # [4](#) SDNY Docket Sheet) (Pisarczyk, Gladys) (Entered: 04/03/2024) | state court complaint, Pages 9- 45 (all subsequent documents are part of Exhibit "A". <br> 3) State Court Answer for Jarrod Chassen, 46-107; <br> 4) State Court Answers of Debtor to Counterclaims – 108-114 <br> 5) 608941 NJ INC. ("Oak" or "Investor Member") Complaint -115- 146 <br> 6) – State Court Amended Answer for Jarrod Chassen, 147-233 <br> 7) Simpson Answer & Counterclaims against 608941 NJ INC. - 234- 263 (NYSCEF Docket No. 471) <br> 8) Debtor Answer & Counterclaims against 608941 NJ INC 264-294 (NYSCEF Docket No. 483) <br> 9) Simpson reply to Counterclaims of Chassen – 295-330 <br> 10) Notice of |

| | | | Rejection 331-333; 11) State Court Docket – 334-363 |
|---|---|---|---|
| 04/10/2024 | 2 (39 pgs; 2 docs) | Memorandum of Law *in Support of Jared Chassen and Arch Real Estate Holdings LLCs Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity* filed by Brendan M. Scott on behalf of Arch Real Estate Holdings LLC, Jared Chassen, Jared Chassen. (Attachments: # 1 Exhibit A - Causes of Action in the State Court Action by Pleading) (Scott, Brendan) (Entered: 04/10/2024) | |
| 04/10/2024 | 3 (449 pgs; 23 docs) | Declaration *of Allen Schwartz, Esq. In Support of Joint Motion To Remand Based On Lack of Jurisdiction or, In the Alternative, Principles of Abstention or Equity* filed by Sean C. Southard on behalf of Jared Chassen, Jared Chassen. (Attachments: # 1 Exhibit A - JJ Arch Operating Agreement # 2 Exhibit B- Amended JJ Arch Operating Agreement # 3 Exhibit C- Arch Real Estate Holdings LLC Operating Agreement # 4 Exhibit D - Jeffrey Simpson's Complaint # 5 Exhibit E - August 21, 2023 OSC # 6 Exhibit F - Order Regarding Interim Operating Procedures # 7 Exhibit G - Pre-Motion Letter # 8 Exhibit H - Sept 11, 2023 Transcript # 9 Exhibit I-Sept 15, 2023 OSC # 10 Exhibit J - October 2, 2023 Preliminary Injunction # 11 Exhibit K - Nov 22, 2023 Preliminary Injunction # 12 Exhibit L - Amended Counterclaims # 13 Exhibit M- October 27, 2023 Interim Order # 14 Exhibit N- Oak Intervenor Complaint # 15 Exhibit O- Nov 3, 2023 OSC # 16 Exhibit Nov 22, 2023 Interim Order # 17 Exhibit Nov 22, 2023 Amended Prelim Injunction # 18 | |

| | | | |
|---|---|---|---|
| | | Exhibit R - Feb 7, 2024 OSC # 19 Exhibit S - Feb 7 2024 Simpson OSC # 20 Exhibit T - Feb 22, 2024 App Div First Dept Order # 21 Exhibit U - Simpson Reply to Counterclaims # 22 Exhibit V - Notice of Rejection) (Southard, Sean) (Entered: 04/10/2024) | |
| 04/10/2024 | 4 (27 pgs) | Motion to Join *Oak's Joinder to Motion to Remand* filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/10/2024) | |
| 04/11/2024 | 5 (4 pgs) | Statement *of Non-Consent Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/11/2024) | |
| 04/11/2024 | 6 (4 pgs) | Notice of Appearance in Adversary Proceeding filed by Jason A Nagi on behalf of Jeffrey Simpson. (Nagi, Jason) (Entered: 04/11/2024) | |
| 04/12/2024 | 7 (1 pg) | Notice of Pre-Trial Conference for a Removed Case with Pre-Trial Conference set for 5/2/2024 at 10:00 AM at Videoconference (ZoomGov) (JPM), (Porter, Minnie) (Entered: 04/12/2024) | |
| 04/12/2024 | 8 (3 pgs) | Statement *of Non-Consent Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* filed by Brendan M. Scott on behalf of Jared Chassen, Jared Chassen. (Scott, Brendan) (Entered: 04/12/2024) | |
| 04/12/2024 | 9 (2 pgs) | Statement *of NON CONSENT of Arch Real Estate Holdings LLC Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/12/2024) | |

