DAVIDOFF HUTCHER & CITRON LLP
*Proposed Substitute Attorneys* for *JJ ARCH LLC*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Jonathan S. Pasternak

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

JJ ARCH LLC,                                                                          Case No. 24-10381 (JPM)


JEFFREY SIMPSON, individually and derivatively, as         Adv. Pro. No. 24-01335 (JPM)
managing member of JJ ARCH LLC, suing derivatively
as managing member of ARCH REAL ESTATE
HOLDINGS LLC and JJ ARCH LLC,

       Petitioner,                                         (Removed Proceeding)

   -against-

JAROD CHASSEN, FIRST REPUBLIC BANK,

       Respondents.

------------------------------------------------------------------------x
JARED CHASSEN, individually and derivatively, as managing
member of JJ ARCH LLC, suing derivatively as managing
member of ARCH REAL ESTATE HOLDINGS LLC and JJ
ARCH LLC

       Counterclaim Plaintiffs
   -against -

JEFFREY SIMPSON and YJ SIMCO LLC

       Counterclaim Defendants

    And

JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS LLC


     Nominal Defendants,

------------------------------------------------------------------------------x
608941 NJ INC.

                                           Intervenor-Plaintiff

       Against

JEFFREY SIMPSON, JJ ARCH LLC, AND ARCH REAL
ESTATE HOLDINGS LLC,

                                                 Defendants

                               AND

ARCH REAL ESTATE HOLDINGS, LLC

                                           Nominal Defendant.
------------------------------------------------------------------------------x


## DECLARATION OF SERVICE OF JJ ARCH LLC'S PRELIMINARY OBJECTIONS TO THE BANKRUPTCY COURT'S PROPOSED FINDINGS AND CONCLUSIONS OF LAW

      Jonathan S. Pasternak hereby declares, under penalties of perjury, that on June 24, 2024, the following parties received Notice of Electronic Filing of JJ Arch LLC'S Preliminary Objections to the Bankruptcy Court's Proposed Findings and Conclusions of Law (Adv. Proc. ECF Docket No. 31 Main Case ECF Docket No. 148) and (2) Designation of Record (Adversary ECF Docket No. 32, Main Case ECF Docket No. 149), from the United States Bankruptcy Court, Southern District of New York, via e-mail delivery:


Nathan Denning on behalf of Counter-Defendant JJ Arch LLC
ndenning@wiggin.com, jjarch@wiggin.com

Nathan Denning on behalf of Intervenor-Defendant JJ Arch LLC
ndenning@wiggin.com, jjarch@wiggin.com

Nathan Denning on behalf of Plaintiff JJ Arch LLC
ndenning@wiggin.com, jjarch@wiggin.com

Kenneth J. Flickinger on behalf of Counter-Defendant Jeffrey Simpson
Kenneth.flickinger@offitkurman.com

Kenneth J. Flickinger on behalf of Intervenor-Defendant Jeffrey Simpson
Kenneth.flickinger@offitkurman.com

Kenneth J. Flickinger on behalf of Plaintiff Jeffrey Simpson
Kenneth.flickinger@offitkurman.com

James B. Glucksman on behalf of Counter-Defendant JJ Arch LLC
jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman on behalf of Intervenor-Defendant JJ Arch LLC
jbg@dhclegal.com, ch11esq@yahoo.com

James B. Glucksman on behalf of Plaintiff JJ Arch LLC
jbg@dhclegal.com, ch11esq@yahoo.com

Jonathan T. Koevary on behalf of Counter-Defendant Arch Real Estate Holdings LLC
jkoevary@olshanlaw.com, docketclerk@olshanlaw.com

Jason A Nagi on behalf of Counter-Defendant Jeffrey Simpson
jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jason A Nagi on behalf of Intervenor-Defendant JJ Arch LLC
jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jason A Nagi on behalf of Intervenor-Defendant Jeffrey Simpson
jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jason A Nagi on behalf of Plaintiff Jeffrey Simpson
jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Brendan M. Scott on behalf of Counter-Claimant Jared Chassen
bscott@klestadt.com

Brendan M. Scott on behalf of Defendant Jared Chassen
bscott@klestadt.com

Sean C. Southard on behalf of Counter-Claimant Jared Chassen
ssouthard@klestadt.com

Sean C. Southard on behalf of Defendant Jared Chassen
ssouthard@klestadt.com

Leslie C Thorne on behalf of Intervenor-Plaintiff 608941 NJ, Inc.
leslie.thorne@haynesboone.com,

carey.wallick@haynesboone.com;Brenda.diaz@haynesboone.com

Dated: New York, New York
       June 24, 2024

                            */s/ Jonathan S. Pasternak*
                            Jonathan S. Pasternak