```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
                                                            :   (Subchapter V)
JJ ARCH LLC,                                                :
                                                            :   Case No. 24-10381 (JPM)
                                                            :
                             Debtor.[1]                     :
                                                            :
------------------------------------------------------------X
```

**ORDER GRANTING WIGGIN AND DANA LLP'S MOTION TO WITHDRAW**

Upon consideration of *Wiggin and Dana LLP's Motion to Withdraw* [Dkt. 118] (the "<u>Motion</u>"),[2] the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; proper and adequate notice having been given under the circumstances; it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is GRANTED.

2. Good cause has been established for Wiggin and Dana LLP's ("Wiggin") withdrawal.

3. Wiggin is hereby permitted to withdraw, and shall be deemed to have withdrawn, as the Debtor's proposed co-counsel in the Chapter 11 Case, including Adversary Proceeding Case No. 24-1335.

4. The Retention Application [Dkt. 92] shall be deemed withdrawn.

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 2, 2024
New York, New York

/s/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE