UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :     (Subchapter V)
JJ ARCH LLC,                                                 :
                                                             :    Case No. 24-10381 (JPM)
                                                             :
                                      Debtor.[1]             :
                                                             :
-------------------------------------------------------------X

## ORDER GRANTING GRIFFIN LLP'S MOTION TO WITHDRAW AS PROPOSED GENERAL BANKRUPTCY COUNSEL FOR DEBTOR JJ ARCH LLC

Upon the motion[2] (the "Motion") [Doc. 120] of Griffin LLP ("Griffin" or the Firm) pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules") to withdraw as General Bankruptcy Counsel for the Debtor; and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and a hearing having been held on June 20, 2024; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that satisfactory reasons exist establishing sufficient cause for Griffin's withdrawal pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules and Local Civil Rule 1.4; and it is further

**ORDERED** that Griffin is permitted to withdraw as General Bankruptcy Counsel to the Debtor in the Chapter 11 Case; and its further

**ORDERED** that *Debtor's Application for Entry of an Order Pursuant to Section 327(a) and 329 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules*

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Motion.

1

*2014-1 and 2016-1 Authorizing the Debtor to Employ and Retain Griffin LLP, as General Bankruptcy Counsel, Nunc Pro Tunc to the Petition Date* [Doc. 73] shall be deemed withdrawn; and it is further

**ORDERED** that Griffin is to be removed as counsel of record for the Debtor from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned case and related adversary proceedings; and it is further

**ORDERED** that the terms and conditions of this Order shall become effective immediately and enforceable upon entry; and its further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
     July 2, 2024

/S/ John P. Mastando III_____
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE