DAVIDOFF HUTCHER & CITRON LLP
*Proposed Substitute Attorneys* for *JJ ARCH LLC*
605 Third Avenue
New York, New York 10158
(212) 557-7200
James B. Glucksman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

JJ ARCH LLC,                                                    Case No. 24-10381 (JPM)

                                                    Debtor.
------------------------------------------------------------------------x

## DESIGNATION OF THE RECORD FOR JJ ARCH LLC, APPELLANT

JJ Arch LLC, Appellant and debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "**Debtor**" and, such case, the "**Chapter 11 Case**"),[1] by and through its undersigned counsel, hereby submits, pursuant to 28 U.S.C. § 157(c)(1) and Fed. R. Bankr. P. 9033, the following Designation of the Record for the Debtor's Objections to the Bankruptcy Court's Proposed Findings and Conclusions With Respect to the Motion of *Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity* [Main Docket No. 131] dated June 10, 2024 (the "**Proposed Findings**"),[2], [3]:

---

[1] References herein to "Main Docket" or "Main Dkt." refer to the main docket of this Chapter 11 Case, Case No. 2410381 (JPM), and references to "Adversary Docket" or "Adversary Dkt." refer to the docket for the adversary proceeding commenced in this Chapter 11 Case, Adv. Pro. No. 24-01335 (JPM).

[2] Pursuant to the Proposed Findings, the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), recommended that the District Court grant *Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity* [Adversary Docket No. 2] (the "**Remand Motion**") and (ii) *Oak's Joinder to Motion to Remand* [Adversary Docket No. 4] (the "**Remand Joinder**" and, together with the Remand Motion, the "**Remand Filings**").

1

|  |  |  | FROM DOCKET OF MAIN CASE - NO. 24-10381 |
| --- | --- | --- | --- |
|  | Date of event | ECF Docket No. | Description |
| DR 1. | 03/07/2024 | 1 (15 pgs) | Chapter 11 Subchapter V Voluntary Petition for Non-Individual. Order for Relief Entered. |
| DR 2. | 03/14/2024 | 4 (1224 pgs; 11 docs) | Motion to Dismiss Case filed by Dawn Kirby on behalf of Jared Chassen. (Attachments: # 1 Exhibit A- Declaration of Allen Schwartz # 2 Exhibit 1- Exhibit 11 for Schwartz Declaration # 3 Exhibit 12 to Schwartz Declaration # 4 Exhibit 13 - Exhibit 22 to Schwartz Declaration # 5 Exhibit 23- Exhibit 26 to Schwartz Declaration # 6 Exhibit 27- Exhibit 30 to Schwartz Declaration # 7 Exhibit 31- Exhibit 33 to Schwartz Declaration # 8 Exhibit B- Declaration of Jared Chassen # 9 Exhibit C- Declaration of Dawn Kirby, Esq. # 10 Exhibit D- Proposed Order) (Kirby, Dawn) (Entered: 03/14/2024) |
| DR 3. | 03/15/2024 | 5 (11 pgs; 3 docs) | Motion to Shorten Time *Motion for entry of an order scheduling a hearing on shortened notice to consider motion for an order dismissing this chapter 11 case* (related document(s)4) filed by Dawn Kirby on behalf of Jared Chassen. (Attachments: # 1 Declaration of Dawn Kirby in Support # 2 Proposed Order Shortening Notice) (Kirby, Dawn) (Entered: 03/15/2024) |
| DR 4. | 03/17/2024 | 6 (33 pgs) | Objection to Motion *For An Order Scheduling A Hearing On Shortened Notice* filed by Scott Anthony Griffin on behalf of JJ Arch LLC. (Griffin, Scott) (Entered: 03/17/2024) |
| DR 5. | 03/18/2 |  | Reply to Motion *Reply of Jared Chassen in Further* |

---

[3] Capitalized terms used in this Designation but not yet defined have the meanings given to such terms in the remainder of this Objection.

