IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

In re:

JJ ARCH LLC,

                          Debtor.

-----------------------------------------------------------------

Chapter 11
(Subchapter V)

Case No. 24-10381 (JPM)

### ORDER AUTHORIZING OFFIT KURMAN, P.A. TO WITHDRAW AS COUNSEL OF RECORD TO JEFFREY SIMPSON

**UPON** the motion dated June 3, 2024 (the "**Motion**") [ECF 119] of Offit Kurman P.A. ("**Movant**") seeking the entry of an order pursuant to Local Bankruptcy Rule 2090-1 authorizing Movant to withdraw as counsel of record to Jeffrey Simpson; and a hearing on the Motion having come to be heard on June 20, 2024; and such other parties whose identities are reflected in the record of the hearing having been heard with respect thereto; and it appearing that due and sufficient cause appearing therefor, it is

**ORDERED**, that the Motion is granted and, pursuant to Local Bankruptcy Rule 2090-1(d), Movant is relieved of its obligations as counsel of record to Jeffrey Simpson in this case (Case No. 24-10381 (JPM)) and in the pending adversary proceeding (Case No. 24-1335 (JPM)).

Dated: July 15, 2024
      New York, New York

                                    /S/ John P. Mastando III
                                    HONORABLE JOHN P. MASTANDO III
                                    UNITED STATES BANKRUPTCY JUDGE