KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 972-3000
Sean C. Southard, Esq.
Brendan M. Scott, Esq.
ssouthard@klestadt.com
bscott@klestadt.com

-and -

SCHWARTZ LAW PLLC
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
347-460-5379
allen@allenschwartzlaw.com

*Counsel for Jared Chassen*

OLSHAN FROME WOLOSKY LLP
Adam H. Friedman
Jonathan T. Koevary
Katherine Mateo
1325 Avenue of the Americas
New York, NY 10019
212.451.2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| JJ ARCH LLC, | Case No. 24-10381 (JPM) |
| Debtor.[1] | |

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD**
**PURSUANT TO FED. R. BANKR. P. 8009(a)(2) BY**
**JARED CHASSEN AND ARCH REAL ESTATE HOLDINGS, APPELLEES**

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, in connection

with the above captioned debtor's appeal (the "Debtor-Appellant") of the Memorandum Opinion

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.

and Order of the Bankruptcy Court dated June 10, 2024 [Dkt. No. 132] granting the Lift Stay

Motions (as defined therein), appellees Jared Chassen ("Mr. Chassen") and Arch Real Estate

Holdings LLC ("AREH" and together with Mr. Chassen, the "Appellees") hereby designate the

below items in addition to those items designated by the Debtor-Appellant on July 2, 2024 [Dkt.

No. 159] (the "Appellant Designations").[2]

| Date | Dkt. No. | Title of filing |
|------|----------|-----------------|
| 03/20/2024 | 22 | Matrix Filed by Scott Anthony Griffin on behalf of JJ Arch LLC. (Griffin, Scott) (Entered: 03/20/2024) |
| 03/24/2024 | 31 | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual. (Griffin, Scott) (Entered: 03/24/2024) |
| 03/24/2024 | 32 | Statement of Financial Affairs - Non-Individual Filed by Scott Anthony Griffin on behalf of JJ Arch LLC. (Griffin, Scott) (Entered:03/24/2024) |
| 3/25/2024 | 38 | Motion for Relief from Stay *(Motion For Entry Of An Order (I) Confirming That The Automatic Stay Does Not Apply To Certain Corporate Governance Disputes, And/Or (II) Modifying The Automatic Stay As Necessary In Order To Address Such Corporate Governance Disputes)* filed by Adam H. Friedman on behalf of Arch Real Estate Holdings LLC. (Attachments: # 1 Exhibit A - Arch RE Holdings Operating Agreement # 2 Exhibit B - 2023-11-03_321 - Nov. 3 TRO # 3 Exhibit C - 2023-11-22_418 Simpson v Chassen - Amended Decision and Order on Motion # 4 Exhibit D - Proposed Order-Automatic Stay Motion) |
| 3/27/2024 | 50 | Letter *Requesting Consensual Adjournment of Evidentiary Hearing* (related document(s) 4) Filed by Brendan M. Scott on behalf of Jared Chassen. (Scott, Brendan) |

[2] The Appellant Designations' preamble incorrectly refers to Dkt. No. 131, the Court's Findings of Fact and Conclusions of Law, that have separately been submitted to the District Court for review.

12572233-1

| 04/04/2024 | 69 | Reply to Motion *Omnibus Reply Of Jared Chassen to Certain Objections and Responses to Stay Relief Motion* (related document(s) 40) filed by Sean C. Southard on behalf of Jared Chassen. (Southard, Sean) (Entered: 04/04/2024) |
|---|---|---|
| 04/25/2024 | 95 | First Status Report Subchapter V Trustee Filed by Eric Michael Huebscher on behalf of Eric Michael Huebscher. (Huebscher, Eric) |

Dated: July 16, 2024

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

*Sean C. Southard*
Sean C. Southard
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, New York 10036
ssouthard@klestadt.com
bscott@klestadt.com

-and-

**SCHWARTZ LAW PLLC**
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
347-460-5379
allen@allenschwartzlaw.com

*Counsel for Jared Chassen*

-and-

**OLSHAN FROME WOLOSKY LLP**

*Jonathan T. Koevary*
Adam H. Friedman
Jonathan T. Koevary
Katherine Mateo
1325 Avenue of the Americas
New York, NY 10019
212.452.2300

12572233-1

afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 5, 2024, a true and correct copy of the foregoing was served via the Bankruptcy Court's ECF system to all parties authorized to receive electronic notice, which includes the debtor-appellant.

/s/ Jonathan T. Koevary

Jonathan T. Koevary

12572233-1