Hearing Date: September 10, 2024 at 9:00 a.m.
Objection Deadline: September 3, 2024 at 4:00 p.m.

| | |
|---|---|
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>(212) 972-3000<br>Sean C. Southard, Esq.<br>Brendan M. Scott, Esq.<br>ssouthard@klestadt.com<br>bscott@klestadt.com | OLSHAN FROME WOLOSKY LLP<br>Adam H. Friedman<br>Jonathan T. Koevary<br>Katherine Mateo<br>1325 Avenue of the Americas<br>New York, NY 10019<br>212.451.2300<br>afriedman@olshanlaw.com<br>jkoevary@olshanlaw.com |
| -and - | *Counsel for Arch Real Estate Holdings LLC* |
| SCHWARTZ LAW PLLC<br>Allen Schwartz, Esq.<br>150 Broadway, Suite 701<br>New York, New York 10038<br>347-460-5379<br>allen@allenschwartzlaw.com | |
| *Counsel for Jared Chassen* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 24-10381 (JPM) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER JARED CHASSEN AND ARCH REAL ESTATE HOLDINGS LLC'S JOINT**
**MOTION TO DISMISS THE CHAPTER 11 CASE**
**FOR THE DEBTOR'S FAILURE TO COMPLY WITH ITS OBLIGATIONS**

**PLEASE TAKE NOTICE**, that on August 6, 2024, Jared Chassen and Arch Real Estate Holdings LLC (together, the "Movants"), by and through counsel, filed a Motion to dismiss the above captioned debtor's chapter 11 case (the "Motion to Dismiss") (Dkt. No. 170).

**PLEASE TAKE FURTHER NOTICE**, that on August 7, 2024, the Movants filed a Notice of Hearing to Consider the Motion to Dismiss (Dkt. No. 171), setting forth a hearing date (the "Hearing") of August 29, 2024 before the Honorable John P. Mastando III, United States

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom 621, New York, NY 10004, and an objection deadline of August 22, 2024.

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned and rescheduled to be held on **September 10, 2024 at 9:00 a.m. (prevailing Eastern Time),** or as soon thereafter as counsel may be heard by the Court.

**PLEASE TAKE FURTHER NOTICE**, that the objection deadline has been adjourned and objections if any, shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the United States Bankruptcy Court for the Southern District of New York and shall be filed and served as follows, so as to be received no later than **September 3, 2024 at 4:00 p.m.** prevailing local time and such objections shall further (i) be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (ii) be submitted in hard-copy form directly to the chambers of the Honorable John P. Mastando III, United States Bankruptcy Judge, at the Bankruptcy Court, One Bowling Green, New York, New York 10004 in accordance with Local Bankruptcy Rule 9070-1; and (iii) be served upon counsel to movants: (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard (ssouthard@klestadt.com) and Brendan M. Scott (bscott@klestadt.com); and (ii) Olshan Frome Wolosky LLP, 1325 Avenue of Americas, New York, New York 10019, Attn: Adam H. Friedman, Esq. Jonathan T. Koevary Esq (jkoevary@olshanlaw.com).

**PLEASE TAKE FURTHER NOTICE** that the Application is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the

Bankruptcy Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held by Zoom® teleconference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Dated: August 20, 2024

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

_/s/ Sean C. Southard_____
Sean C. Southard
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, New York 10036
ssouthard@klestadt.com
bscott@klestadt.com

-and-

**SCHWARTZ LAW PLLC**
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
347-460-5379
allen@allenschwartzlaw.com
*Counsel for Jared Chassen*

-and-
**OLSHAN FROME WOLOSKY LLP**

___/s/ Jonathan T. Koevary___
Adam H. Friedman
Jonathan T. Koevary
Katherine Mateo
1325 Avenue of the Americas
New York, NY 10019
212.452.2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

3

12606905-1