ARCH REAL ESTATE HOLDINGS LLC
190 WILLIS AVENUE
MINEOLA, NY 11501
647-981-7635

June 25, 2024

JJ Arch LLC
190 Willis Ave
Mineola, NY 11501

RE:
Arch Real Estate Holdings LLC
82-3604000
Schedule K-1 from Partnership's 2022 Return of Income

Dear JJ Arch LLC:

Enclosed is your 2022 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from Arch Real Estate Holdings LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return, and may not correspond to actual distributions you have received during the year. This information is included in the Partnership's 2022 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

Arch Real Estate Holdings LLC

Enclosure(s)

651121

**Schedule K-1 (Form 1065)** **2022**
Department of the Treasury
Internal Revenue Service

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

For calendar year 2022, or tax year beginning / / 2022 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number
82-3604000

**B** Partnership's name, address, city, state, and ZIP code
Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola, NY 11501

**C** IRS center where partnership filed return: e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
82-3614251

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
JJ Arch LLC
190 Willis Ave
Mineola, NY 11501

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____

**I1** What type of entity is this partner? Partnership

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 80 % | 80 % |
| Loss | 80 % | 80 % |
| Capital | 80 % | 80 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 3,391,799. | $ 10,567,042. |
| Qualified nonrecourse financing | $ 78,197. | $ 35,648. |
| Recourse | $ 33,195,586. | $ 32,576,245. |

Check this box if item K includes liability amounts from lower-tier partnerships ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ -479,948. |
| Capital contributed during the year | $ 282,130. |
| Current year net income (loss) | $ -1,360,787. |
| Other increase (decrease) (attach explanation) | $ -1,123,503. See Attached |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ -2,682,108. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ **Yes** ☒ **No** If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning $
Ending $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -2,536,206. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | 1,176,128. |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | 1,176,128. |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | A 709. |
| 14 | Self-employment earnings (loss) | A -1,252,882. |
| 15 | Credits | J 1,286. |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | C 1,286. |
| 19 | Distributions | |
| 20 | Other information | AG* STMT<br>N* STMT<br>Z* STMT |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

**Item L**
**Partner's Capital Account Analysis**
**Other Increase (Decrease)**

**Other Increase**

| | |
|---|---|
| Myrtle Point CM Beginning Equity | $ 53,911. |
| Total | $ 53,911. |

**Other Decrease**

| | |
|---|---|
| Guaranteed Payments (other than health insurance) | 1,176,128. |
| Non-Deductible Expenses | 1,286. |
| Total | $ 1,177,414. |
| Net Total | $ -1,123,503. |

**Box 20, Code N**
**Business Interest Expense**
**Included as a Deduction on the Following Line(s)**

Below is deductible business interest expense for inclusion in the separate loss class for computing any basis limitation (defined in section 704(d), Regulation section 1.163(j)-6(h)).

| | |
|---|---|
| Schedule K-1, line 1 | $ 39,630. |

**Box 20, Code AG**
**Gross Receipts for Section 448(c)**

The following information is provided in order to figure the gross receipts test under Section 448(c).

| | |
|---|---|
| Gross Receipts for Sec. 448(c): Current Tax Year | 40,721,855. |
| Gross Receipts for Sec. 448(c): 1st Prior Tax Year | 12,963,959. |
| Gross Receipts for Sec. 448(c): 2nd Prior Tax Year | 14,824,240. |
| Gross Receipts for Sec. 448(c): 3rd Prior Tax Year | 2,921,705. |

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)**

| **Partnership's name:** Arch Real Estate Holdings LLC | **Partnership's EIN:** 82-3604000 |
|---|---|
| **Partner's name:** JJ Arch LLC | **Partner's identifying number:** 82-3614251 |

| | Arch Real Estate Holdings LLC | Arch Asset Management LLC | Arch Developers LLC |
|---|---|---|---|
| **Partner's share of:** | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | -3,206,806. | 582,970. | 87,629. |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | 2,992,056. | 1,490,014. | |
| **UBIA of qualified property** | 146,800. | | |
| **Qualified REIT dividends** | | | |

| | | | |
|---|---|---|---|
| **Partner's share of:** | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | | | |

Partner 1

Arch Real Estate Holdings LLC 82-3604000

# 2022 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | Partner's identification number |
|---|---|
| JJ Arch LLC | 82-3614251 |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Final K-1 |
|---|---|---|---|---|
| A | Arch 5401 California PE LLC | 82-3866481 | Passive | |
| B | Arch 45 Savings MM, LLC | 83-0739265 | Passive | |
| C | Arch Asset Management LLC | 83-3107347 | Passive | |
| D | Arch 11 Greene St MM LLC | 82-3713315 | Passive | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Income (Loss) | Ordinary business income (loss) | | | 582,970. | |
| | Net rental real estate income (loss) | | | | |
| | Other net rental income (loss) | | | | |
| | Guaranteed payments | | | | |
| | Interest | | | | |
| | Ordinary dividends | | | | |
| | Qualified dividends | | | | |
| | Dividend equivalents | | | | |
| | Royalties | | | | |
| | Net short-term capital gain (loss) | | | | |
| | Net long-term capital gain (loss) | | | | |
| | Collectibles (28%) gain (loss) | | | | |
| | Unrecaptured section 1250 gain | | | | |
| | Net section 1231 gain (loss) | | | | |
| | Other income (loss) | | | | |
| Deductions | Section 179 deduction | | | | |
| | Charitable contributions | | | | |
| | Investment interest expense | | | | |
| | Section 59(e)(2) expense: Intangible Drilling costs | | | | |
| | Section 59(e)(2) expense: Dry Hole expense | | | | |
| | Other section 59(e)(2) expenses | | | | |
| | Excess business interest expenses | | | | |
| | Other deductions | | | | |
| Self-Employment | Net earnings (loss) from self-employment | | | 690,166. | |
| | Gross farming or fishing income | | | | |
| | Gross nonfarm income | | | | |
| Credits | Low-income housing credit: (C) Section 42(j)(5) | | | | |
| | (D) Other | | | | |
| | Qualified rehabilitation expenditures related to rental real estate act. | | | | |
| | Other rental real estate credits | | | | |
| | Other rental credits | | | | |
| | Work opportunity credit | | | 1,286. | |
| | Biofuel producer credit | | | | |
| | Disabled access credit | | | | |
| | Empowerment zone employment credit | | | | |
| | Credit for increasing research activities | | | | |
| | Credit for employer Soc. Sec. tax paid on certain employee tips | | | | |
| | Orphan drug credit | | | | |
| | Enhanced oil recovery credit | | | | |
| | Indian employment credit | | | | |
| | Small employer pension plan startup costs credit | | | | |
| | Credit for employer-provided childcare | | | | |
| | Alternative motor vehicle credit | | | | |
| | Other credits | | | | |

