# New Case Management Order in Chapter 11 Subchapter V Cases

**Release Date:**
*December 13, 2023*

Effective **Monday, December 18, 2023**, and for all chapter 11 subchapter V cases filed on or after such date, the subchapter V trustee shall promptly submit to the assigned judge a proposed Case Management Order Regarding Procedures in Chapter 11 Subchapter V Cases, Scheduling Case Conference, and Setting Deadlines for Filing Plan.

The order sets forth and highlights certain deadlines, responsibilities, and required filings in subchapter V cases, including the requirement to file an affidavit pursuant to Local Rule 1007-2 and to file a status report pursuant to 11 U.S.C. § 1188(c) not later than 14 days prior to the scheduled case status conference. In addition, the order requires the debtor to deposit $1,000 monthly, subject to adjustment by the Court, in an attorney escrow account or a separate debtor-in-possession account for the payment of administrative expenses, including subchapter V trustee fees, and the funding of a plan of reorganization.

The Court extends thanks and appreciation to the Business Bankruptcy Advisory Committee for their significant time and effort. The new subchapter V case management order may be found [here](#).