FILED: NEW YORK COUNTY CLERK 08/15/2023 11:17 AM
NYSCEF DOC. NO. 2

24-10381-jpm    Doc 189-3    Filed 09/09/24    Entered 09/09/24 13:34:31    Exhibit C
Pg 1 of 1

INDEX NO. 158055/2023
RECEIVED NYSCEF: 08/15/2023

Exhibit C

Eligible Asset Structure

