# UNANIMOUS WRITTEN CONSENT TO ACTION
# OF
# THE MEMBERS
# OF
# ARCH REAL ESTATE HOLDINGS LLC

### (a New York limited liability company)

The undersigned, being all of the members of Arch Real Estate Holdings LLC, a New York limited liability company (the "Company"), do hereby adopt and approve the following resolutions, which action is permitted to be taken without a meeting on written consent:

WHEREAS, the Company is the managing member of Arch Tuscaloosa MM LLC, which, in turn, is the operating member of Drake Arch Tuscaloosa 1, LLC, the sole member of each of 3504 12th Owner LLC, 235 James Owner LLC and 3820 1st Owner LLC (each, a "Property Owner" and collectively, the "Property Owners");

WHEREAS, each of the Property Owners is a borrower under a certain loan agreement ("Loan Agreement") with Walker & Dunlop Commercial Property Funding, LLC, which Loan Agreement was subsequently assigned to, and currently held by, BPCRE 2022-FL2, LTD., an exempted company incorporated with limited liability under the laws of Bermuda ("Lender");

WHEREAS, the maturity date of the Loan Agreement is August 9, 2024, the Property Owners are unlikely to be able to satisfy the terms and conditions the Loan Agreement to extend the maturity date, and in the absence of a modification of the Loan Agreement, there is likely to be a maturity default on the Loan Agreement; and

WHEREAS, the undersigned deem it in the best interests of the Property Owners to enter into a side letter agreement with Lender ("Letter Agreement"), modifying the Loan Agreement, substantially in the form attached hereto as Exhibit A;

NOW, THEREFORE, BE IT:

RESOLVED, that the entering into of the Letter Agreement be, and it hereby is, authorized and approved in all respects; and be it further

RESOLVED, that Michael Wiener or Kevin Wiener, as an authorized signatory of each Property Owner be, and hereby is authorized and empowered to execute and deliver, on behalf of each Property Owner, the Letter Agreement with such non-substantive changes thereto as the authorized signatory deems advisable, the execution and delivery thereof to be conclusive evidence of the undersigned's approval;

IN WITNESS WHEREOF, the undersigned have signed this consent, which may be executed in one or more counterparts, which when taken together shall constitute one and the same consent as of this 5th day of September, 2024.

JJ ARCH LLC, a New York limited liability company

By: _____
Name: Jeffrey Simpson
Title: Managing Member

OR

By: _____
Name: Jared Chassen
Title: Member

608941 NJ, INC., a New Jersey corporation

By: _____
Name: Kevin Wiener
Title: Executive Vice President

2