Hearing Date: September 25, 2024 at 2:00 p.m.

| | |
|---|---|
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>(212) 972-3000<br>Sean C. Southard, Esq.<br>Brendan M. Scott, Esq.<br>ssouthard@klestadt.com<br>bscott@klestadt.com | OLSHAN FROME WOLOSKY LLP<br>Adam H. Friedman<br>Jonathan T. Koevary<br>Katherine Mateo<br>1325 Avenue of the Americas<br>New York, NY 10019<br>212.451.2300<br>afriedman@olshanlaw.com<br>jkoevary@olshanlaw.com |
| -and - | *Counsel for Arch Real Estate Holdings LLC* |
| SCHWARTZ LAW PLLC<br>Allen Schwartz, Esq.<br>150 Broadway, Suite 701<br>New York, New York 10038<br>347-460-5379<br>allen@allenschwartzlaw.com | |
| *Counsel for Jared Chassen* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10381 (JPM) |

**NOTICE OF SECOND ADJOURNMENT OF HEARING TO CONSIDER JARED CHASSEN AND ARCH REAL ESTATE HOLDINGS LLC'S JOINT MOTION TO DISMISS THE CHAPTER 11 CASE <u>FOR THE DEBTOR'S FAILURE TO COMPLY WITH ITS OBLIGATIONS</u>**

**PLEASE TAKE NOTICE**, that on August 6, 2024, Jared Chassen and Arch Real Estate Holdings LLC (together, the "Movants"), by and through counsel, filed a Motion to dismiss the above captioned debtor's chapter 11 case (the "Motion to Dismiss") (Dkt. No. 170), which Motion to Dismiss was originally scheduled to be heard on August 29, 2024.

**PLEASE TAKE FURTHER NOTICE**, that on August 20, 2024, the Movants filed a Notice of Adjournment of Hearing to Consider the Motion to Dismiss (Dkt. No. 177), setting forth

12626299-1

a hearing date (the "Hearing") of September 10, 2024 before the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Courtroom 501, New York, NY 10004, and an objection deadline of September 3, 2024.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline has passed, however the Hearing has been adjourned and rescheduled to be held on **September 25, 2024 at 2:00 p.m. (prevailing Eastern Time),** or as soon thereafter as counsel may be heard by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Bankruptcy Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held in person before the Honorable John P. Mastando III, United States Bankruptcy Judge, at the Bankruptcy Court, One Bowling Green, Courtroom 501, New York, NY 10004.

Dated: September 11, 2024

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

 /s/ Sean C. Southard
Sean C. Southard
Brendan M. Scott
200 West 41st Street, 17th Floor
New York, New York 10036
ssouthard@klestadt.com
bscott@klestadt.com

-and-

**SCHWARTZ LAW PLLC**
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
347-460-5379
allen@allenschwartzlaw.com

2

12626299-1

*Counsel for Jared Chassen*

-and-
**OLSHAN FROME WOLOSKY LLP**

  /s/ Jonathan T. Koevary
Adam H. Friedman
Jonathan T. Koevary
Katherine Mateo
1325 Avenue of the Americas
New York, NY 10019
212.452.2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

12626299-1