

VIA ECF

September 23, 2024

The Honorable Judge John P. Mastando, III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

**Re: JJ Arch, LLC; Case No. 24-10381; Subchapter V Trustee; 4th Status Report; Request for Court Order Compliance**

Dear Judge Mastando:

I am the former Subchapter V Trustee ("Trustee") in the Subject case. This case de-selected Subchapter V status with an amended petition filed on June 5, 2024 [ECF 124]. The Trustee filed the first Status Report on April 25, 2024 (ECF 95), the second Status Report on August 19, 2024 [ECF 175] and the third Status Report on September 5, 2024 [ECF 186], all of which are incorporated herein by reference. This Status Report, the 4th, concerns the Debtor's continued non-compliance with an order entered on August 7, 2024 [ECF 172].

The fee order entered on August 7, 2024 [ECF 172] required payment of the Trustee fees within 5 days of the entry of the order i.e. August 12, 2024. The Debtor did not comply with this order. Immediately after the Trustee's filing of the 3rd Status Report [ECF 186], counsel to the Debtor offered a payment plan to the Trustee which required payment of one half the amount due on September 5, 2024, with the remaining amount to be paid on September 19. 2024 (two weeks later). The first payment was made on September 5, 2024 in the amount of $6,150 (from an account in the name of YJ SIMCO LLC). The second payment did not occur on September 19, 2024. The Trustee wrote to counsel to the Debtor and the Debtor's principle inquiring to the status of the remaining agreed to amount and payment terms. Neither counsel to the Debtor or the Debtor's principle responded to any inquiry.

The Trustee respectfully requests that the court direct the Debtor to comply with the agreed to payment terms and be in compliance with the order of the court. Thank you for your consideration to this matter.

Sincerely,

*[signature]*

Eric Huebscher
Subchapter V Trustee

office: 646.584.3141    fax: 212.202.3503
301 East 87th Street : New York, NY 10128    www.HuebscherConsulting.com