DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
Jonathan S. Pasternak, Esq.
Craig M. Price, Esq.
*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
                                            :
In re:                                      :    Chapter 11
                                            :
JJ ARCH LLC,                                :
                                            :    Case No. 24-10381 (JPM)
                   Debtor.[1]               :    Related Dkt. Nos. 130, 160, 174, 186, 192,
                                            :       and 196
------------------------------------------- X

**AMENDED[2] AGENDA FOR HEARING OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 25, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Date and Time of Hearing: September 25, 2024 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing") before the Honorable John P. Mastando III, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Room 501, One Bowling Green, New York, New York 10004.

The Hearing will be in person and remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Copies of Motions and Papers: Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York.

---

[1] The last four digits of the Debtor's federal tax identification number are 4251.
[2] This Agenda has been amended after taking into account feedback of certain of the parties.

**Contested Matters:**

1. *Debtor's Motion for an Order Pursuant to Bankruptcy Rule 3003(c)(3) Establishing a Deadline for Filing Certain Proofs of Claims and Approving Form and Manner of Notice Thereof* [Docket No. 130].

    Responses Filed:

    i. *ARCH Real Estate Holdings LLC'S Objection to the Debtor's Motion to Set Last Day to File Proofs of Claim* [Docket No. 142].
    ii. *Oak's Joinder to AREH Real Estate Holdings LLC'S Objection to the Debtor's Motion to Set Last Da to File Proofs of Claim* [Docket No. 143].
    iii. *Jared Chassen's Joinder to ARCH Real Estate Holdings LLC'S Objection to the Debtor's Motion to Set Last Day to File Proofs of Claim* [Docket No. 144].

    Replies Filed: None

    Status: Status conference requested to establish hearing date.

2. *Debtor's Motion for Entry of an Order (I) Extending the Debtor's Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief* [Docket No. 160].

    Responses Filed:

    i. *Joint Opposition of Jared Chassen and ARCH Real Estate Holdings to Debtor's Motion for an Entry of an Order (I) Extending the Debtor's Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief* [Docket No. 174].

    Replies Filed: None

    Status: This matter is going forward.

3. *Jared Chassen and ARCH Real Estate Holdings LLC'S Joint Motion to Dismiss the Chapter 11 Case for the Debtor's Failure to Comply with its Obligations* [Docket No. 170]

   <u>Responses Filed</u>:

   i. *Debtor's Objection to Jared Chassen and ARCH Real Estate Holdings LLC's Joint Motion to Dismiss Case* [Docket No. 185].
   ii. *Reply in Further Support of Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion to Dismiss the Chapter 11 Case for the Debtor's Failure to Comply with its Obligations* [Docket No. 188]
   iii. *Debtor's Response to Reply in Further Support of Jared Chassen and Arch Real Estate Holdings LLC's Joint Motion to Dismiss the Chapter 11 Case* [Docket No. 189]
   iv. *Arch Real Estate Holding's Letter Response to Debtor's Unauthorized Sur-Reply* [Docket No. 193].

   <u>Status</u>: This matter is going forward.

4. *Subchapter V Trustee Fourth Status Report and Request for Court Order Compliance* [Docket No. 196].

   <u>Responses Filed</u>: None.

   <u>Status</u>: This matter may be going forward.

Dated: New York, New York
September 24, 2024

                                        DAVIDOFF HUTCHER & CITRON LLP
                                      Attorneys for the Debtor
                                      605 Third Avenue
                                      New York, New York 10158
                                      (212) 557-7200

                                      By: _/s/ Jonathan S. Pasternak_____
                                      Jonathan S. Pasternak