

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

September 24, 2024

**VIA ECF**
The Honorable John P. Mastando III
United States Bankruptcy Judge
U.S. Bankruptcy Court – SDNY
One Bowling Green
New York, New York 10004

  Re: *In re JJ Arch LLC ("Debtor")*
     Case No. 24-10381 (JPM)

Dear Judge Mastando:

  In relation to the upcoming hearings set for September 25, 2024 at 2 pm and on behalf of our client Jared Chassen, we wish to alert the Court to a recent legal development. On September 24, 2024, Justice Andrew Borrok, on behalf of Justice Joel M. Cohen, issued the enclosed Temporary Restraining Order ("TRO") based upon the enclosed supporting memorandum of law. The TRO restrains Mr. Simpson and YJ Simco LLC from transferring to Mr. Simpson or any entity he owns or controls, including YJ Simco, or to the Debtor, the property, assets, and membership interests owned by the Portfolio Property Entities (as defined therein), pending a hearing on the matter before Justice Cohen on October 25, 2024.

  The Operating Agreements of these entities show that the Debtor is not a member or owner of Portfolio Property Entities, which instead have numerous individual investors, including Mr. Chassen and his family members. Mr. Chassen sought the TRO to prevent Mr. Simpson and YJ Simco LLC from effectuating a threatened no-consideration, insider transfer of property belonging to him and others, including his family members. Mr. Chassen argued that such a transfer (1) breaches Mr. Simpson's fiduciary duties to the various members of these entities; (2) constitutes a fraudulent conveyance under the New York's Uniform Voidable Transaction Act and (3) violates the terms of the relevant Operating Agreements.

              Respectfully submitted,

              */s/ Sean C. Southard*

              Sean. C. Southard

Hon. John P. Mastando III
United States Bankruptcy Judge
September 24, 2024
Page -2-

Enclosures.

Cc (via ECF):  James B. Glucksman
                Jonathan S. Pasternak
                Eric M. Huebscher
                Adam H. Friedman
                Jonathan T. Koevary
                Aishlinn Bottini
                Leslie C. Thorne
                Allen Schwartz