**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: JJ Arch LLC                                           CASE NO.: 24–10381–jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER: 11
82–3614251

---

# ORDER DISCHARGING CHAPTER 11 SUBCHAPTER V TRUSTEE

Eric Michael Huebscher was appointed as trustee in the above–referenced case pursuant to 11 U.S.C. § 1183(a) ("Subchapter V Trustee"). The Subchapter V Trustee has now made a final report and filed a final account of the administration of the estate as required by 11 U.S.C. §§ 1183(b)(1) and 704(a)(9).

IT IS ORDERED THAT:

Eric Michael Huebscher is discharged as Subchapter V Trustee in the above–referenced case.

Dated: September 25, 2024                                    John P. Mastando III, Bankruptcy Judge