# Notice Recipients

District/Off: 0208−1           User: admin                    Date Created: 09/25/2024
Case: 24−10381−jpm             Form ID: odsvtr2               Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | JJ Arch LLC | 88 University Place | 2nd Floor | New York, NY 10003−4566 | |
| ust | United States Trustee | Office of the United States Trustee − NY | Alexander Hamilton Custom House | One Bowling Green, Room 534 | New York, NY 10004−1408 |
| tr | Eric Michael Huebscher | Huebscher & CO. | 301 East 87th Street | 20e | New York, NY 10128 |
| aty | Brian S. Masumoto | DOJ−Ust | Alexander Hamilton Custom House | One Bowling Green Room 534 | New York, NY 10004−1408 |
| aty | Eric Michael Huebscher | Huebscher & CO. | 301 East 87th Street | 20e | New York, NY 10128 |
| aty | James B. Glucksman | Davidoff Hutcher & Citron LLP | 605 Third Avenue | New York, NY 10158 | |
| aty | Jonathan S. Pasternak | Davidoff Hutcher & Citron LLP | 605 Third Avenue | New York, NY 10158 | |
| aty | Nathan Denning | Wiggin and Dana LLP | 437 Madison Avenue | 35th Floor | New York, NY 10022 |
| aty | Scott Anthony Griffin | Griffin LLP | 420 Lexington Avenue | Suite 400 | New York, NY 10170 |

TOTAL: 9