# Exhibit A

# Kevin Wiener

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | August 3, 2024 1:40 PM |
| **To:** | Kevin Wiener |
| **Cc:** | Michael Wiener; Pasternak, Jonathan S.; Frank van Biesen; Leslie Thorne; Bill Wiener |
| **Subject:** | Re: Cambridge Wire Process - High Priority |

**EXTERNAL**

The 268 was right below and you were wrong like usual.   Before you go and make accusations multiple times in this matter you could've asked stream realty for their wire log, instead of harassing me.   But any chance you can you and your disgusting attorney will try any possibility to accuse me of something but guess what there is absolutely nothing to accuse me of. You are the villains who breached every agreement up and down just as lenders told us that you did.   There is not one "bad boy" notification from any lender from any actions I've taken.   There are letters  default for lack of payment from AREH guarantor and change the control from Oak.   Wait till they understand the right hand left-hand issue with the circumvention of the JJ consent entities that were required for any transaction.   Actually as the managing member, you need everybody's consent to do a left-hand right hand transaction, when you have ultimate benefit by relieving yourself off of guarantees.   Everyone includes every single investor!.   But why would you look at the documents why would you ask the guy that knows them  better than anybody else.   I know why because some disgusting pig of a human who has a big ego and knows nothing about anything said I'm going go try to save my brother's mistakes and you have failed terribly. You might feel you've won short term but everything you've done has been upon lies and misrepresentations that are full of misconduct will be taken to the end.    I will not stop until Justice is found and candidly I don't even know why Jon is talking to you about any type of settlement agreement.  how does one settle with criminals who have implicated everyone around them including me with their bad behavior and then they get to just run away to Canada.   Guess what?   Canada's not so far and it also has government which I am in contact with for your actions.    Surrender your guilt now and maybe I will work toward helping you get out of this mess that you put everybody in.

I must include Leslie and your father because they are equally guilty.   You will all be pursued one by one and until I'm done.

Jeffrey Simpson

Sent from my iPhone

> On Aug 2, 2024, at 3:54 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> These are the AP payments we eventually made after you transferred the funds back. They are not the missing $200 in expenditures we have no record of.
>
> Please just send the bank statements.
>
> Sent from my Galaxy

-------- Original message --------
From: jsimpson001@icloud.com
Date: 2024-08-02 3:51 p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>, Michael Wiener <MWiener@35OAK.com>
Cc: "'Pasternak, Jonathan S.'" <jsp@dhclegal.com>, Frank van Biesen <fvanbiesen@35OAK.com>
Subject: FW: Cambridge Wire Process - High Priority

**EXTERNAL**

See below. Don't ask leading questions to me for your pursuit of nonsense. Not 1 dollar went to me from Cambridge or any property level bank accounts. I am sure Frank has seen all of this by now. Where is he? Hiding, since he disclosed your insolvency back in April of 2023? I will recirculate that e mail where he sent to Jared and said do not share with me, but your golden boy proxy sent it to me anyway! YOU ARE GUILTY!!!!!

**From:** Tristan Last <tlast@archcre.com>
**Sent:** Monday, November 6, 2023 4:42 PM
**To:** Michael Wiener <MWiener@35OAK.com>; Jared Chassen <jchassen@archcre.com>; Aaron Talan <ATalan@archcre.com>; Kevin Wiener <kwiener@35oak.com>; Jeffrey Simpson <jsimpson@archcre.com>
**Cc:** Jason Paul <JPaul@archcre.com>; Rebecca Tokarczyk <rtokarczyk@archcre.com>; fvanbiesen <fvanbiesen@35oak.com>
**Subject:** Re: Cambridge Wire Process - High Priority

Thanks. Looping in Jeff.

Jeff - please see below. Will you assist with Connect One?

