DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
Jonathan S. Pasternak, Esq.
*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                         :
In re:                                   :   Chapter 11
                                         :
JJ ARCH LLC,                             :
                                         :   Case No. 24-10381 (JPM)
                Debtor.¹                 :
                                         :
---------------------------------------- X

**NOTICE OF WITHDRAWAL OF DEBTOR'S
MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE DEBTOR'S
EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND
SOLICIT ACCEPTANCES THEREOF AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 25, 2024, the Court held a hearing (the "Hearing") that, among other things, considered the *Motion for Entry of an Order (I) Extending the Debtor's Exclusive Periods Within Which to File A Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief* (the "Exclusivity Motion") [Docket No. 160] filed by JJ Arch LLC, as debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that on September 3, 2024, the Debtor filed its *Joint Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Small Business Debtor JJ Arch LLC* [Docket No. 184] (the "Plan").

---

¹   The last four digits of the Debtor's federal tax identification number are 4251.

1

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby withdraws the Exclusivity Motion.

Dated: October 1, 2024
      New York, New York

                                    DAVIDOFF HUTCHER & CITRON LLP
                                    /s/ Jonathan S. Pasternak
                                    605 Third Avenue
                                    New York, New York 10158
                                    Telephone: (212) 557-7200
                                    Email:  jsp@dhclegal.com
                                    *Counsel for the Debtor*

2