# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 10/16/2024 |
| Case: 24−10381−jpm | Form ID: pdf001 | Total: 108 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| cr | 608941 NJ, Inc. |
| intp | Jared Chassen |
| intp | Arch Real Estate Holdings LLC |
| unk | JPMORGAN CHASE BANK, N.A. |
| unk | CREC 88 Tower LLC |

TOTAL: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Eric Michael Huebscher | ehuebscher@huebscherconsulting.com |
| aty | Adam H. Friedman | afriedman@olshanlaw.com |
| aty | Alan H. Weinreb | alan@nyfclaw.com |
| aty | Allen Schwartz | allen@allenschwartzlaw.com |
| aty | Andrew Goldberg | Andrew@nyfclaw.com |
| aty | Brendan M. Scott | bscott@klestadt.com |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | David A. Herman | david.herman@dechert.com |
| aty | Dawn Kirby | dkirby@kacllp.com |
| aty | Denver Edwards | dedwards@bradfordedwards.com |
| aty | Eric Michael Huebscher | ehuebscher@huebscherconsulting.com |
| aty | Jacob S. Frumkin | jfrumkin@coleschotz.com |
| aty | James B. Glucksman | jbg@dhclegal.com |
| aty | Jason A Nagi | jason.nagi@offitkurman.com |
| aty | Jeffrey A. Miller | jmiller@westermanllp.com |
| aty | Jonathan S. Pasternak | jsp@dhclegal.com |
| aty | Jonathan T. Koevary | jkoevary@olshanlaw.com |
| aty | Kenneth J. Flickinger | Kenneth.flickinger@offitkurman.com |
| aty | Leslie C Thorne | leslie.thorne@haynesboone.com |
| aty | Nathan Denning | ndenning@wiggin.com |
| aty | Richard Kanowitz | richard.kanowitz@haynesboone.com |
| aty | Scott Anthony Griffin | sgriffin@grifflegal.com |
| aty | Sean C. Southard | ssouthard@klestadt.com |
| aty | William Heuer | wheuer@westermanllp.com |

TOTAL: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | JJ Arch LLC | 88 University Place    2nd Floor    New York, NY 10003−4566 |
| intp | Jeffrey Simpson | 1055 Park Avenue    Unit 4    New York, NY 10028 |
| intp | Kay Properties LLC | c/o Westerman Ball Ederer Miller    Zucker & Sharfstein, LLP    1201 RXR Plaza    Uniondale, NY 11556 |
| intp | 40 Neutral LLC | c/o Westerman Ball Ederer Miller    Zucker & Sharfstein, LLP    1201 RXR Plaza    Uniondale, NY 11556 |
| intp | ConnectOne Bank | Jacob Frumkin, Esq.    Cole Schotz P.C.    1325 Avenue of the Americas, 19th Fl.    New York, NY 10019 |
| aty | Kirby Aisner & Curley LLP | 700 White Plains Road    Ste. 237    Scarsdale, NY 10583 |
| cr | Watermill Capital Holdings LLC | c/o Margolin, Weinreb & Nierer, LLP    165 Eileen Way, Suite 101    Syosset, NY 11791 |
| 8449454 | 146 E 89 BORROWER 1 LLC | ATTN: JEFFREY SIMPSON    88 UNIVERSITY PLACE    11TH FLOOR    NEW YORK, NY 10003 |
| 8449455 | 146 E 89 BORROWER 2 LLC | ATTN: JONATHAN PELDMAN    95 JESSUP LANE    WESTHAMPTON BEACH, NY 11978 |
| 8449456 | 146 E 89 BORROWER 3 LLC | ATTN: ADAM PELDMAN    2054 RALPH AVENUE    BROOKLYN, NY 11234 |
