| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>*Withdrawing Attorneys* for *JJ ARCH LLC*<br>605 Third Avenue<br>New York, New York 10158<br>(212) 557-7200<br>Jonathan S. Pasternak | HEARING DATE: 11/12/2024<br>HEARING TIME: 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

JJ ARCH LLC,                                                                                  Case No. 24-10381 (JPM)

                                                               Debtor.
------------------------------------------------------------------------x
JEFFREY SIMPSON, individually and derivatively, as                Adv. Pro. No. 24-01335 (JPM)
managing member of JJ ARCH LLC, suing derivatively              (Removed Proceeding)
as managing member of ARCH REAL ESTATE
HOLDINGS LLC and JJ ARCH LLC,

                                                               Petitioner,

              -against-

JARED CHASSEN, FIRST REPUBLIC BANK,

                                                           Respondents.[1]

------------------------------------------------------------------------x
JJ ARCH LLC,

                                                           Plaintiff,
                                                                                                      Adv. Proc. No. 24-4025
                               v.                                              (Original Adversary
608941 NJ, INC. ET. AL.,                                                                  Proceedings)

                                                           Defendants.
------------------------------------------------------------------------x

---

[1] This is an abbreviated caption.

------------------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY,

                                                      Plaintiff,

                                                      v.                                              Adv. Proc. No. 24-4026
                                                                                        (Removed Proceeding)

ARCH REAL ESTATE HOLDINGS, LLC, et. al.

                                                     Defendants.
------------------------------------------------------------------------x

## **DECLARATION OF SERVICE**

      JAMES B. GLUCKSMAN, an attorney duly admitted to practice in the Courts of the State of New York, the U.S. District Courts for the Southern, Eastern and Western District of New York, the Second and Sixth Circuit Courts of Appeal and the U.S. Bankruptcy Court for the Western District of New York declares, under penalty of perjury pursuant to 28 U.S.C. Section 1946 as follows:

      On October 22, 2024 I served all parties receiving ECF notices in the above matters upon all parties who receive notice via the Court's ECF system.

      On October 22, 2024 I served a copy of the Motion of Davidoff Hutcher & Citron, LLP to be relieved as counsel by email upon

      1) ARCH REAL ESTATE HOLDINGS LLC by ECF and email upon:

Friedman, Adam H. <AFriedman@olshanlaw.com>; Koevary, Jonathan T. <JKoevary@olshanlaw.com>; Mateo, Katherine E. KMateo@olshanlaw.com

      2) JARED CHASSEN by ECF and email service upon:

Sean Southard <SSouthard@klestadt.com>;

Allen Schwartz <allen@allenschwartzlaw.com>;

3) 608941 NJ, Inc.

   Thorne, Leslie <Leslie.Thorne@haynesboone.com>; Bottini, Aishlinn

   <Aishlinn.Bottini@haynesboone.com>;

On October 22, 2024 I served JJ Arch, LLP by first class mail as follows, addressed as Personal & Confidential:

JJ Arch LLC
Attn: Jeffrey Simpson Managing Member
1230 Park Avenue - Apt. 16E
NY, NY 10128

PERSONAL & CONFIDENTIAL

Jeffrey Simpson
Attn: Jeffrey Simpson Managing Member
1055 Park Avenue Unit 4
New York, New York 10028

PERSONAL & CONFIDENTIAL

On October 23, 2024 I served JJ Arch Inc by service on his personal email address, not being electronically filed or listed.

Dated: October 23, 2024

/s/ James B. Glucksman
James B. Glucksman, Esq.