

200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY 10036
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

October 28, 2024

<u>VIA ECF</u>
The Honorable John P. Mastando III
United States Bankruptcy Judge
U.S. Bankruptcy Court – SDNY
One Bowling Green
New York, New York 10004

  Re: *In re JJ Arch LLC,* **Chapter 11 Case No. 24-10381 (JPM),**
    *Simpson, et al. v. Chassen, et al.*, **Adv. Pro. No. 24-01335 (JPM) and**
    *Great American Insurance Company, v. Arch Real Estate Holdings, LLC, et al.,*
    <u>Adv. Pro. No. 24-04026 (JPM)</u>

Dear Judge Mastando:

  This firm represents Jared Chassen in relation to the above-captioned matters. With reference to this firm's recent correspondence to Your Honor dated October 24, 2024 (the "<u>October 24 Correspondence</u>"), I would like to advise that we inadvertently attached the wrong state court memorandum of law from Mr. Chassen. Attached hereto as <u>Exhibit A</u> is the memorandum that we intended to reference in the October 24 Correspondence. Following the filing of our October 24 Correspondence, Justice Cohen further issued the Order attached hereto as <u>Exhibit B</u> declining to issue the order to show cause of Mr. Chassen for the reasons set forth.

              Respectfully submitted,

              */s/ Sean C. Southard*

              Sean. C. Southard

Enclosures.

Cc (via ECF): James B. Glucksman
       Jonathan S. Pasternak
       Adam H. Friedman
       Jonathan T. Koevary
       Aishlinn Bottini
       Leslie C. Thorne
       Allen Schwartz