**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: JJ Arch LLC                                  CASE NO.: 24–10381–jpm

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  11
82–3614251

---

### NOTICE OF TRANSMITTAL OF
### RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on October 22, 2024, document number 218, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 24–cv–8649 assigned to the Honorable Jeannette A. Vargas.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: April 25, 2025                                  Vito Genna
                                                       Clerk of the Court