UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: JJ ARCH LLC,<br><br>Debtor. | Bankr. Pro. #24-10381 (JPM)<br><br>Before the Honorable<br>John P. Mastando III, U.S.B.J.<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that undersigned counsel, MAIDEN LANE LAW GROUP, by and through Benjamin Robert Rajotte, Esq., located at One Maiden Lane, Suite 900, New York, New York 10038, respectfully appears in this action as counsel of record for Debtor JJ Arch LLC, and requests service of all future pleadings, notices, filings, and other papers with respect to this action.

Respectfully submitted,

Dated:  October 14, 2025
         New York, New York

MAIDEN LANE LAW GROUP

_____
Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669
rajb@mllg.nyc

*Attorneys for JJ Arch LLC*