| | | | |
|---|---|---|---|
| 04/12/2024 | [10](#) (4 pgs) | Notice of Appearance in Adversary Proceeding filed by Kenneth J. Flickinger on behalf of Jeffrey Simpson, Jeffrey Simpson, Jeffrey Simpson. (Flickinger, Kenneth) (Entered: 04/12/2024) | |
| 04/12/2024 | [11](#) (3 pgs) | Certificate of Service (related document(s)[9](#)) filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/12/2024) | |
| 04/12/2024 | [12](#) (3 pgs) | Letter *to the Honorable John P. Mastando III* (related document(s)[3](#), [2](#)) Filed by Brendan M. Scott on behalf of Jared Chassen, Jared Chassen. (Scott, Brendan) (Entered: 04/12/2024) | |
| 04/13/2024 | [13](#) (5 pgs) | Notice of Hearing *of Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion To Remand Based On Lack of Jurisdiction Or, In the Alternative, Principles of Abstention or Equity* (related document(s)[3](#), [2](#)) filed by Sean C. Southard on behalf of Jared Chassen, Jared Chassen. (Southard, Sean) (Entered: 04/13/2024) | |
| 04/15/2024 | [14](#) (3 pgs) | Affidavit of Service (related document(s)[8](#)) Filed by Brendan M. Scott on behalf of Jared Chassen, Jared Chassen. (Scott, Brendan) (Entered: 04/15/2024) | |
| 04/15/2024 | [15](#) (3 pgs) | Certificate of Service *Affirmation of Service of Statement of Non-Consent Pursuant to Rule 9027(a)(3) of the Federal Rules of Bankruptcy Procedure* (related document(s)[5](#)) Filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/15/2024) | |
| 04/16/2024 | [16](#) (25 pgs; | Motion to Compel *[Motion for an Order (I) Compelling Expedited Discovery in* | |

| | | |
|---|---|---|
| | 2 docs) | *Connection with Motions to Dismiss and Remand Filings, (II) Adjourning Hearing on Remand Filings Until Dismissal Issues Have Been Resolved and (III) Setting a Briefing and Hearing Schedule to Resolve Dismissal Issues]* filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # [1] Exhibit A - Request Exhibit) (Denning, Nathan) (Entered: 04/16/2024) |
| 04/16/2024 | [17] (10 pgs; 2 docs) | Ex Parte Motion to Shorten Time *[Motion for an Order Shortening Notice with Respect to Debtor's Motion for an Order]* (related document(s)[16]) filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # [1] Exhibit A - Proposed Order) (Denning, Nathan) (Entered: 04/16/2024) |
| 04/16/2024 | [18] (3 pgs) | Letter *(objecting to the Debtors Motion for an Order Shortening Notice with Respect to Debtors Motion for an Order dated April 16, 2024)* (related document(s)[17], [12]) Filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/16/2024) |
| 04/17/2024 | [19] (2 pgs) | Order signed on 4/17/2024 Re:Denying Motion to Shorten Time/Motion for an Order Shortening Notice. (Related Doc # [17]) . (Rodriguez-Castillo, Maria) (Entered: 04/17/2024) |
| 04/23/2024 | [20] (116 pgs; 3 docs) | Objection to Motion *to Remand Filings* filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # [1] Exhibit Declaration in support of Debtor's Objections to Remand # [2] Exhibit A to Declaration-February 6, 2014 State Court Hearing Transcript) (Denning, Nathan) (Entered: 04/23/2024) |