2

| | | | |
|---|---|---|---|
| | 024 | (9 pgs; 2 docs) | *Support of Motion to Shorten Time* (related document(s)5) filed by Dawn Kirby on behalf of Jared Chassen. (Attachments: # 1 Exhibit A - Letter to Justice Cohen) (Kirby, Dawn) (Entered: 03/18/2024) |
| DR 6. | 03/18/2 024 | (7 pgs) | Motion to Join *Jared Chassens Motions (1) for an Order Scheduling a Hearing in Shortened Notice and (2) for an Order Dismissing the Debtors Bankruptcy Case* (related document(s)4, 5) filed by Adam H. Friedman on behalf of Arch Real Estate Holdings LLC. (Friedman, Adam) (Entered: 03/18/2024) |
| DR 7. | 03/18/2 024 | (196 pgs; 4 docs) | Declaration *of Kevin Wiener, ISO Joinder to Jared Chassens Motions* (related document(s)13, 4, 5) filed by Adam H. Friedman on behalf of Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit 1 - 11-20-2023 - Commercial Division Hearing Transcript # 2 Exhibit 2 - 02-02-2024 - Transcript of Proceedings in Simpson v Chassen # 3 Exhibit 3 Simpson email to Kevin Wiener dated 3-6-2024) (Friedman, Adam) (Entered: 03/18/2024) |
| DR 8. | 03/18/2 024 | (2 pgs) | Motion to Join *Debtor's Objection to Jared Chassen's Request to Shorten Time and Schedule a Hearing on the Motion to Dismiss JJ Arch LLCs Chapter 11 Case* filed by Jason A Nagi on behalf of Jeffrey Simpson with hearing to be held on 3/19/2024 at 11:00 AM at Videoconference (ZoomGov) (JPM). (Nagi, Jason) (Entered: 03/18/2024) |
| DR 9. | 03/19/2 024 | | Affidavit Pursuant to LR 1007-2 Filed by Scott Anthony Griffin on behalf of JJ Arch LLC. (Griffin, Scott) (Entered: 03/19/2024) |

| | | | |
|---|---|---|---|
| | | | |
| DR 10 | 03/20/2024 | | Motion to Allow/*Motion to Expand Powers of the Subchapter V Trustee* filed by Jeffrey A. Miller on behalf of 40 Neutral LLC, Kay Properties LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14) (Miller, Jeffrey) (Entered: 03/20/2024) |
| DR 11 | 03/22/2024 | | Motion to Shorten Time /*Motion For Entry of an Order Scheduling a Hearing on Shortened Notice* (related document(s)23) filed by William Heuer on behalf of 40 Neutral LLC, Kay Properties LLC. (Heuer, William) (Entered: 03/22/2024) |

| | | | |
|---|---|---|---|
| DR 12 | 03/25/2024 | | Motion to Shorten Time *(Motion For An Order Shortening Time With Respect To The Hearing On Arch Real Estate Holdings LLCs Motion For An Order Motion For An Order (I) Confirming That The Automatic Stay Does Not Apply To Certain Corporate Governance Disputes, And/Or (II) Granting Limited Relief From The Automatic Stay To Address Such Corporate Governance Disputes)* filed by Adam H. Friedman on behalf of Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit A - Friedman Decl # 2 Exhibit B - Proposed Order-Automatic Stay Motion) (Friedman, Adam) (Entered: 03/25/2024) |
| DR 13. | 03/25/2024 | 40 (36 pgs) | Motion for Relief from Stay *MOTION FOR ENTRY OF AN ORDER (I) CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY TO CERTAIN CORPORATE GOVERNANCE DISPUTES, AND/OR (II) MODIFYING THE AUTOMATIC STAY AS NECESSARY IN ORDER TO ADDRESS SUCH CORPORATE GOVERNANCE DISPUTES* filed by Sean C. Southard on behalf of Jared Chassen. (Southard, Sean) (Entered: 03/25/2024) |

| DR 14 | | (401 pgs; 21 docs) | Affidavit *Declaration of Allen Schwartz, Esq. In Support of Motion* (related document(s)40) Filed by Sean C. Southard on behalf of Jared Chassen. (Attachments: # 1 Exhibit A - JJ Arch Operating Agreement # 2 Exhibit B Amended JJ Arch Operating Agreement # 3 Exhibit C - Arch Real Estate Holdings LLC Operating Agreement # 4 Exhibit D - Simpson's Complaint # 5 Exhibit E - August 21, 2023 OSC # 6 Exhibit F Order Regarding Interim Procedures # 7 Exhibit G- Pre-Motion Letter # 8 Exhibit H - Sept 11, 2023 Transcript # 9 Exhibit I- Sept 15, 2023 OSC # 10 Exhibit J - Oct 2, 2023 Preliminary Injunction # 11 Exhibit K-Nov 22, 2023 PI On Chassen's Motion # 12 Exhibit L - Amended Counterclaims # 13 Exhibit M - Oct 27, 2023 Interim Order # 14 Exhibit N- Oak Intervenor Complaint # 15 Exhibit O-Nov 3, 2023 OSC # 16 Exhibit P - Nov 20, 2023 Interim Order # 17 Exhibit Q - Nov 22, 2023 Amended PI Decision and Order # 18 Exhibit R - Feb 7, 2024 OSC # 19 Exhibit S - Feb 7 Simpson OSC # 20 Exhibit T- Feb 22, 2024 App Div First Dept Order)(Southard, Sean) (Entered: 03/25/2024) |
| | 03/25/2024 | | |
| DR 15 | | | Motion to Shorten Time *Motion for an Order Shortening Time With Respect to the Hearing on Motion for Entry of an Order (i) Confirming That the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (ii) Modifying the Automatic Stay As Necessary in Order to Address Such Corporate Governance Disputes* (related document(s)40) filed by Brendan M. Scott on behalf of Jared Chassen. (Attachments: # 1 Exhibit A - Proposed Order) (Scott, |
| | 03/25/2024 | | |