Arch Real Estate Holdings LLC 82-3604000



# 2022 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | Partner's identification number |
|---|---|
| JJ Arch LLC | 82-3614251 |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Final K-1 |
|---|---|---|---|---|
| A | Arch 5401 California PE LLC | 82-3866481 | Passive | |
| B | Arch 45 Savings MM, LLC | 83-0739265 | Passive | |
| C | Arch Asset Management LLC | 83-3107347 | Passive | |
| D | Arch 11 Greene St MM LLC | 82-3713315 | Passive | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Alternative Minimum Tax (AMT) Items | Post-1986 depreciation adjustment | | | | |
| | Adjusted gain or loss | | | | |
| | Depletion (other than oil and gas) | | | | |
| | Oil, gas and geothermal properties — gross income | | | | |
| | Oil, gas and geothermal properties — deductions | | | | |
| | A.C.E. depreciation adjustment | | | | |
| | A.C.E. adjusted gain or (loss) | | | | |
| | Accel. depreciation on real property placed in service before 1987 | | | | |
| | Accel. depr. on leased personal prop. placed in service before 1987 | | | | |
| | Other AMT items | | | | |
| Tax-Exempt Inc & Non-deductible Exp | Tax-exempt interest income | | | | |
| | Other tax-exempt income | | | | |
| | Nondeductible expenses | | | 1,286. | |
| Other Information | Investment income | | | | |
| | Investment expenses | | | | |
| | Recapture of low-income housing credit — 42(j)(5) partnerships | | | | |
| | Recapture of low-income housing credit — other | | | | |
| | Section 704(c) information | | | | |
| | Section 751 gain (loss) | | | | |
| | Section 1(h)(5) gain (loss) | | | | |
| | Deemed section 1250 unrecaptured gain | | | | |
| | Excess taxable income | | | | |
| | Excess business interest income | | | | |
| | Gross receipts for Section 448(c): current year | | | 2,680,915. | |
| | Foreign taxes paid or accrued | | | | |
| | Supplemental Information: | | | | |

Arch Real Estate Holdings LLC 82-3604000

# 2022 PARTNER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

| Partner's Name | Partner's identification number |
|---|---|
| JJ Arch LLC | 82-3614251 |

| | Name of Passthrough Entity | Employer Identification No. | Type of Entity | Final K-1 |
|---|---|---|---|---|
| A | Arch Developers LLC | 86-3943672 | Non Passive | |
| B | | | | |
| C | | | | |
| D | | | | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| Income (Loss) | Ordinary business income (loss) | 87,629. | | | |
| | Net rental real estate income (loss) | | | | |
| | Other net rental income (loss) | | | | |
| | Guaranteed payments | | | | |
| | Interest | | | | |
| | Ordinary dividends | | | | |
| | Qualified dividends | | | | |
| | Dividend equivalents | | | | |
| | Royalties | | | | |
| | Net short-term capital gain (loss) | | | | |
| | Net long-term capital gain (loss) | | | | |
| | Collectibles (28%) gain (loss) | | | | |
| | Unrecaptured section 1250 gain | | | | |
| | Net section 1231 gain (loss) | | | | |
| | Other income (loss) | | | | |
| Deductions | Section 179 deduction | | | | |
| | Charitable contributions | | | | |
| | Investment interest expense | | | | |
| | Section 59(e)(2) expense: Intangible Drilling costs | | | | |
| | Section 59(e)(2) expense: Dry Hole expense | | | | |
| | Other section 59(e)(2) expenses | | | | |
| | Excess business interest expenses | | | | |
| | Other deductions | | | | |
| Self-Employment | Net earnings (loss) from self-employment | 87,629. | | | |
| | Gross farming or fishing income | | | | |
| | Gross nonfarm income | | | | |
| Credits | Low-income housing credit: (C) Section 42(j)(5) | | | | |
| | (D) Other | | | | |
| | Qualified rehabilitation expenditures related to rental real estate act. | | | | |
| | Other rental real estate credits | | | | |
| | Other rental credits | | | | |
| | Work opportunity credit | | | | |
| | Biofuel producer credit | | | | |
| | Disabled access credit | | | | |
| | Empowerment zone employment credit | | | | |
| | Credit for increasing research activities | | | | |
| | Credit for employer Soc. Sec. tax paid on certain employee tips | | | | |
| | Orphan drug credit | | | | |
| | Enhanced oil recovery credit | | | | |
| | Indian employment credit | | | | |
| | Small employer pension plan startup costs credit | | | | |
| | Credit for employer-provided childcare | | | | |
| | Alternative motor vehicle credit | | | | |
| | Other credits | | | | |



SCHEDULE
**K-1**
(Form 65)

ALABAMA DEPARTMENT OF REVENUE
INCOME TAX ADMINISTRATION DIVISION

# Owner's Share of Income, Deductions, Credits, etc.

**2022**

SEE INSTRUCTIONS

- ☐ Electing Pass-Through Entity
- ☐ QIP
- ☐ Final K-1
- ☐ Amended K-1

Tax year beginning 1/01, 2022 and ending 12/31, 20 22

## PART I Information About the Partnership

**A** Partnership's Employer Identification Number
82-3604000

**B** Partnership's name, address, city, state, and zip code
Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola, NY 11501

## PART II Information About the Partner

**C** Partner's identifying number (Do not use TIN of a disregarded entity)
• 82-3614251

**D** Partner's Name
• JJ Arch LLC
Street
• 190 Willis Ave
City • Mineola State • NY Zip • 11501

**E**
1 • [X] General partner or LLC member manager • ☐ Limited partner or other LLC member
2 What type of entity is this partner? • Partnership • ☐ Nominee
3 If this partner is a retirement plan (IRA/SEP/etc.) check here • ☐
4 Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| • Profit % | 80.000000 | 80.000000 |
| • Loss % | 80.000000 | 80.000000 |
| • Capital % | 80.000000 | 80.000000 |

5 Partner's share of liabilities at year end:
Nonrecourse • $ 10,567,042
Qualified nonrecourse financing • $ 35,648
Recourse • $ 32,576,245

6 Check if partner is a nonresident • [X]
If a nonresident, provide state of legal residence • NY

7 Check if partner is a disregarded entity • ☐
• Partner's Name
• FEIN

8 Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | • $ -479,948 |
| Capital contributed during the year | • $ 282,130 |
| Current year increase (decrease) | • $ -2,484,290 |
| Withdrawals and distributions | • $ 108,934 |
| Ending capital account | • $ -2,791,042 |

**F** Credits from Schedule PC

| | Code | Maximum Allowable |
|---|---|---|
| 1 | • | • |
| 2 | • | • |
| 3 | • | • |

## PART III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | Distributive share allocated and apportioned to Alabama | | Distributive share to be reported by Alabama Residents |
|---|---|---|---|
| G | Ordinary income (loss) • | G2 | Ordinary income (loss) • |
| H | Net rental real estate income (loss) • | H2 | Net rental real estate income (loss) • |
| I | Guaranteed payments • | I2 | Guaranteed payments • |
| J | Portfolio income • ; • ☐ QIP Exempt Income | J2 | Portfolio income • |
| K | Net capital gain (loss) • | K2 | Net capital gain (loss) • |
| L | Other income (loss) • | L2 | Other income (loss) • |
| M | Nonbusiness items • | M2 | Nonbusiness items • |
| N | Section 179 Deduction • ; • ☐ Nondeductible | N2 | Section 179 Deduction • ; • ☐ Nondeductible |
| O | Contributions • | O2 | Contributions • |
| P | Investment interest expense • | P2 | Investment interest expense • |
| Q | Other deductions • | Q2 | Other deductions • |
| R | Oil and gas depletion • | R2 | Oil and gas depletion • |
| S | Casualty losses • | S2 | Casualty losses • |
| T | Tax-exempt income • | T2 | Tax-exempt income • |
| U | Nondeductible expenses • | U2 | Nondeductible expenses • |
| V | Distributions • | V2 | Distributions • |
| W | Investment income • | W2 | Investment income • |
| X | Investment expenses • | X2 | Investment expenses • |
| Y | Other items and amounts • | Y2 | Other items and amounts • |
| Z | Composite Payment/Electing Pass-Through Entity Credit • ; • ☐ NRC-Exempt | | |

NYPA2514 11/4/22

NEW YORK STATE 2022

Department of Taxation and Finance

# New York Partner's Schedule K-1

Tax Law – Article 22 (Personal Income Tax)

# IT-204-IP

☐ Final K-1

☐ Amended K-1

For calendar year 2022 or tax year beginning 22 and ending

**Partners**: Before completing your income tax return, see Form IT-204-IP-I, *Partner's Instructions for Form IT-204-IP* (available at **www.tax.ny.gov**).