Best,

TRISTAN LAST

Managing Director | Arch Companies

D  646.854.7102 | C  347.931.2594

tlast@archcre.com | archcorealestate.com

88 University Place, 11th Floor, New York, NY 10003


PLEASE NOTE THAT OUR ADDRESS HAS CHANGED


Get Outlook for iOS

2

**From:** Michael Wiener <MWiener@35OAK.com>

**Sent:** Monday, November 6, 2023 4:34 PM

**To:** Jared Chassen; Aaron Talan; Kevin Wiener

**Cc:** Tristan Last; Jason Paul; Rebecca Tokarczyk; fvanbiesen

**Subject:** RE: Cambridge Wire Process - High Priority

Approved, thanks

**From:** Jared Chassen <jchassen@archcre.com>

**Sent:** Monday, November 6, 2023 2:01 PM

**To:** Aaron Talan <ATalan@archcre.com>; Michael Wiener <MWiener@35OAK.com>; Kevin Wiener <kwiener@35oak.com>

**Cc:** Tristan Last <tlast@archcre.com>; Jason Paul <JPaul@archcre.com>; Rebecca Tokarczyk <rtokarczyk@archcre.com>

**Subject:** RE: Cambridge Wire Process - High Priority

**EXTERNAL**
[EXTERNAL EMAIL]

Kevin/Mike, This needs to be sent to Jeff so he authorizes the payments, please approve.

**JARED CHASSEN**
Partner
—
**D** 646.854.1947 | **C** 646.634.9955
jchassen@archcre.com | archcorealestate.com
88 University Place, 2nd Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*



**From:** Aaron Talan <ATalan@archcre.com>

**Sent:** Monday, November 6, 2023 12:35 PM

**To:** mwiener@35oak.com; Kevin Wiener <kwiener@35oak.com>

**Cc:** Tristan Last <tlast@archcre.com>; Jason Paul <JPaul@archcre.com>; Jared Chassen <jchassen@archcre.com>; Rebecca Tokarczyk <rtokarczyk@archcre.com>

**Subject:** Cambridge Wire Process - High Priority

3

Hi Michael and Kevin,

Please see a summary below on a critical outstanding item requiring Jeff's signoff on a wire transfer.

Currently cash to fund operations sits in two bank accounts, Connect One Bank Account (which Rebecca has access to and requires Jeff's approval to transfer money) and a First Republic Bank account (which our property manager Stream can process payments from). We have been trying to get funds transferred between the two bank accounts for weeks, however, have faced difficulties with Jeff getting access to the account and setting up proper entitlements to Rebecca (which only Jeff could do). There is a queued wire transfer for **$268,264.34** pending Jeff's approval which will enable Stream to make payments at the property. Due to the delay, we are receiving utility notices and have lost cleaning services at the Property, making this a critical item.

Below is a summary of the Property's cash position and the use of the funds upon transfer.

Thank you,
Aaron

4

## Cash-on-Hand
Total Accounts Payable
Expenses Approved by Arch

## Cash Position
CNOB Bank Balance
FRB Bank Balance
AM Fee Payable
Property AP

## Usable Funds

| Process for Payment | Yes |
| --- | --- |

| Vendor Name | Account Name |
| --- | --- |
| Alexander Ricks PLLC | NR-Lease Legal |
| Charter Communications | Garage Parking/Other |
| | Internet/NR Late Fee |
| City of Charlotte | Water, Garage parking-Electric, Water Irrigation |
| | Water, Water/Sewer, Water Submeter |
| CSC | NR-Professional Fees |
| Duke Energy | Electric, Electric submeter, Garage parking electric |
| Executive Building Maintenance | Cleaning Contract, Cleaning day porter, cleaning suppli |
| L&M Kustom Karts LLC (SCY) | R&M Vehicle |
| Spectrum | Internet/NR Late Fee |
| Stream Realty Partners- Charlotte L.P | Admin, Main, and acct payroll |
| | Management fees |
| | Telephone, Computer&Software, R&M vehicle, NR-adr |
| UniFirst Corporation | Carpet/Floor |
| **Grand Total** | |

**AARON TALAN**
Senior Associate
—
D  332.334.0706 | C  914.610.6782
atalan@archcre.com | archcorealestate.com
88 University Place, 2nd Floor, New York, NY 10003

*PLEASE NOTE THAT OUR ADDRESS HAS CHANGED*