| 8449453 | 1640 MONTAUK LLC | ATTN: JEFFREY SIMPSON    88 UNIVERSITY PLACE    11TH FLOOR    NEW YORK, NY 10003 |
| 8449462 | 1640 MONTAUK LLC | ATTN: JEFFREY SIMPSON    88 UNIVERSITY PLACE    11TH FLOOR    NEW YORK, NY 10003 |
| 8449463 | 1640 MOTORS LLC D/B/A REVER MOTORS | ATTN: JEFFREY SIMPSON    88 UNIVERSITY PLACE    11TH FLOOR    NEW YORK, NY 10003 |
| 8449460 | 225 HPR LLC | ATTN: JEFFREY SIMPSON    88 UNIVERSITY PLACE    11TH FLOOR    NEW YORK, NY 10003 |
| 8449439 | 35 OAK HOLDINGS LIMITED | C/O HAYNES AND BOONE, LLP    ATTN: LESLIE THORNE    30 ROCKEFELLER PLAZA    26TH FLOOR    NEW YORK, NY 10112 |
| 8449458 | 40 NEUTRAL LLC | ATTN: ADAM PELDMAN    2054 RALPH AVENUE    BROOKLYN, NY 11234 |
| 8450152 | 40 Neutral LLC and Kay Properties LLC | Westerman Ball Ederer Miller Zucker & Sh    1201 RXR Plaza,    Uniondale, New York 1155    Attn.: William C. Heuer, Esq.    Jeffrey A. Miller, Esq. |

| | | |
|---|---|---|
| 8449440 | 608941 NJ INC.     C/O HAYNES AND BOONE, LLP     ATTN: LESLIE THORNE     30 ROCKEFELLER PLAZA     26TH FLOOR     NEW YORK, NY 10112 | |
| 8449525 | 608941 NJ, Inc.     c/o Haynes and Boone, LLP     Attn: Leslie Thorne     30 Rockefeller Plaza, 26th Floor     New York, New York 10112 | |
| 8450525 | 608941 NJ, Inc.     c/o Haynes and Boone, LLP     Attn: Michael Weiner & Kevin Weiner     35 Oak Street     Toronto, ON M9N 1A1 Canada | |
| 8447672 | 608941 NJ, Inc.     c/o Haynes and Boone, LLP     Attn: Richard Kanowitz     30 Rockefeller Plaza, 26th Floor     New York, New York 10112 | |
| 8449442 | A.Y. STRAUSS     ATTN: AARON STRAUSS     535 FIFTH AVENUE     4TH FLOOR     NEW YORK, NY 10017 | |
| 8449441 | ADAM LEITMAN BAILEY, P.C.     ATTN: ADAM LEITMAN BAILEY     ONE BATTERY PARK PLAZA     18TH FLOOR     NEW YORK, NY 10004 | |
| 8449437 | ADAM PELDMAN     2054 RALPH AVENUE     BROOKLYN, NY 11234 | |
| 8449477 | ARBOR COMMERCIAL FUNDING I, LLC     ATTN: KENNETH DOWLING     80 STATE STREET     ALBANY, NY 12207 | |
| 8449476 | ARBOR REALTY TRUST     ATTN: GEOFF PLATT     333 EARLE OVINGTON BOULEVARD     SUITE 900     UNIONDALE, NY 11553 | |
| 8449447 | ARCH REAL ESTATE HOLDINGS LLC     C/O OLSHAN FROME WOLOSKY LLP     ATTN: ADAM H. FRIEDMAN, ESQ.     1325 AVENUE OF THE AMERICAS     NEW YORK, NY 10019 | |
| 8449446 | ARCH REAL ESTATE HOLDINGS LLC     POLSINELLI PC     ATTN: AARON E. ZERYKIER, ESQ.     600 THIRD AVENUE     42ND FLOOR     NEW YORK, NY 10016 | |
| 8449486 | AVANT 435 CAPITAL LENDER LLC     C/O CAPITOL SERVICES, INC.     ATTN: ADAM LYSTERBORGHS     108 LAKELAND AVE     DOVER, DE 19901 | |
| 8449485 | AVANT CAPITAL     C/O KRISS & FEUERSTEIN LLP     ATTN: MIKE BONEVILLE     360 LEXINGTON AVE #1200     NEW YORK, NY 10017 | |
| 8449471 | BH3 MANAGEMENT     ATTN: GREG FREEDMAN     56 WEST 22ND STREET     10TH FLOOR     NEW YORK, NY 10010 | |