| | | | |
|---|---|---|---|
| 04/23/2024 | [21](#) (10 pgs) | Motion to Join *Joinder to Debtors Objection to Motion to Remand* filed by Jason A Nagi on behalf of Jeffrey Simpson, Jeffrey Simpson, Jeffrey Simpson. with hearing to be held on 5/2/2024 (check with court for location) (Nagi, Jason) (Entered: 04/23/2024) | |
| 04/25/2024 | [22](#) (4 pgs) | Certificate of Service */Declaration of Service of Jeffrey Simpsons Joinder to Objection to Motion to Remand and Response to Oaks Joinder* filed by Jason A Nagi on behalf of Jeffrey Simpson, Jeffrey Simpson, Jeffrey Simpson. (Nagi, Jason) (Entered: 04/25/2024) | |
| 04/30/2024 | [23](#) (22 pgs) | Joint Reply to Motion *(Reply of Jared Chassen and Arch Real Estate Holdings LLC to Objections of the Debtor and Simpson and in Further Support of Their Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity (related document(s)[2](#)))* filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/30/2024) | |
| 04/30/2024 | [24](#) (22 pgs) | Reply to Motion *Oak's Reply to Debtor's Objection to Motion to Remand and Simpson's Joinder Thereto* (related document(s)[21](#), [4](#)) filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/30/2024) | |
| 05/07/2024 | 25 | Transcript regarding Hearing Held on 05/02/24 at 10:09 A.M. RE: Motion to Join Joinder to Debtors Objection to Motion to Remand Etc. Remote electronic access to the transcript is restricted until 8/5/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: ACCESS TRANSCRIPTS, | |

| | | | |
|---|---|---|---|
| | | LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/14/2024. Statement of Redaction Request Due By 5/28/2024. Redacted Transcript Submission Due By 6/7/2024. Transcript access will be restricted through 8/5/2024. (Su, Kevin) (Entered: 05/07/2024) | |
| 06/10/2024 | 26 (37 pgs) | Memorandum Opinion and Order signed on 6/10/2024 And Findings Of Fact And Conclusions of Law, On Jared Chassen and Arch Real Estate Holdings LLCs Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity. (related document(s)4, 2) (Rodriguez-Castillo, Maria) (Entered: 06/10/2024) | |
| 06/11/2024 | 27 (40 pgs; 4 docs) | Notice of Proposed Findings of Fact and Conclusions of Law Regarding Memorandum Opinion and Order signed on 6/10/2024. (related document(s)26) Objections to Proposed Findings of Fact and Conclusions of Law Due By 6/25/2024, (Rouzeau, Anatin) (Entered: 06/11/2024) | |
| 06/13/2024 | 28 (3 pgs) | Certificate of Mailing Re: Proposed Findings of Fact and Conclusions of Law (related document(s) (Related Doc # 27)) . Notice Date 06/13/2024. (Admin.) (Entered: 06/14/2024) | |
| 06/13/2024 | 29 (39 pgs) | Certificate of Mailing (related document(s) (Related Doc # 27)) . Notice Date 06/13/2024. (Admin.) (Entered: 06/14/2024) | |

|  |  | FROM DOCKET OF MAIN CASE - NO. 24-10381 |  |
|---|---|---|---|
| Date of event | ECF Docket No. | Description | Remarks |
| 03/07/2024 | 1 (15 pgs) | Chapter 11 Subchapter V Voluntary Petition for Non-Individual. Order for Relief Entered. |  |
| 03/14/2024 | 4 (1224 pgs; 11 docs) | Motion to Dismiss Case filed by Dawn Kirby on behalf of Jared Chassen. (Attachments: # 1 Exhibit A- Declaration of Allen Schwartz # 2 Exhibit 1- Exhibit 11 for Schwartz Declaration # 3 Exhibit 12 to Schwartz Declaration # 4 Exhibit 13 - Exhibit 22 to Schwartz Declaration # 5 Exhibit 23- Exhibit 26 to Schwartz Declaration # 6 Exhibit 27- Exhibit 30 to Schwartz Declaration # 7 Exhibit 31- Exhibit 33 to Schwartz Declaration # 8 Exhibit B- Declaration of Jared Chassen # 9 Exhibit C- Declaration of Dawn Kirby, Esq. # 10 Exhibit D- Proposed Order) (Kirby, Dawn) (Entered: 03/14/2024) |  |
| 03/15/2024 | 5 (11 pgs; 3 docs) | Motion to Shorten Time *Motion for entry of an order scheduling a hearing on shortened notice to consider motion for an order dismissing this chapter 11 case* (related document(s)4) filed by Dawn Kirby on behalf of Jared Chassen. (Attachments: # 1 Declaration of Dawn Kirby in Support # 2 Proposed Order Shortening Notice) (Kirby, Dawn) (Entered: 03/15/2024) |  |
| 04/16/2024 | 85 (24 pgs; 2 docs) | Motion to Compel *[Motion for an Order (I) Compelling Expedited Discovery in Connection with Motions to Dismiss and Remand Filings, (II) Adjourning Hearing on Remand Filings Until Dismissal Issues Have Been Resolved and (III) Setting a Briefing* |  |