| | | | |
|---|---|---|---|
| | | | Brendan) (Entered: 03/25/2024) |
| DR 16 | 03/25/2024 | | Declaration *of Jared Chassen in Support of Motion for an Order Shortening Time With Respect to the Hearing on Motion for Entry of an Order (i) Confirming That the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (ii) Modifying the Automatic Stay As Necessary in Order to Address Such Corporate Governance Disputes* (related document(s)42) filed by Brendan M. Scott on behalf of Jared Chassen. (Attachments: # 1 Exhibit A - Emails) (Scott, Brendan) (Entered: 03/25/2024) |

| | | | |
|---|---|---|---|
| DR 17 | 03/26/2024 | | Order signed on 3/26/2024 Shortening Notice And Scheduling Hearing With Respect To Motion for an Order (I) Confirming That the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (II) Granting Limited Relief From the Automatic Stay to Address Such Corporate Governance Disputes (Related Doc # 42). With hearing to be held on 4/5/2024 at 09:30 AM at Courtroom 501 (JPM) (Rodriguez-Castillo, Maria) (Entered: 03/26/2024) |
| DR 18 | 03/26/2024 | | Order signed on 3/26/2024 Shortening Notice And Scheduling Hearing With Respect To Motion for an Order (I) Confirming That the Automatic Stay Does Not Apply to Certain Corporate Governance Disputes, and/or (II) Granting Limited Relief From the Automatic Stay to Address Such Corporate Governance Disputes (Related Doc 39). With hearing to be held on 4/5/2024 at 09:30 AM at Courtroom 501 (JPM) (Rodriguez-Castillo, Maria) Modified on 3/27/2024 (Gomez, Jessica). (Entered: 03/26/2024) |
| DR 19 | 03/26/2024 | | Transcript regarding Hearing Held on 03/25/24 at 10:10 A.M. RE: Case Conference. Remote electronic access to the transcript is restricted until 6/24/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 4/2/2024. Statement of Redaction Request Due By 4/16/2024. Redacted Transcript Submission Due By 4/26/2024. Transcript access will be restricted through 6/24/2024. (Su, Kevin) (Entered: 03/29/2024) |

| DR 20 | 04/01/2024 | | Transcript regarding Hearing Held on 03/28/24 at 3:40 P.M. RE: Status Conference. Remote electronic access to the transcript is restricted until 7/1/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 4/8/2024. Statement of Redaction Request Due By 4/22/2024. Redacted Transcript Submission Due By 5/2/2024. Transcript access will be restricted through 7/1/2024. (Su, Kevin) (Entered: 04/01/2024) |
| DR 21 | 04/01/2024 | | Objection *to Motion to Modify Stay* filed by Nathan Denning on behalf of JJ Arch LLC. (Denning, Nathan) (Entered: 04/01/2024) |
| DR 22 | 04/01/2024 | | Declaration *in support of Debtor's Objection to Stay Motions* filed by Nathan Denning on behalf of JJ Arch LLC. (Denning, Nathan) (Entered: 04/01/2024) |

| | | | |
|---|---|---|---|
| DR 23 | | | Omnibus Response to Motion *to Lift the Automatic Stay and Arch Real Estate Holding LLC's Motion to Lift the Automatic Stay* (related document(s)38, 40) filed by Jason A Nagi on behalf of Jeffrey Simpson. (Attachments: # 1 Declaration of Jason Nagi in Opposition to Motion to Lift Stay # 2 Exhibit 1 to Declaration of Jason Nagi # 3 Exhibit 2 to Declaration of Jason Nagi # 4 Exhibit 3 to Declaration of Jason Nagi # 5 Exhibit 4 to Declaration of Jason Nagi # 6 Exhibit 5 to Declaration of Jason Nagi) (Nagi, Jason) (Entered: 04/01/2024) |
| | 04/01/2024 | | |
| DR 24 | | | Response to Motion *for Stay Relief* (related document(s)40) filed by William Heuer on behalf of 40 Neutral LLC, Kay Properties LLC. (Heuer, William) (Entered: 04/01/2024) |
| | 04/01/2024 | | |