## Partnership's information *(see instructions)*

| Partnership's name (as shown on Form IT-204) | Partnership's EIN |
|---|---|
| ARCH REAL ESTATE HOLDINGS LLC | 823604000 |

**A** Mark an ***X*** in the box if either applies to your entity ☐ Publicly traded partnership ☐ Portfolio investment partnership

**B** Tax shelter registration number, if any . . . . . **B**

**C** Business allocation percentage . . . . . **C** 100.0000 %

## Partner's information *(see instructions)*

| Partner's name | Partner's identifying number |
|---|---|
| JJ ARCH LLC | 823614251 |

| Partner's address | | |
|---|---|---|
| 190 WILLIS AVE | | |
| **City** | **State** | **ZIP code** |
| MINEOLA | NY | 11501 |

**D** The partner is a *(mark an **X** in the appropriate box)* [X] General partner or LLC member-manager ☐ Limited partner or other LLC member

**E** What is the tax filing status of the partner? *(Mark an **X** in the appropriate box, if known.)* ☐ Individual ☐ Estate/trust [X] Partnership

**F** If the partner is a disregarded entity or grantor trust, enter the tax ID of the entity or individual reporting the income, if known . . . . . **F**

**G** Did the partner sell its entire interest during the tax year? . . . . . **G** Yes ☐ No [X]

**H** Partner's share of profit, loss, and capital

| | | Beginning | Ending |
|---|---|---|---|
| 1) Profit | H1 | 80.0000 % | 80.0000 % |
| 2) Loss | H2 | 80.0000 % | 80.0000 % |
| 3) Capital | H3 | 80.0000 % | 80.0000 % |

**I** Partner's share of liabilities at the end of the year

| | | |
|---|---|---|
| 1) Nonrecourse | I1 | 10567042. |
| 2) Qualified nonrecourse financing | I2 | 35648. |
| 3) Recourse | I3 | 32576245. |

**J** Partner's capital account analysis

| | | |
|---|---|---|
| 1) Beginning capital account | J1 | -479948. |
| 2) Capital contributed during the year – cash | J2 | 282130. |
| 3) Capital contributed during the year – property | J3 | |
| 4) Current year increase (decrease) | J4 | -2484290. |
| 5) Withdrawals and distributions – cash | J5 | |
| 6) Withdrawals and distributions – property | J6 | |
| 7) Ending capital account | J7 | -2682108. |

8) Method of accounting *(mark an **X** in the appropriate box)*

[X] Tax basis ☐ GAAP ☐ Book ☐ Other *(submit explanation)*

**K** Resident status *(mark an **X** in all boxes that apply; see instructions)*

☐ NYS full-year resident ☐ Yonkers full-year resident ☐ NYC full-year resident
☐ NYS part-year resident ☐ Yonkers part-year resident ☐ NYC part-year resident
☐ NYS nonresident ☐ Yonkers nonresident

**L** If the partner was included in a group return, enter the special NYS identification number, if known . . . . . **L**



118001221032



NO HANDWRITTEN ENTRIES ON THIS FORM

 JJ Arch LLC 823614251

**M** Was Form IT-2658-E filed with the partnership? **M** Yes ☐ No ☐

**N** NYS estimated tax paid on behalf of partner *(from Form IT-2658-NYS)*

| | | Date | Amount |
|---|---|---|---|
| **1)** First installment | N1 | | |
| **2)** Second installment | N2 | | |
| **3)** Third installment | N3 | | |
| **4)** Fourth installment | N4 | | |
| Total NYS estimated tax paid on behalf of partner *(add lines N1 through N4)* | N | | |

**O** Estimated MCTMT paid on behalf of partner *(from Form IT-2658-MTA)*

| | | Date | Amount |
|---|---|---|---|
| **1)** First installment | O1 | | |
| **2)** Second installment | O2 | | |
| **3)** Third installment | O3 | | |
| **4)** Fourth installment | O4 | | |
| Total estimated MCTMT paid on behalf of partner *(add lines O1 through O4)* | O | | |

**P** Did the partnership elect to pay the pass-through entity tax (PTET) for the current tax year? **P** Yes ☐ No ☒

If *Yes*, what residency status was assigned to this partner for purposes of computing the pass-through entity taxable income (PTE taxable income)? *(Mark an **X** in the appropriate box; see instructions)* Resident ☐ Nonresident ☐

## Partner's share of income, deductions, etc.

| A — Partner's distributive share items | | B — Federal K-1 amount | | C — New York State amount |
|---|---|---|---|---|
| 1 Ordinary business income (loss) | 1 | -2536206. | 1 | -2536206. |
| 2 Net rental real estate income (loss) | 2 | | 2 | |
| 3 Other net rental income (loss) | 3 | | 3 | |
| 4 Guaranteed payments | 4 | 1176128. | 4 | 1176128. |
| 5 Interest income | 5 | | 5 | |
| 6 Ordinary dividends | 6 | | 6 | |
| 7 Royalties | 7 | | 7 | |
| 8 Net short-term capital gain (loss) | 8 | | 8 | |
| 9 Net long-term capital gain (loss) | 9 | | 9 | |
| 10 Net section 1231 gain (loss) | 10 | | 10 | |
| 11 Other income (loss) *Identify:* | 11 | | 11 | |
| 12 Section 179 deduction | 12 | | 12 | |
| 13 Other deductions *Identify:* See Supplemental | 13 | 709. | 13 | 709. |
| 14 This line intentionally left blank | 14 | | 14 | |
| 15 Net earnings (loss) from self-employment | 15 | -1252882. | 15 | -1252882. |
| 16 Tax-exempt income and nondeductible expenses | 16 | 1286. | 16 | 1286. |
| 17 Distributions — cash and marketable securities | 17 | | 17 | |
| 18 Distributions — other property | 18 | | 18 | |
| 19 Other items not included above that are required to be reported separately to partners *Identify:* | 19 | | 19 | |

NO HANDWRITTEN ENTRIES ON THIS FORM

118002221032





## Partner's share of New York modifications *(see instructions)*

**20** New York State additions

| | Number | A — Total amount | B — New York State allocated amount |
|---|---|---|---|
| 20a | EA – 209 | 6,670. | 6670. |
| 20b | EA – | | |
| 20c | EA – | | |
| 20d | EA – | | |
| 20e | EA – | | |
| 20f | EA – | | |

**21** Total addition modifications *(total of column A, lines 20a through 20f)* . . . . . **21** 6670.

**22** New York State subtractions

| | Number | A — Total amount | B — New York State allocated amount |
|---|---|---|---|
| 22a | ES – 205 | 1286. | 1286. |
| 22b | ES – 213 | 21526. | 21526. |
| 22c | ES – | | |
| 22d | ES – | | |
| 22e | ES – | | |
| 22f | ES – | | |

**23** Total subtraction modifications *(total of column A, lines 22a through 22f)* . . . . . **23** 22812.

**24** Additions to itemized deductions

| | Letter | Amount |
|---|---|---|
| 24a | | |
| 24b | | |
| 24c | | |
| 24d | | |
| 24e | | |
| 24f | | |

**25** Total additions to itemized deductions *(add lines 24a through 24f)* . . . . . **25**

**26** Subtractions from itemized deductions

| | Letter | Amount |
|---|---|---|
| 26a | | |
| 26b | | |
| 26c | | |
| 26d | | |
| 26e | | |
| 26f | | |