| 8449470 | BH3 MANAGEMENT     C/O REED SMITH LLP     ATTN: ANDREW L. BUCK     599 LEXINGTON AVE     22ND FLOOR     NEW YORK, NY 10022 | |
| 8449484 | BI 44 LLC     ATTN: STEVEN J. KASSIN     43 WEST 24TH STREET     FLOOR 10     NEW YORK, NY 10010 | |
| 8449466 | CIM GROUP     ATTN: GARRET BJORKMAN     88 UNIVERSITY PLACE     NEW YORK, NY 10003 USA | |
| 8449465 | CIM GROUP     C/O DECHERT LLP     ATTN: JESSICA BULA     1095 6TH AVE     NEW YORK, NY 10003 | |
| 8449475 | CONNECT ONE BANK     551 MADISON AVENUE #202     NEW YORK, NY 10022 | |
| 8455106 | ConnectOne Bank     Cole Schotz P.C.     Jacob Frumkin, Esq.     1325 Avenue of the Americas, 19th Fl.     New York, NY 10019 | |
| 8449490 | DEPARTMENT OF THE TREASURY     INTERNAL REVENUE SERVICE     KANSAS CITY, MO 64999–0014 | |
| 8449469 | DOUG PROPP     C/O PHILLIPS NIZER LLP     ATTN: MICHAEL FRISCHMAN     485 LEXINGTON AVE     NEW YORK, NY 10017 | |
| 8449478 | DRAKE REAL ESTATE PARTNERS     ATTN: DAVID COTTERMAN     1251 AVENUE OF THE AMERICAS     FLOOR 34     NEW YORK, NY 10020 | |
| 8449480 | DRAKE REAL ESTATE PARTNERS     ATTN: JONATHAN GORANCE     1251 AVENUE OF THE AMERICAS     FLOOR 34     NEW YORK, NY 10020 | |
| 8449479 | DRAKE REAL ESTATE PARTNERS     ATTN: JOSE LIEVANO     1251 AVENUE OF THE AMERICAS     FLOOR 34     NEW YORK, NY 10020 | |
| 8449474 | FIRST REPUBLIC BANK     C/O SHERMAN ATLAS SYLVESTER & STAMELMAN     ATTN: TYLER J. KANDEL     210 PARK AVENUE     FLORHAM PARK, NJ 07932 | |
| 8449449 | GEICO     1 GEICO BLVD.     FREDERICKSBURG, VA 22412 | |
| 8449464 | GREAT AMERICAN INSURANCE COMPANY     C/O KAUFMAN BORGEEST & RYAN LLP     ATTN: JOSHUA DILENA, ESQ     200 SUMMIT LAKE DRIVE     VALHALLA, NY 10595 | |
| 8449472 | HOWARD WEITSCHNER     C/O MEISTER SEELIG     ATTN: JEFF SCHREIBER     125 PARK AVE, 7TH FLOOR     NEW YORK, NY 10017 | |
| 8449450 | INTUIT INC. (QUICKBOOKS)     2700 COAST AVENUE     MOUNTAIN VIEW, CA 94043 | |
| 8449482 | IRE 1700 ALTON LOAN LLC     ATTN: STEVEN KASSIN     43 WEST 24TH STREET     10TH FLOOR     NEW YORK, NY 10010 | |
| 8449481 | IRE 1700 ALTON LOAN LLC     C/O HOLLAND & KNIGHT     ATTN: ILANA STRICKLAND     31 WEST 52ND STREET     12TH FLOOR     NEW YORK, NY 10019 | |
| 8459167 | Internal Revenue Service     PO BOX 7346     Philadelphia, PA 10007–7346 | |
| 8459168 | Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101–7346 | |
| 8449433 | JARED CHASSEN     55 MANOR POND LANE     IRVINGTON, NY 10533 | |
| 8449438 | JARED CHASSEN     C/O SCHWARTZ LAW PLLC     ATTN: ALLEN SCHWARTZ, ESQ.     150 BROADWAY, SUITE 701     NEW YORK, NY 10038 | |
| 8449445 | JARED CHASSEN     c/o AIDALA, BERTUNA & KAMINS, P.C.     ATTN: JOHN M. LEVENTHAL, ESQ.     546 5TH AVENUE, 6TH FLOOR     NEW YORK, NY 10036 | |