|  |  |  |  |
|---|---|---|---|
|  |  | *and Hearing Schedule to Resolve Dismissal Issues]* filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # 1 Exhibit A - Request Exhibit) (Denning, Nathan) (Entered: 04/16/2024) |  |
| 04/16/2024 | 86 | Ex Parte Motion to Shorten Time *[Motion for an Order Shortening Notice with Respect to Debtor's Motion for an Order]* (related document(s)85) filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # 1 Exhibit A - Proposed Order) (Denning, Nathan) (Entered: 04/16/2024) |  |
| 03/25/2024 | 38 (113 pgs; 5 docs) | Motion for Relief from Stay *(Motion For Entry Of An Order (I) Confirming That The Automatic Stay Does Not Apply To Certain Corporate Governance Disputes, And/Or (II) Modifying The Automatic Stay As Necessary In Order To Address Such Corporate Governance Disputes)* filed by Adam H. Friedman on behalf of Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit A - Arch RE Holdings Operating Agreement # 2 Exhibit B - 2023-11-03_321 - Nov. 3 TRO # 3 Exhibit C - 2023-11-22_418 Simpson v Chassen - Amended Decision and Order on Motion # 4 Exhibit D - Proposed Order- Automatic Stay Motion) (Friedman, Adam) (Entered: 03/25/2024) |  |
| 03/25/2024 | 40 (36 pgs) | Motion for Relief from Stay *MOTION FOR ENTRY OF AN ORDER (I) CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY TO CERTAIN CORPORATE GOVERNANCE DISPUTES, AND/OR (II) MODIFYING THE AUTOMATIC STAY AS NECESSARY IN ORDER TO ADDRESS SUCH CORPORATE GOVERNANCE DISPUTES* filed by Sean C. Southard on behalf of Jared Chassen. (Southard, Sean) (Entered: 03/25/2024) |  |

| | | | |
|---|---|---|---|
| 06/10/2024 | [131](#) (37 pgs) | Memorandum Opinion and Order signed on 6/10/2024 And Findings Of Fact And Conclusions of Law, On Jared Chassen and Arch Real Estate Holdings LLCs Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity. Re: Adv. Pro. No. 24-1335 (Rodriguez-Castillo, Maria) (Entered: 06/10/2024) | |
| 06/10/2024 | [132](#) (22 pgs) | Memorandum Opinion And Order signed on 6/10/2024 Re: Lift Stay Motions. (related document(s)[38](#), [40](#)) (Rodriguez-Castillo, Maria) (Entered: 06/10/2024) | |
| 06/12/2024 | 136 | Transcript regarding Hearing Held on 05/31/24 at 11:35 A.M. RE: Motion To Confirm Termination Or Absence Of Stay/ Motion For Entry Of An Order (I) Confirming That The Automatic Stay Does Not Apply To The Foreclosure Of Property Owned By A Non-Debtor Entity And/Or (Ii) Modifying The Automatic Stay As Necessary To Allow For Such Foreclosure. Remote electronic access to the transcript is restricted until 9/10/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/20/2024. Statement of Redaction Request Due By 7/3/2024. Redacted Transcript Submission Due By 7/15/2024. Transcript access will be restricted through 9/10/2024. (Su, Kevin) (Entered: 06/13/2024) | |

Dated: New York, New York
      June 24, 2024

DAVIDOFF HUTCHER & CITRON LLP


By: */s/ Jonathan S. Pasternak*
     Jonathan S. Pasternak
605 Third Avenue
New York, New York 10158
(212) 557-7200
jsp@dhclegal.com
*Proposed Substitute Attorneys for the Debtor*