| | | | |
|---|---|---|---|
| DR 25 | 04/02/2024 | | Transcript regarding Hearing Held on 03/19/2024 At 11:06 AM RE: Motion To Join Debtors Objection To Jared Chassens Request To Shorten Time And Schedule A Hearing On The Motion To Dismiss JJ Arch LLCs Chapter 11 Case.; Etc. Remote electronic access to the transcript is restricted until 7/1/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 4/9/2024. Statement of Redaction Request Due By 4/23/2024. Redacted Transcript Submission Due By 5/3/2024. Transcript access will be restricted through 7/1/2024. (Ramos, Jonathan) (Entered: 04/02/2024) |
| DR 26 | 04/03/2024 | | Adversary case 24-01335. Copy of Certified Order Transferring Case No. *1L24-cv-2478 (CM)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 29160463, Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Nathan Denning on behalf of Jeffrey Simpson, JJ Arch LLC. (Attachments: # 1 Doc # 2 Civil Cover Sheet # 2 Doc #3 Notice of Removal (titled correctly) # 3 Doc $4 SDNY Trasnfer Order # 4 SDNY Docket Sheet) (Pisarczyk, Gladys) (Entered: 04/03/2024) |

| | | | |
|---|---|---|---|
| DR 27 | | | Reply to Motion *In Further Support of Arch Real Estate Holdings LLCs Motion For Entry of An Order (I) Confirming That the Automatic Stay Does Not Apply To Certain Corporate Governance Disputes, And/Or (II) Modifying The Automatic Stay As Necessary In Order To Address Such Corporate Governance Disputes (related documents 60 62)* (related document(s)38) filed by Adam H. Friedman on behalf of Arch Real Estate Holdings LLC. (Friedman, Adam) (Entered: 04/04/2024) |
| | | 04/04/2024 | |
| DR 28 | 04/10/2024 | | Transcript regarding Hearing Held on 04/05/24 at 9:39 A.M. RE: Notice of Agenda / Notice of Status Conference;. Remote electronic access to the transcript is restricted until 7/9/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 4/17/2024. Statement of Redaction Request Due By 5/1/2024. Redacted Transcript Submission Due By 5/13/2024. Transcript access will be restricted through 7/9/2024. (Su, |
| DR 29. | | 85 (24 pgs; 2 docs) | Motion to Compel *[Motion for an Order (I) Compelling Expedited Discovery in Connection with Motions to Dismiss and Remand Filings, (II) Adjourning Hearing on Remand Filings Until Dismissal Issues Have Been Resolved and (III) Setting a Briefing and Hearing Schedule to Resolve Dismissal Issues]* filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # 1 Exhibit A - Request Exhibit) (Denning, Nathan) (Entered: 04/16/2024) |
| | 04/16/2024 | | |

| DR 30. | 04/16/2024 | 86 | Ex Parte Motion to Shorten Time *[Motion for an Order Shortening Notice with Respect to Debtor's Motion for an Order]* (related document(s)85) filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # 1 Exhibit A - Proposed Order) (Denning, Nathan) (Entered: 04/16/2024) |
|---|---|---|---|
| DR 31. | 06/10/2024 | 131 (37 pgs) | Memorandum Opinion and Order signed on 6/10/2024 And Findings Of Fact And Conclusions of Law, On Jared Chassen and Arch Real Estate Holdings LLCs Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity. Re: Adv. Pro. No. 24-1335 (Rodriguez-Castillo, Maria) (Entered: 06/10/2024) |
| DR 32. | 06/10/2024 | 132 (22 pgs) | Memorandum Opinion And Order signed on 6/10/2024 Re: Lift Stay Motions. (related document(s)38, 40) (Rodriguez-Castillo, Maria) (Entered: 06/10/2024) |
| DR 33. | 06/12/2024 | 136 | Transcript regarding Hearing Held on 05/31/24 at 11:35 A.M. RE: Motion To Confirm Termination Or Absence Of Stay/ Motion For Entry Of An Order (I) Confirming That The Automatic Stay Does Not Apply To The Foreclosure Of Property Owned By A Non-Debtor Entity And/Or (Ii) Modifying The Automatic Stay As Necessary To Allow For Such Foreclosure. Remote electronic access to the transcript is restricted until 9/10/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Access Transcripts, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/20/2024. Statement of Redaction Request Due By 7/3/2024. Redacted Transcript Submission Due By 7/15/2024. Transcript access will be restricted through 9/10/2024. (Su, Kevin) (Entered: 06/13/2024) |