**27** Total subtractions from itemized deductions *(add lines 26a through 26f)* . . . . . **27**

**28** This line intentionally left blank. . . . . . **28**

NO HANDWRITTEN ENTRIES ON THIS FORM



118003221032



## Partner's other information

| | | | |
|---|---|---|---|
| **29a** | Partner's share of New York source gross income | **29a** | |
| **29b** | MCTD allocation percentage *(see instructions)* | **29b** | % |
| **29c** | Partner's share of receipts from the sale of goods by manufacturing | **29c** | |
| **29d** | Partner's share of New York adjusted basis of qualified manufacturing property | **29d** | |

## Partner's credit information

### Part 1 — Flow-through credit bases and information

**Brownfield redevelopment tax credit** *(Form IT-611, IT-611.1, or IT-611.2)*

| | | | A — Form IT-611 | B — Form IT-611.1 | C — Form IT-611.2 |
|---|---|---|---|---|---|
| **30** | Site preparation credit component | **30** | | | |
| **31** | Tangible property credit component | **31** | | | |
| **32** | On-site groundwater remediation credit component | **32** | | | |

| | | | |
|---|---|---|---|
| **33** | This line intentionally left blank | **33** | |
| **34** | This line intentionally left blank | **34** | |
| **35** | This line intentionally left blank | **35** | |

**QEZE tax reduction credit** *(Form IT-604)*

| | | | |
|---|---|---|---|
| **36** | QEZE employment increase factor | **36** | |
| **37** | QEZE zone allocation factor | **37** | |
| **38** | QEZE benefit period factor | **38** | |

**Excelsior jobs program tax credit** *(Form IT-607)*

| | | | |
|---|---|---|---|
| **39** | Excelsior jobs tax credit component | **39** | |
| **40** | Excelsior investment tax credit component | **40** | |
| **41** | Excelsior research and development tax credit component | **41** | |
| **42** | Excelsior real property tax credit component | **42** | |
| **42a** | Excelsior child care services tax credit component | **42a** | |

**Farmers' school tax credit** *(Form IT-217)*

| | | | |
|---|---|---|---|
| **43** | Acres of qualified agricultural property | **43** | |
| **44** | Acres of qualified conservation property | **44** | |
| **45** | Eligible school district property taxes paid | **45** | |
| **46** | Acres of qualified agricultural property converted to nonqualified use | **46** | |

**Other flow-through credit bases and information**

Credit bases

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| **47a** | | | **47d** | | |
| **47b** | | | **47e** | | |
| **47c** | | | **47f** | | |

Credit information

| | Code | Information | | Code | Information |
|---|---|---|---|---|---|
| **47g** | | | **47j** | | |
| **47h** | | | **47k** | | |
| **47i** | | | **47l** | | |

NO HANDWRITTEN ENTRIES ON THIS FORM







## Partner's credit information *(continued)*

### Part 2 — Flow-through credits, addbacks, and recaptures

| | | |
|---|---|---|
| **48** Long-term care insurance credit *(Form IT-249)* | **48** | |
| **49** Investment credit *(including employment incentive credit and historic barn rehabilitation credit; Form IT-212)* | **49** | |
| **50** Research and development — investment credit *(Form IT-212)* | **50** | |

**51** Other flow-through credits

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| **51a** | | | **51e** | | |
| **51b** | | | **51f** | | |
| **51c** | | | **51g** | | |
| **51d** | | | **51h** | | |

**52** Addbacks of credits and recaptures

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| **52a** | | | **52d** | | |
| **52b** | | | **52e** | | |
| **52c** | | | **52f** | | |

### Part 3 — START-UP NY tax elimination credit information *(Form IT-638)*

| | | |
|---|---|---|
| **53** START-UP NY business certificate number *(Form DTF-74)* | **53** | |
| **54** Year of START-UP NY business tax benefit period | **54** | |
| **55** START-UP NY area allocation factor | **55** | |

## Partner's share of New York adjustments due to decoupling from the IRC *(see instructions)*

| | | A — Total amount | B — New York State allocated amount |
|---|---|---|---|
| **1** Total of New York additions | **1** | | |
| **2** Total of New York subtractions | **2** | | |

NO HANDWRITTEN ENTRIES ON THIS FORM

118005221032





**Form IT-204-IP, Page 2, Line 13**
**Other Deductions**

| | | |
|---|---|---|
| Contributions | $ | 709. |
| Total Federal Amount - Column B | $ | 709. |
| Business Allocation Percentage | | 1.0000 |
| Addback Other Deductions Allocated to New York | | 709. |
| New York State Amount - Column C | $ | 709. |

**NC K-1 (51)**
**(D-403)**
8-22-22

# 2022 Partner's Share of N.C. Income, Adjustments, and Credits

North Carolina Department of Revenue

DOR Use Only

Use Form D-403 NC K-1 to report each partner's share of the partnership's income (loss), N.C. adjustments, N.C. tax credits, etc. Each partner should keep Form D-403 NC K-1, Form NC K-1 Supplemental Schedule, and any other information provided to them by the partnership for their records. The partner is not required to attach the information to their N.C. tax return unless specifically required to do so.

For calendar year 2022 or fiscal year beginning and ending

## Information About the Partnership

**Partnership's Federal Employer ID Number**
823604000

**Partnership's Name, Address, and Zip Code**
ARCH REAL ESTATE HOLDINGS LLC

190 WILLIS AVENUE
MINEOLA NY 11501

Is the Partnership a Taxed Partnership?

Yes ☐ No ☒

## Information About the Partner

**Partner's Identifying Number**
823614251

**Partner's Name, Address, and Zip Code**
JJ Arch LLC

190 Willis Ave
MINEOLA NY 11501

Is the Partner a N.C. Resident?

Yes ☐ No ☒

If the partner is a disregarded entity, enter the name and taxpayer identification number of the disregarded entity below:

Name of Disregarded Entity

Taxpayer Identification Number of Disregarded Entity

| | Partner's Pro Rata Share Items | Amount | Individuals Filing Form D-400 Enter Amount on: |
|---|---|---|---|
| **A** | **All Partners** | | |
| 1 | Share of Partnership Income (Loss) | -1360078 | (This amount should already be included in federal adjusted gross income) |
| 2 | Additions to Income (Loss) | 26095 | Form D-400 Schedule S, Part A |
| 3 | Deductions from Income (Loss) | 0 | Form D-400 Schedule S, Part B |
| 4 | Share of Tax Credits | 0 | Form D-400TC |
| 5 | Share of Tax Withheld from Compensation Paid for Services Performed in N.C. | 0 | Form D-400, Line 20 (N.C. residents only) |
| **B** | **Nonresidents Only** | | |
| | **Partner's Pro Rata Share Items** | **Amount** | **Individuals Filing Form D-400 Enter Amount on:** |
| 6 | Portion of Line 1 Above From N.C. Sources | 0 | Form D-400 Schedule PN, Column B, Line 11 |
| 7 | Portion of Line 2 Above Attributable to N.C. Source Income | 0 | Form D-400 Schedule PN, Column B, Part B, or Form D-400 Schedule PN-1, Column B, Part A |
| 8 | Portion of Line 3 Above Attributable to N.C. Source Income | 0 | Form D-400 Schedule PN, Column B, Part B, or Form D-400 Schedule PN-1, Column B, Part B |
| 9 | Nonresident's Share of Net Tax Paid by the Manager of the Partnership | 0 | Form D-400, Line 21c |
| **C** | **Taxed Partnerships Only** | | |
| | **Partner's Pro Rata Share Items** | **Amount** | **Individuals Filing Form D-400 Enter Amount on:** |
| 10 | Share of North Carolina Taxable Income, if the amount is less than zero | 0 | Form D-400 Schedule S, Part A (all partners) and Form D-400 Schedule PN-1, Column B, Part A (nonresidents only) |
| 11 | Share of North Carolina Taxable Income, if the amount is greater than zero | 0 | Form D-400 Schedule S, Part B (all partners) and Form D-400 Schedule PN-1, Column B, Part B (nonresidents only) |

MEMBER 1

**NC K-1 (51) Supplemental Schedule**

8-23-22

# 2022 Owner or Beneficiary's Share of N.C. Additions and Deductions

North Carolina Department of Revenue

DOR Use Only

A pass-through entity, estate, or trust that reported N.C. additions or N.C. deductions to an owner or beneficiary on a NC K-1 form must provide each owner or beneficiary the information necessary for the owner or beneficiary to prepare the appropriate N.C. tax return. The pass-through entity, estate, or trust may use this schedule to provide the necessary information to the owner or beneficiary. (For more information, see the instructions for the appropriate N.C. tax return.)