| 8449432 | JEFFREY SIMPSON     1055 PARK AVENUE, #4     NEW YORK, NY 10028 | |
| 8449444 | JEFFREY SIMPSON     OFFIT KURMAN PA     ATTN: JASON A. NAGI, ESQ.     590 MADISON AVENUE     6TH FLOOR     NEW YORK, NY 10022 | |
| 8449443 | JEFFREY SIMPSON     c/o ALTMAN & COMPANY P.C.     ATTN: STEVEN ALTMAN, ESQ.     P.O. BOX 590, 123 N. SEA ROAD     SOUTHAMPTON, NY 11969–0590 | |
| 8449461 | JJ NY 550 LLC     ATTN: JEFFREY SIMPSON     88 UNIVERSITY PLACE     11TH FLOOR     NEW YORK, NY 10003 | |
| 8449459 | JJ NY SCHWENKS LLC     ATTN: JEFFREY SIMPSON     88 UNIVERSITY PLACE     11TH FLOOR     NEW YORK, NY 10003 | |
| 8449436 | JONATHAN PELDMAN     95 JESSUP LANE     WESTHAMPTON BEACH, NY 11978 | |

| | | | | |
|---|---|---|---|---|
| 8449592 | Jason A. Nagi, Esq. | Offit Kurman, P.A. | 590 Madison Avenue, 6th Floor | New York, NY 10022    jason.nagi@offitkurman.com |
| 8451238 | Jeffrey Simpson | 1055 Park Avenue | Unit 4 | New York, NY 10028 |
| 8454245 | Jonathan T. Koevary, Esq. | OLSHAN FROME WOLOSKY LLP | 1325 Avenue of the Americas | New York, New York 10019 |
| 8449457 | KAY PROPERTIES, LLC | ATTN: JONATHAN PELDMAN | 95 JESSUP LANE | WESTHAMPTON BEACH, NY 11978 |
| 8449468 | MADISON REALTY CAPITAL | ATTN: BRIAN SHATZ | 520 MADISON AVENUE | SUITE 3501    NEW YORK, NY 10022 |
| 8449467 | MADISON REALTY CAPITAL | C/O KRISS & FEUERSTEIN LLP | ATTN: JERRY FEUERSTEIN | 360 LEXINGTON AVE #1200    NEW YORK, NY 10017 |
| 8449435 | MICHELLE MILLER | 38 BERRY STREET | APT 7A | BROOKLYN, NY |
| 8449489 | NYS DEPT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | ALBANY, NY 12205–0300 |
| 8449473 | PRECISE CAPITAL MANAGEMENT | C/O SUKENIK, SEGAL & GRAFF, P.C. | ATTN: DANIEL GRYFE | 404 5TH AVE #5    NEW YORK, NY 10018 |
| 8449451 | STATE FARM INSURANCE COMPANIES | C/O INSURANCE SUPPORT CENTER EAST | P.O. BOX 588002 | NORTH METRO, GA 30029 |
| 8449487 | TILDEN PARK DOMESTIC LENDING SBC I LLC | ATTN: MICHAEL P. HOLLAND | CORPORATION TRUST CENTER    1209 ORANGE ST | WILMINGTON, DE 19801 |
| 8449434 | TRISTAN LAST | 160 WEST 22ND STREET | APT 605 | NEW YORK, NY 10011 |
| 8449452 | VERIZON | 1095 AVENUE OF THE AMERICAS | NEW YORK, NY 10018 | |
| 8449488 | WALKER DUNLOP | C/O KING & SPALDING | ATTN: DAVID HARD | 1185 AVENUE OF THE AMERICAS    34TH FLOOR    NEW YORK, NY 10036 |
| 8485468 | Watermill Capital Holdings LLC | c/o Margolin, Weinreb & Nierer, LLP | 165 Eileen Way, Suite 101 | Syosset, New York 11791 |
| 8485476 | Watermill Capital Holdings LLC | c/o Margolin, Weinreb & Nierer, LLP | 165 Eileen Way, Suite 101 | Syosset, New York 11791 |
| 8449483 | YEDIDIAH LLC | ATTN: SAUL SUTTON | 160 GREENTREE DR | STE 101    DOVER, KENT, DE 19904 |
| 8449448 | ZEICHNER ELLMAN & KRAUSE LLP | ATTN: STEVEN S. RAND | 1211 AVENUE OF THE AMERICAS | NEW YORK, NY 10036 |

TOTAL: 78