| | | | |
|---|---|---|---|
| DR 34 | 06/24/2024 | 147 (35 pgs; 4 docs) | Notice of Appeal (related document(s)132) filed by James B. Glucksman on behalf of JJ Arch LLC. Appellant Designation due by 7/8/2024, (Attachments: # 1 Memorandum Opinion and Order # 2 Statement Under Local Rule 7.1 # 3 Civil Cover Sheet and List of Attorneys, Prior District Court matters)(Glucksman, James) (Entered: 06/24/2024) |
| DR 35 | 06/24/2024 | 148 (164 pgs; 4 docs) | Response / Objection *to Proposed Findings of Fact and Conclusions of Law* (related document(s)131) filed by Jonathan S. Pasternak on behalf of JJ Arch LLC. (Attachments: # 1 Exhibit "1" - Written opinion 6-10-2024 # 2 Exhibit 2 - Arch RE Holdings operating agreement # 3 Exhibit 3 - Amendment to Operating Agreement) (Pasternak, Jonathan) Modified on 6/24/2024 (Lopez, Mary). (Entered: 06/24/2024) |
| DR 36 | 06/24/2024 | 149 (14 pgs) | Designation of Contents (appellant). *(Related to Response to Proposed Findings of Fact and Conclusions of Law and not to Appeal)* (related document(s)148) filed by Jonathan S. Pasternak on behalf of JJ Arch LLC. (Pasternak, Jonathan) (Entered: 06/24/2024) |

| | | | FROM DOCKET OF ADVERSARY PROCEEDING NO. 24-01335 | |
|---|---|---|---|---|
| | Date of event | Docket No. | Description | Remarks |
| DR 37. | | 1<br>(731 pgs; 5 docs) | | This record item includes the following items: |
| | | | | 1) Main document, Notice Pages 1-8; |
| | | | | 2) Exhibit "A," state court complaint, Pages 9- 45 (all subsequent documents are part of Exhibit "A". |
| | | | Adversary case 24-01335. Copy of Certified Order Transferring Case No. *1L24-cv-2478 (CM)* from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. (Receipt Number 29160463, Fee Amount $ 350.). Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Nathan Denning on behalf of Jeffrey Simpson, JJ Arch LLC. (Attachments: # 1 Doc # 2 Civil Cover Sheet # 2 Doc #3 Notice of Removal (titled correctly) # 3 Doc $4 SDNY Trasnfer Order # 4 SDNY Docket Sheet) (Pisarczyk, Gladys) (Entered: 04/03/2024) | 3) State Court Answer for Jarrod Chassen, 46-107; |
| | | | | 4) State Court Answers of Debtor to Counterclaims – 108-114 |
| | | | | 5) 608941 NJ INC. ("Oak" or "Investor Member") Complaint -115-146 |
| | | | | 6) – State Court Amended Answer for Jarrod Chassen, 147-233 |
| | 04/03/2024 | | | 7) Simpson Answer & Counterclaims against 608941 NJ INC. - 234- 263 |

| | | | | (NYSCEF Docket No. 471) |
|---|---|---|---|---|
| | | | | 8) Debtor Answer & Counterclaims against 608941 NJ INC 264-294 (NYSCEF Docket No. 483) |
| | | | | 9) Simpson reply to Counterclaims of Chassen – 295-330 |
| | | | | 10) Notice of Rejection 331-333; |
| | | | | 11) State Court Docket – 334-363 |
| DR 38. | 04/10/2024 | 2 (39 pgs; 2 docs) | Memorandum of Law *in Support of Jared Chassen and Arch Real Estate Holdings LLCs Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity* filed by Brendan M. Scott on behalf of Arch Real Estate Holdings LLC, Jared Chassen, Jared Chassen. (Attachments: # 1 Exhibit A - Causes of Action in the State Court Action by Pleading) (Scott, Brendan) (Entered: 04/10/2024) | |
| DR 39. | 04/10/2024 | 3 (449 pgs; 23 docs) | Declaration *of Allen Schwartz, Esq. In Support of Joint Motion To Remand Based On Lack of Jurisdiction or, In the Alternative, Principles of Abstention or Equity* filed by Sean C. Southard on behalf of Jared Chassen, Jared Chassen. (Attachments: # 1 Exhibit A - JJ Arch Operating Agreement # 2 Exhibit B- Amended JJ Arch Operating Agreement # 3 Exhibit C- Arch Real Estate Holdings LLC Operating Agreement # 4 Exhibit D - Jeffrey Simpson's Complaint # 5 | |