Entity's Legal Name: ARCH REAL ESTATE HOLDINGS LLC
Federal Employer ID Number: 823604000

Individual Owner or Beneficiary's First Name | M.I. | Individual Owner or Beneficiary's Last Name | Individual Owner or Beneficiary's SSN

Non-Individual Owner or Beneficiary's Legal Name: JJ ARCH LLC
Federal Employer ID Number: 823614251

## Part A. Additions to Income

| | | | COLUMN A Enter the Amount from all Sources | | COLUMN B Enter the Amount from N.C. Sources |
|---|---|---|---|---|---|
| **1.** | Interest Income From Obligations of States Other Than North Carolina | 1. | 0 | 1. | 0 |
| **2.** | Deferred Gains Reinvested Into an Opportunity Fund | 2. | 0 | 2. | 0 |
| **3.** | Bonus Depreciation | 3. | 5670 | 3. | 0 |
| **4.** | IRC Section 179 Expense | 4. | 0 | 4. | 0 |
| **5.** | S-Corporation Shareholder Built-in Gains Tax | 5. | 0 | 5. | 0 |
| **6.** | Amount by Which Federal Basis Exceeds State Basis for Property Disposed of in 2022 | 6. | 0 | 6. | 0 |
| **7.** | Federal Net Operating Loss Deduction | 7. | 0 | 7. | 0 |
| **8.** | State, Local, or Foreign Income Tax Deducted by an S Corporation, Partnership, or Estate and Trust | 8. | 0 | 8. | 0 |
| **9.** | Withdrawal of 529 Plan Contributions Not Used for Permissible Purpose | 9. | 0 | 9. | 0 |
| **10.** | Discharge of Qualified Principal Residence Indebtedness | 10. | 0 | 10. | 0 |
| **11.** | Qualified Education Loan Payments Paid by Employer | 11. | 0 | 11. | 0 |
| **12.** | Business Meal Deduction in Excess of 50% | 12. | 20425 | 12. | 0 |
| **13.** | Discharge of Certain Student Loan Debt | 13. | 0 | 13. | 0 |
| **14.** | Taxed Pass-Through Entity Loss **(New for 2022)** | 14. | 0 | 14. | 0 |
| **15.** | Reserved for Future Use | 15. | 0 | 15. | 0 |
| **16.** | Total Additions - Add Lines 1 through 15 | 16. | 26095 | 16. | 0 |

**NC K-1 Supplemental Schedule 2022 Page 2 (51)**

| Entity's Legal Name (First 10 Characters) | Federal Employer ID Number | Owner or Beneficiary's Name (First 10 Characters) | Identifying Number |
|---|---|---|---|
| Arch Real | 823604000 | JJ Arch LL | 823614251 |

**Part B. Deductions From Income**

| | | | COLUMN A Enter the Amount from all Sources | | COLUMN B Enter the Amount from N.C. Sources |
|---|---|---|---|---|---|
| **17.** | State or Local Income Tax Refund | 17. | 0 | 17. | 0 |
| **18.** | Interest Income From Obligations of the United States or United States' Possessions | 18. | 0 | 18. | 0 |
| **19.** | Taxable Portion of Social Security and Railroad Retirement Benefits | 19. | 0 | 19. | 0 |
| **20.** | Bailey Retirement Benefits | 20. | 0 | 20. | 0 |
| **21.** | Certain Retirement Benefits Received by a Retired Member of the United States Uniformed Service Not Deducted on Line 20 | 21. | 0 | 21. | 0 |
| **22.** | Bonus Asset Basis | 22. | 0 | 22. | 0 |
| **23.** | Bonus Depreciation a. 2017 0 b. 2018 0 c. 2019 0 d. 2020 0 e. 2021 0 Total | 23f | 0 | 23f. | 0 |
| **24.** | IRC Section 179 Expense a. 2017 0 b. 2018 0 c. 2019 0 d. 2020 0 e. 2021 0 Total | 24f. | 0 | 24f. | 0 |
| **25.** | Recognized IRC Section 1400Z-2 Gain | 25. | 0 | 25. | 0 |
| **26.** | Gain From the Disposition of Exempt N.C. Obligations Issued Before July 1, 1995 | 26. | 0 | 26. | 0 |
| **27.** | Exempt Income Earned or Received by a Member of a Federally Recognized Indian Tribe | 27. | 0 | 27. | 0 |
| **28.** | Amount by Which State Basis Exceeds Federal Basis for Property Disposed of in 2022 | 28. | 0 | 28. | 0 |
| **29.** | Ordinary and Necessary Business Expense Reduced or not Allowed Due to Claiming a Federal Tax Credit in Lieu of a Deduction | 29. | 0 | 29. | 0 |
| **30.** | Personal Education Student Account Deposits | 30. | 0 | 30. | 0 |
| **31.** | Certain State Emergency Response and Disaster Relief Reserve Fund Payments | 31. | 0 | 31. | 0 |
| **32.** | Certain Economic Incentive Payments | 32. | 0 | 32. | 0 |
| **33.** | Certain N.C. Grant Payments | 33. | 0 | 33. | 0 |
| **34.** | Certain Net Operating Loss Carrybacks | 34. | 0 | 34. | 0 |
| **35.** | Excess Net Operating Loss Carryforward | 35. | 0 | 35. | 0 |
| **36.** | Excess Business Loss | 36. | 0 | 36. | 0 |
| **37.** | Business Interest Limitation | 37. | 0 | 37 | 0 |
| **38.** | Taxed Pass-Through Entity Income **(New for 2022)** | 38. | 0 | 38 | 0 |
| **39.** | N.C. Net Operating Loss **(New for 2022)** | 39. | 0 | 39 | 0 |
| **40.** | Reserved for Future Use | 40. | 0 | 40. | 0 |
| **41.** | Total Deductions - Add Lines 17 through 22, 23f, 24f, and 25 through 40 | 41. | 0 | 41. | 0 |

**NC K-1 (51)**
**(D-403)**
8-22-22

# 2022 Partner's Share of N.C. Income, Adjustments, and Credits

North Carolina Department of Revenue

DOR Use Only

Use Form D-403 NC K-1 to report each partner's share of the partnership's income (loss), N.C. adjustments, N.C. tax credits, etc. Each partner should keep Form D-403 NC K-1, Form NC K-1 Supplemental Schedule, and any other information provided to them by the partnership for their records. The partner is not required to attach the information to their N.C. tax return unless specifically required to do so.

**ELECTRONIC FILE ONLY** **DO NOT MAIL**

For calendar year 2022 or fiscal year beginning 20220101 and ending 20221231

**Information About the Partnership**

**Partnership's Federal Employer ID Number**
83-3107347

Is the Partnership a Taxed Partnership?