| | | | | |
|---|---|---|---|---|
| | | | Exhibit E - August 21, 2023 OSC # 6 Exhibit F - Order Regarding Interim Operating Procedures # 7 Exhibit G - Pre-Motion Letter # 8 Exhibit H - Sept 11, 2023 Transcript # 9 Exhibit I-Sept 15, 2023 OSC # 10 Exhibit J - October 2, 2023 Preliminary Injunction # 11 Exhibit K - Nov 22, 2023 Preliminary Injunction # 12 Exhibit L - Amended Counterclaims # 13 Exhibit M-October 27, 2023 Interim Order # 14 Exhibit N- Oak Intervenor Complaint # 15 Exhibit O-Nov 3, 2023 OSC # 16 Exhibit Nov 22, 2023 Interim Order # 17 Exhibit Nov 22, 2023 Amended Prelim Injunction # 18 Exhibit R - Feb 7, 2024 OSC # 19 Exhibit S - Feb 7 2024 Simpson OSC # 20 Exhibit T - Feb 22, 2024 App Div First Dept Order # 21 Exhibit U - Simpson Reply to Counterclaims # 22 Exhibit V - Notice of Rejection) (Southard, Sean) (Entered: 04/10/2024) | |
| DR 40. | 04/10/2024 | 4 (27 pgs) | Motion to Join *Oak's Joinder to Motion to Remand* filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/10/2024) | |
| DR 41. | 04/11/2024 | 5 (4 pgs) | Statement *of Non-Consent Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/11/2024) | |
| DR 42. | 04/11/2024 | 6 (4 pgs) | Notice of Appearance in Adversary Proceeding filed by Jason A Nagi on behalf of Jeffrey Simpson. (Nagi, Jason) (Entered: 04/11/2024) | |
| DR 43. | 04/12/2024 | 7 (1 pg) | Notice of Pre-Trial Conference for a Removed Case with Pre-Trial Conference set for 5/2/2024 at 10:00 | |

| | | | | |
|---|---|---|---|---|
| | | | AM at Videoconference (ZoomGov) (JPM), (Porter, Minnie) (Entered: 04/12/2024) | |
| DR 44. | 04/12/2024 | [8](#) (3 pgs) | Statement *of Non-Consent Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* filed by Brendan M. Scott on behalf of Jared Chassen, Jared Chassen. (Scott, Brendan) (Entered: 04/12/2024) | |
| DR 45. | 04/12/2024 | [9](#) (2 pgs) | Statement *of NON CONSENT of Arch Real Estate Holdings LLC Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/12/2024) | |
| DR 46. | 04/12/2024 | [10](#) (4 pgs) | Notice of Appearance in Adversary Proceeding filed by Kenneth J. Flickinger on behalf of Jeffrey Simpson, Jeffrey Simpson, Jeffrey Simpson. (Flickinger, Kenneth) (Entered: 04/12/2024) | |
| DR 47. | 04/12/2024 | [11](#) (3 pgs) | Certificate of Service (related document(s)[9](#)) filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/12/2024) | |
| DR 48. | 04/12/2024 | [12](#) (3 pgs) | Letter *to the Honorable John P. Mastando III* (related document(s)[3](#), [2](#)) Filed by Brendan M. Scott on behalf of Jared Chassen, Jared Chassen. (Scott, Brendan) (Entered: 04/12/2024) | |
| DR 49. | 04/13/2024 | [13](#) (5 pgs) | Notice of Hearing *of Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion To Remand Based On Lack of Jurisdiction Or, In the* | |