Yes ☐ No ☒

**Partnership's Name, Address, and Zip Code**
Arch Asset Management LLC
190 Willis Avenue
Mineola NY 11501

**Information About the Partner**

**Partner's Identifying Number**
82-3604000

Is the Partner a N.C. Resident?

Yes ☐ No ☒

**Partner's Name, Address, and Zip Code**
Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola
NY 11501

If the partner is a disregarded entity, enter the name and taxpayer identification number of the disregarded entity below:

Name of Disregarded Entity

Taxpayer Identification Number of Disregarded Entity

| | Partner's Pro Rata Share Items | Amount | Individuals Filing Form D-400 Enter Amount on: |
|---|---|---|---|
| **A** | **All Partners** | | |
| 1 | Share of Partnership Income (Loss) | 862708 | (This amount should already be included in federal adjusted gross income) |
| 2 | Additions to Income (Loss) | 2364 | Form D-400 Schedule S, Part A |
| 3 | Deductions from Income (Loss) | 1608 | Form D-400 Schedule S, Part B |
| 4 | Share of Tax Credits | 0 | Form D-400TC |
| 5 | Share of Tax Withheld from Compensation Paid for Services Performed in N.C. | 0 | Form D-400, Line 20 (N.C. residents only) |
| **B** | **Nonresidents Only** | | |
| 6 | Portion of Line 1 Above From N.C. Sources | 29488 | Form D-400 Schedule PN, Column B, Line 11 |
| 7 | Portion of Line 2 Above Attributable to N.C. Source Income | 0 | Form D-400 Schedule PN, Column B, Part B, or Form D-400 Schedule PN-1, Column B, Part A |
| 8 | Portion of Line 3 Above Attributable to N.C. Source Income | 0 | Form D-400 Schedule PN, Column B, Part B, or Form D-400 Schedule PN-1, Column B, Part B |
| 9 | Nonresident's Share of Net Tax Paid by the Manager of the Partnership | 1471 | Form D-400, Line 21c |
| **C** | **Taxed Partnerships Only** | | |
| 10 | Share of North Carolina Taxable Income, if the amount is less than zero | 0 | Form D-400 Schedule S, Part A (all partners) and Form D-400 Schedule PN-1, Column B, Part A (nonresidents only) |
| 11 | Share of North Carolina Taxable Income, if the amount is greater than zero | 29488 | Form D-400 Schedule S, Part B (all partners) and Form D-400 Schedule PN-1, Column B, Part B (nonresidents only) |

**NC K-1 (51) Supplemental Schedule**

8-23-22

# 2022 Owner or Beneficiary's Share of N.C. Additions and Deductions

North Carolina Department of Revenue

DOR Use Only

A pass-through entity, estate, or trust that reported N.C. additions or N.C. deductions to an owner or beneficiary on a NC K-1 form must provide each owner or beneficiary the information necessary for the owner or beneficiary to prepare the appropriate N.C. tax return. The pass-through entity, estate, or trust may use this schedule to provide the necessary information to the owner or beneficiary. (For more information, see the instructions for the appropriate N.C. tax return.)

Entity's Legal Name: Arch Asset Management LLC

Federal Employer ID Number: 83-3107347

Individual Owner or Beneficiary's First Name | M.I. | Individual Owner or Beneficiary's Last Name | Individual Owner or Beneficiary's SSN

Non-Individual Owner or Beneficiary's Legal Name: Arch Real Estate Holdings LLC

Federal Employer ID Number: 82-3604000

| Part A. Additions to Income | | COLUMN A Enter the Amount from all Sources | | COLUMN B Enter the Amount from N.C. Sources |
|---|---|---|---|---|
| **1.** Interest Income From Obligations of States Other Than North Carolina | 1. | 0 | 1. | 0 |
| **2.** Deferred Gains Reinvested Into an Opportunity Fund | 2. | 0 | 2. | 0 |
| **3.** Bonus Depreciation | 3. | 0 | 3. | 0 |
| **4.** IRC Section 179 Expense | 4. | 0 | 4. | 0 |
| **5.** S-Corporation Shareholder Built-in Gains Tax | 5. | 0 | 5. | 0 |
| **6.** Amount by Which Federal Basis Exceeds State Basis for Property Disposed of in 2022 | 6. | 0 | 6. | 0 |
| **7.** Federal Net Operating Loss Deduction | 7. | 0 | 7. | 0 |
| **8.** State, Local, or Foreign Income Tax Deducted by an S Corporation, Partnership, or Estate and Trust | 8. | 0 | 8. | 0 |
| **9.** Withdrawal of 529 Plan Contributions Not Used for Permissible Purpose | 9. | 0 | 9. | 0 |
| **10.** Discharge of Qualified Principal Residence Indebtedness | 10. | 0 | 10. | 0 |
| **11.** Qualified Education Loan Payments Paid by Employer | 11. | 0 | 11. | 0 |
| **12.** Business Meal Deduction in Excess of 50% | 12. | 0 | 12. | 0 |
| **13.** Discharge of Certain Student Loan Debt | 13. | 0 | 13. | 0 |
| **14.** Taxed Pass-Through Entity Loss **(New for 2022)** | 14. | 0 | 14. | 0 |
| **15.** Reserved for Future Use | 15. | | 15. | |
| **16.** Total Additions - Add Lines 1 through 15 | 16. | 0 | 16. | 0 |

**NC K-1 Supplemental Schedule 2022 Page 2 (51)**

| Entity's Legal Name (First 10 Characters) | Federal Employer ID Number | Owner or Beneficiary's Name (First 10 Characters) | Identifying Number |
|---|---|---|---|
| Arch Real | 823604000 | | |

## Part B. Deductions From Income

| | | | COLUMN A Enter the Amount from all Sources | | COLUMN B Enter the Amount from N.C. Sources |
|---|---|---|---|---|---|
| **17.** | State or Local Income Tax Refund | 17. | 0 | 17. | 0 |
| **18.** | Interest Income From Obligations of the United States or United States' Possessions | 18. | 0 | 18. | 0 |
| **19.** | Taxable Portion of Social Security and Railroad Retirement Benefits | 19. | 0 | 19. | 0 |
| **20.** | Bailey Retirement Benefits | 20. | 0 | 20. | 0 |
| **21.** | Certain Retirement Benefits Received by a Retired Member of the United States Uniformed Service Not Deducted on Line 20 | 21. | 0 | 21. | 0 |
| **22.** | Bonus Asset Basis | 22. | 0 | 22. | 0 |
| **23.** | Bonus Depreciation a. 2017 0 b. 2018 0 c. 2019 0 d. 2020 0 e. 2021 0 Total | 23f | 0 | 23f. | 0 |
| **24.** | IRC Section 179 Expense a. 2017 0 b. 2018 0 c. 2019 0 d. 2020 0 e. 2021 0 Total | 24f. | 0 | 24f. | 0 |
| **25.** | Recognized IRC Section 1400Z-2 Gain | 25. | 0 | 25. | 0 |
| **26.** | Gain From the Disposition of Exempt N.C. Obligations Issued Before July 1, 1995 | 26. | 0 | 26. | 0 |
| **27.** | Exempt Income Earned or Received by a Member of a Federally Recognized Indian Tribe | 27. | 0 | 27. | 0 |
| **28.** | Amount by Which State Basis Exceeds Federal Basis for Property Disposed of in 2022 | 28. | 0 | 28. | 0 |
| **29.** | Ordinary and Necessary Business Expense Reduced or not Allowed Due to Claiming a Federal Tax Credit in Lieu of a Deduction | 29. | 0 | 29. | 0 |
| **30.** | Personal Education Student Account Deposits | 30. | 0 | 30. | 0 |
| **31.** | Certain State Emergency Response and Disaster Relief Reserve Fund Payments | 31. | 0 | 31. | 0 |
| **32.** | Certain Economic Incentive Payments | 32. | 0 | 32. | 0 |
| **33.** | Certain N.C. Grant Payments | 33. | 0 | 33. | 0 |
| **34.** | Certain Net Operating Loss Carrybacks | 34. | 0 | 34. | 0 |
| **35.** | Excess Net Operating Loss Carryforward | 35. | 0 | 35. | 0 |
| **36.** | Excess Business Loss | 36. | 0 | 36. | 0 |
| **37.** | Business Interest Limitation | 37. | 0 | 37 | 0 |
| **38.** | Taxed Pass-Through Entity Income **(New for 2022)** | 38. | 0 | 38 | 0 |
| **39.** | N.C. Net Operating Loss **(New for 2022)** | 39. | 0 | 39 | 0 |
| **40.** | Reserved for Future Use | 40. | | 40. | |
| **41.** | Total Deductions - Add Lines 17 through 22, 23f, 24f, and 25 through 40 | 41. | 0 | 41. | 0 |