| | | | | |
|---|---|---|---|---|
| | | | *Alternative, Principles of Abstention or Equity* (related document(s)[3](#), [2](#)) filed by Sean C. Southard on behalf of Jared Chassen, Jared Chassen. (Southard, Sean) (Entered: 04/13/2024) | |
| DR 50. | 04/15/2024 | [14](#) (3 pgs) | Affidavit of Service (related document(s)[8](#)) Filed by Brendan M. Scott on behalf of Jared Chassen, Jared Chassen. (Scott, Brendan) (Entered: 04/15/2024) | |
| DR 51. | 04/15/2024 | [15](#) (3 pgs) | Certificate of Service *Affirmation of Service of Statement of Non-Consent Pursuant to Rule 9027(a)(3) of the Federal Rules of Bankruptcy Procedure* (related document(s)[5](#)) Filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/15/2024) | |
| DR 52. | 04/16/2024 | [16](#) (25 pgs; 2 docs) | Motion to Compel *[Motion for an Order (I) Compelling Expedited Discovery in Connection with Motions to Dismiss and Remand Filings, (II) Adjourning Hearing on Remand Filings Until Dismissal Issues Have Been Resolved and (III) Setting a Briefing and Hearing Schedule to Resolve Dismissal Issues]* filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # [1](#) Exhibit A - Request Exhibit) (Denning, Nathan) (Entered: 04/16/2024) | |
| DR 53. | 04/16/2024 | [17](#) (10 pgs; 2 docs) | Ex Parte Motion to Shorten Time *[Motion for an Order Shortening Notice with Respect to Debtor's Motion for an Order]* (related document(s)[16](#)) filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # [1](#) Exhibit A - Proposed Order) (Denning, Nathan) | |

| | | | | |
|---|---|---|---|---|
| | | | (Entered: 04/16/2024) | |
| DR 54. | 04/16/2024 | 18<br>(3 pgs) | Letter *(objecting to the Debtors Motion for an Order Shortening Notice with Respect to Debtors Motion for an Order dated April 16, 2024)* (related document(s)17, 12) Filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/16/2024) | |
| DR 55. | 04/17/2024 | 19<br>(2 pgs) | Order signed on 4/17/2024 Re:Denying Motion to Shorten Time/Motion for an Order Shortening Notice. (Related Doc # 17) . (Rodriguez-Castillo, Maria) (Entered: 04/17/2024) | |
| DR 56. | 04/23/2024 | 20<br>(116 pgs;<br>3 docs) | Objection to Motion *to Remand Filings* filed by Nathan Denning on behalf of JJ Arch LLC. (Attachments: # 1 Exhibit Declaration in support of Debtor's Objections to Remand # 2 Exhibit A to Declaration-February 6, 2014 State Court Hearing Transcript) (Denning, Nathan) (Entered: 04/23/2024) | |
| DR 57. | 04/23/2024 | 21<br>(10 pgs) | Motion to Join *Joinder to Debtors Objection to Motion to Remand* filed by Jason A Nagi on behalf of Jeffrey Simpson, Jeffrey Simpson, Jeffrey Simpson. with hearing to be held on 5/2/2024 (check with court for location) (Nagi, Jason) (Entered: 04/23/2024) | |
| DR 58. | 04/25/2024 | 22<br>(4 pgs) | Certificate of Service */Declaration of Service of Jeffrey Simpsons Joinder to Objection to Motion to Remand and Response to Oaks Joinder* filed by Jason A Nagi on behalf of Jeffrey Simpson, Jeffrey Simpson, Jeffrey | |

| | | | | |
|---|---|---|---|---|
| | | | Simpson. (Nagi, Jason) (Entered: 04/25/2024) | |
| DR 59. | 04/30/2024 | 23<br>(22 pgs) | Joint Reply to Motion *(Reply of Jared Chassen and Arch Real Estate Holdings LLC to Objections of the Debtor and Simpson and in Further Support of Their Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity (related document(s)2))* filed by Jonathan T. Koevary on behalf of Arch Real Estate Holdings LLC. (Koevary, Jonathan) (Entered: 04/30/2024) | |
| DR 60. | 04/30/2024 | 24<br>(22 pgs) | Reply to Motion *Oak's Reply to Debtor's Objection to Motion to Remand and Simpson's Joinder Thereto* (related document(s)21, 4) filed by Leslie C Thorne on behalf of 608941 NJ, Inc.. (Thorne, Leslie) (Entered: 04/30/2024) | |
| DR 61. | 05/07/2024 | 25 | Transcript regarding Hearing Held on 05/02/24 at 10:09 A.M. RE: Motion to Join Joinder to Debtors Objection to Motion to Remand Etc. Remote electronic access to the transcript is restricted until 8/5/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: ACCESS TRANSCRIPTS, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/14/2024. Statement of Redaction Request Due By 5/28/2024. Redacted Transcript Submission Due By 6/7/2024. Transcript access will be restricted through 8/5/2024. (Su, Kevin) (Entered: 05/07/2024) | |