2207215217

**PA Schedule RK-1 (05-22)**
## 2022 Resident Schedule of Shareholder/Partner/Beneficiary Pass Through Income, Loss and Credits

646-854-6810

Final N

823614251 JJ ARCH LLC

190 WILLIS AVE

(Individual=1, PA S Corp=2, All Other Corp=3, Estate/Trust=4, Partnership=5, LLC=6, Exempt=7) Owner 5

Shareholder's Stock Ownership % 00000

Amended N

MINEOLA NY 11501

Beneficiary's year-end Distribution % 00000

ARCH REAL ESTATE HOLDINGS LLC

Partner's % of: Profit sharing % 08000

MINEOLA NY 11501 823604000

Loss sharing % 08000

Fiscal Year N

(Estate/Trust=E, Partnership=P, PA S Corp=S, LLC=L) L

Capital Ownership % 08000

Short Year N

General Partner or LLC Member-Manager Y

Limited Partner or Other LLC Member N

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| SECTION II | 1 | PA-Taxable Business Income (Loss) from Operations | 1 | -2530490 |
| | 2 | Interest Income | 2 | 0 |
| | 3 | Dividend Income | 3 | 0 |
| | 4 | Net Gain (Loss) from the Sale, Exchange or Disposition of Property | 4 | 0 |
| | 5 | Net Income (Loss) from Rents, Royalties, Patents and Copyrights | 5 | 0 |
| | 6 | Income of/from Estates or Trusts | 6 | 0 |
| | 7 | Gambling and Lottery Winnings (Loss) | 7 | 0 |
| SECTION III | 8 | Resident Credit. Submit statement. | 8 | 0 |
| | 9 | **Total Other Credits.** Submit statement. | 9 | 0 |
| SECTION IV | 10 | Distributions of Cash, Marketable Securities, and Property - not including guaranteed payments | 10 | 0 |
| | 11 | Guaranteed Payments for Capital or Other Services | 11 | 7159 |
| | 12 | All Other Guaranteed Payments for Services Rendered | 12 | 0 |
| | 13 | Guaranteed Payments to the Retired Partner | 13 | 0 |
| SECTION V | 14 | Distributions from PA Accumulated Adjustments Account — Liquidating N | 14 | 0 |
| | 15 | Distributions of Cash, Marketable Securities, and Property | 15 | 0 |
| SECTION VI | 16 | Nontaxable income (loss) or nondeductible expenses required to calculate owner's basis. Submit statement. | 16 | -7712 |
| SECTION VII | | **Note: Lines 17 through 20 are for information purposes only.** | | |
| | 17 | Owner's Share of IRC Section 179 allowed according to PA rules | 17 | 0 |
| | 18 | Owner's Share of Straight-Line Depreciation | 18 | 0 |
| | 19 | Partner's Share of Nonrecourse Liabilities at year-end | 19 | 10602690 |
| | 20 | Partner's Share of Recourse Liabilities at year-end | 20 | 32576245 |

**NOTE: Amounts from this schedule must be reported on the appropriate PA Tax Return.**

PAPZ0101L 11/14/22

**Pennsylvania Guaranteed Payments for Capital**

| | | |
|---|---|---|
| Share of proportionate withdrawal from all partners' capital | $ | 7,159. |
| Share of gain/loss from the disposition of partner's interest | | 0. |
| Return of capital | | 0. |

**Nontaxable Income (Loss) or Nondeductible Expenses to Calculate Owner's Basis**

| | | |
|---|---|---|
| Nontaxable Income(Loss) or Nondeductible Expenses | $ | -7,712. |

2207314895

PA Schedule NRK-1 (05-22)

# 2022 Nonresident Schedule of Shareholder/Partner/Beneficiary Pass Through Income, Loss and Credits

646-854-6810

Final N

823614251 JJ ARCH LLC

190 WILLIS AVE

(Individual=1, PA S Corp=2, All Other Corp=3, Estate/Trust=4, Partnership=5, LLC=6, Exempt=7) Owner 5

Shareholder's Stock Ownership % 00000

Amended N

MINEOLA NY 11501

Beneficiary's year-end Distribution % 00000

ARCH REAL ESTATE HOLDINGS LLC

Partner's % of: Profit sharing % 08000

MINEOLA NY 11501 823604000

Loss sharing % 08000

Fiscal Year N

(Estate/Trust=E, Partnership=P, PA S Corp=S, LLC=L) L

Capital Ownership % 08000

Short Year N

General Partner or LLC Member-Manager Y

Limited Partner or Other LLC Member N

**NOTE: Amounts from this schedule must be reported on the appropriate PA Tax Return.**

| Section | Line | Description | | Line | Amount |
|---|---|---|---|---|---|
| SECTION II | 1 | PA-Taxable Business Income (Loss) from Operations | | 1 | 31080 |
| | 2 | Net Gain (Loss) from the Sale, Exchange or Disposition of Property | | 2 | 0 |
| | 3 | Net Income (Loss) from Rents, Royalties, Patents and Copyrights | | 3 | 0 |
| | 4 | Income of/from Estates or Trusts | | 4 | 0 |
| | 5 | Gambling and Lottery Winnings (Loss) | | 5 | 0 |
| SECTION III | 6 | PA Nonresident Tax Withheld | | 6 | 0 |
| | 7 | **Total Other Credits.** Submit statement. | | 7 | 0 |
| SECTION IV | 8 | Distributions of Cash, Marketable Securities, and Property - not including guaranteed payments | | 8 | 0 |
| | 9 | Guaranteed Payments for Capital or Other Services | | 9 | 7159 |
| | 10 | All Other Guaranteed Payments for Services Rendered (PA-Apportioned Amount Only) | | 10 | 0 |
| | 11 | Guaranteed Payments to the Retired Partner | | 11 | 0 |
| SECTION V | 12 | Distributions from PA Accumulated Adjustments Account | Liquidating N | 12 | 0 |
| | 13 | Distributions of Cash, Marketable Securities, and Property | | 13 | 0 |
| SECTION VI | 14 | Nontaxable income (loss) or nondeductible expenses required to calculate owner's economic investment. Submit statement. | | 14 | -7712 |
| SECTION VII | | **Note: Lines 15 through 18 are for information purposes only.** | | | |
| | 15 | Owner's Share of IRC Section 179 allowed according to PA rules | | 15 | 0 |
| | 16 | Owner's Share of Straight-Line Depreciation | | 16 | 0 |
| | 17 | Partner's Share of Nonrecourse Liabilities at year-end | | 17 | 10602690 |
| | 18 | Partner's Share of Recourse Liabilities at year-end | | 18 | 32576245 |