| | | | | |
|---|---|---|---|---|
| DR 62. | | 26<br>(37 pgs) | Memorandum Opinion and Order signed on 6/10/2024 And Findings Of Fact And Conclusions of Law, On Jared Chassen and Arch Real Estate Holdings LLCs Joint Motion to Remand Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity. (related document(s)4, 2) (Rodriguez-Castillo, Maria) (Entered: 06/10/2024) | |
| | 06/10/2024 | | | |
| DR 63. | | 27<br>(40 pgs;<br>4 docs) | Notice of Proposed Findings of Fact and Conclusions of Law Regarding Memorandum Opinion and Order signed on 6/10/2024. (related document(s)26) Objections to Proposed Findings of Fact and Conclusions of Law Due By 6/25/2024, (Rouzeau, Anatin) (Entered: 06/11/2024) | |
| | 06/11/2024 | | | |
| DR 64. | | 28<br>(3 pgs) | Certificate of Mailing Re: Proposed Findings of Fact and Conclusions of Law (related document(s) (Related Doc # 27)) . Notice Date 06/13/2024. (Admin.) (Entered: 06/14/2024) | |
| | 06/13/2024 | | | |
| DR 65. | | 29<br>(39 pgs) | Certificate of Mailing (related document(s) (Related Doc # 27)) . Notice Date 06/13/2024. (Admin.) (Entered: 06/14/2024) | |
| | 06/13/2024 | | | |

## <u>STATEMENT OF THE ISSUES ON APPEAL</u>

1.    Whether the Bankruptcy Court erred in lifting the automatic stay?

2.    Whether the Bankruptcy Court erred in finding cause to lift the automatic stay?

3.    Whether the control of the Debtor is a matter of core concern pursuant to 28 U.S.C. § 157(b)(2)(A) so as to make lifting of the automatic stay improper?

4. Whether the Bankruptcy Court erred in finding that relief from the automatic stay would result in a partial or complete resolution of the issues?

5. Where the Bankruptcy Court erred in finding that the State Court proceeding does not involve the Debtor as a fiduciary for the other related entities?

6. Whether the Bankruptcy Court erred in implicitly or explicitly finding that it has less expertise in determining issues of corporate control than the State Court?

7. Whether the Bankruptcy Court erred in implicitly or explicitly finding that the litigation involved primarily third parties?

8. Whether the Bankruptcy Court erred in implicitly or explicitly finding that the lifting of the automatic stay would not prejudice other creditors?

9. Whether the Bankruptcy Court erred in implicitly or explicitly finding the interests of judicial economy and the expeditious and economical resolution of litigation would be promoted by lifting the automatic stay?

10. Whether, where discovery in the State Court was in a germinal state, the Bankruptcy Court found that cause existed to lift the automatic stay?

11. Whether the Bankruptcy Court erred in failing to enforce discovery into issues bearing on the automatic stay before finding that cause existed to lift the automatic stay?

12. Whether the Bankruptcy Court erred in permitting the postponement of motions and proceedings in order for other parties to avoid discovery obligations?

13. Whether the Bankruptcy Court erred in implicitly or explicitly  erred in calculating the impact of the stay on the parties and the balance of harms?

14.     Whether the Bankruptcy Court erred in finding that the automatic stay did not apply to stay derivative claims belonging to the Debtor in a court other than the Bankruptcy Court?

15.     Whether the Bankruptcy Court erred in exercising its discretion to lift the automatic stay to allow the prosecution of derivative claims belonging to the Debtor in a court other than the Bankruptcy Court?

16.     Whether the Bankruptcy Court erred in failing to find that there is such identity between the debtor and the related parties that the debtor may be said to be the real party defendant?

17.     Whether the Bankruptcy Court erred in issuing Findings of Fact and Conclusions of Law to recommend remand of a related removed proceeding?[4]

Dated: New York, New York
        July 2, 2024


                                DAVIDOFF HUTCHER & CITRON LLP


                                By: */s/ James B. Glucksman*
                                     James B. Glucksman
                                605 Third Avenue
                                New York, New York 10158
                                (212) 557-7200
                                jbg@dhclegal.com
                                *Proposed Substitute Attorneys for the Debtor*

---

[4] This issue is the subject of the Debtor's Objection to Proposed Findings of Fact and Conclusions of Law that is the subject of a related proceeding in the District Court, 24 cv. 4847.