PAPA0501L 11/14/22

2207314895

2207314895

Arch Real Estate Holdings LLC 82-3604000



## Pennsylvania Guaranteed Payments for Capital

| | | |
|---|---|---|
| Share of proportionate withdrawal from all partners' capital | $ | 7,159. |
| Share of gain/loss from the disposition of partner's interest | | 0. |
| Return of capital | | 0. |

Member 1: JJ Arch LLC 82-3614251

1032

dor.sc.gov



STATE OF SOUTH CAROLINA
DEPARTMENT OF REVENUE

# PARTNER'S SHARE OF SOUTH CAROLINA INCOME, DEDUCTIONS, CREDITS, ETC.

**SC1065 K-1**
(Rev. 9/29/21)
3515

For calendar year 2022 or tax year beginning and ending

**Partner's Identification Number** ► 82-3614251

Partner's name, address, and ZIP

JJ Arch LLC
190 Willis Ave
Mineola, NY 11501

**Partnership's FEIN** ► 82-3604000

Partnership's name, address, and ZIP

Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola, NY 11501

☐ Partnership - Check for Active Trade or Business election

If partner is a disregarded entity, name and SSN or FEIN of owner:

Check if: ☐ Final K-1 ☐ Amended K-1 ☒ Nonresident

Check if partner is exempt from nonresident withholding because the:
☐ partner filed an I-309 affidavit with the Partnership ☐ partner is included in a composite return ☐ partner is a tax exempt entity

| | **Partner's Share of Current Year Income, Deductions, Credits, etc.** | | A Federal K-1 Amounts | | B Plus or Minus SC Adjustments | | C Amounts Not Allocated or Apportioned to SC | | D Amounts Allocated or Apportioned to SC |
|---|---|---|---|---|---|---|---|---|---|
| INCOME/LOSS | 1 Ordinary business income (loss) | 1 | -2,536,206. | 1 | 26,142. | 1 | -2,606,073. | 1 | 96,009. |
| | 2 Net rental real estate income (loss) | 2 | | 2 | | 2 | | 2 | |
| | 3 Other net rental income (loss) | 3 | | 3 | | 3 | | 3 | |
| | 4 Guaranteed payments | 4 | 1,176,128. | 4 | | 4 | 1,176,128. | 4 | |
| | 5 Interest income | 5 | | 5 | | 5 | | 5 | |
| | 6 Dividends | 6 | | 6 | | 6 | | 6 | |
| | 7 Royalties | 7 | | 7 | | 7 | | 7 | |
| | 8 Net short-term capital gain (loss) | 8 | | 8 | | 8 | | 8 | |
| | 9 Net long-term capital gain (loss) | 9 | | 9 | | 9 | | 9 | |
| | 10 Net Section 1231 gain (loss) | 10 | | 10 | | 10 | | 10 | |
| | 11 Other income (loss) | 11 | | 11 | | 11 | | 11 | |
| DEDUCTIONS | 12 Section 179 deduction | 12 | | 12 | | 12 | | 12 | |
| | 13 Other deductions | 13 | | 13 | | 13 | | 13 | |
| | Contributions | | 709. | | | | 709. | | |

| | | | |
|---|---|---|---|
| 14 | Active Trade or Business Income taxed by the Partnership | 14 | |
| 15 | Net taxable income (add line 1 through line 11 then subtract line 12, line 13, and line 14) | 15 | 96,009. |
| 16 | Withholding Tax for nonresident partner (see SC1065 K-1 Instructions) | 16 | 4,800. |
| CREDITS | List applicable South Carolina tax credits. (Attach an additional sheet if needed.) | | |
| 17 | | 17 | |
| 18 | | 18 | |
| 19 | Total South Carolina tax credits | 19 | 0. |

35151018

☐ CORRECTED (if checked) South Carolina Only

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola, NY 11501

PAYER'S TIN: 82-3604000
RECIPIENT'S TIN: 82-3614251

RECIPIENT'S name: JJ Arch LLC
Street address (including apartment number): 190 Willis Ave
City or town, state or province, country, and ZIP or foreign postal code: Mineola, NY 11501
Account number (see instructions)
FATCA filing req. ☐

OMB No. 1545-0115
**2022**
Form **1099-MISC**
FDWA0302L 01/05/23

## Miscellaneous Information

**Copy B**
**For Recipient**

| Box | Amount |
|---|---|
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ 96,009. |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | $ |
| 6 Med & health care payments | $ |
| 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | ☐ |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Crop insurance proceeds | $ |
| 10 Gross proceeds paid to an attorney | $ |
| 11 Fish purchased for resale | $ |
| 12 Section 409A deferrals | $ |
| 13 Excess golden parachute payments | $ |
| 14 Nonqualified deferred compensation | $ |
| 15 State tax withheld | $ 4,800. |
| 16 State/Payer's state no. | |
| 17 State income | $ |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-MISC** (Keep for your records.) www.irs.gov/Form1099MISC Department of the Treasury — Internal Revenue Service

☐ VOID ☐ CORRECTED South Carolina Only

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola, NY 11501

PAYER'S TIN: 82-3604000
RECIPIENT'S TIN: 82-3614251

RECIPIENT'S name: JJ Arch LLC
Street address (including apartment number): 190 Willis Ave
City or town, state or province, country, and ZIP or foreign postal code: Mineola, NY 11501
Account number (see instructions)
FATCA filing req. ☐
2nd TIN not. ☐

OMB No. 1545-0115
**2022**
Form **1099-MISC**

## Miscellaneous Information

**Copy C**
**For Payer**

| Box | Amount |
|---|---|
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ 96,009. |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | $ |
| 6 Med & health care payments | $ |
| 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | ☐ |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Crop insurance proceeds | $ |
| 10 Gross proceeds paid to an attorney | $ |
| 11 Fish purchased for resale | $ |
| 12 Section 409A deferrals | $ |
| 13 Excess golden parachute payments | $ |
| 14 Nonqualified deferred compensation | $ |
| 15 State tax withheld | $ 4,800. |
| 16 State/Payer's state no. | |
| 17 State income | $ |

For Privacy Act and Paperwork Reduction Act Notice, see the **2022 General Instructions for Certain Information Returns.**

Form **1099-MISC** www.irs.gov/Form1099MISC Department of the Treasury — Internal Revenue Service

☐ VOID ☐ CORRECTED South Carolina Only

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Arch Real Estate Holdings LLC
190 Willis Avenue
Mineola, NY 11501

PAYER'S TIN: 82-3604000
RECIPIENT'S TIN: 82-3614251

RECIPIENT'S name: JJ Arch LLC
Street address (including apartment number): 190 Willis Ave
City or town, state or province, country, and ZIP or foreign postal code: Mineola, NY 11501
Account number (see instructions)
FATCA filing req. ☐

OMB No. 1545-0115
**2022**
Form **1099-MISC**

## Miscellaneous Information

**Copy 1**
**For State Tax Department**

| Box | Amount |
|---|---|
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ 96,009. |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | $ |
| 6 Med & health care payments | $ |
| 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | ☐ |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Crop insurance proceeds | $ |
| 10 Gross proceeds paid to an attorney | $ |
| 11 Fish purchased for resale | $ |
| 12 Section 409A deferrals | $ |
| 13 Excess golden parachute payments | $ |
| 14 Nonqualified deferred compensation | $ |
| 15 State tax withheld | $ 4,800. |
| 16 State/Payer's state no. | |
| 17 State income | $ |

Form **1099-MISC** www.irs.gov/Form1099MISC Department of the Treasury — Internal Revenue Service