OLSHAN FROME WOLOSKY LLP
Adam H. Friedman
Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
212.451.2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JJ ARCH LLC,<br><br>                    Former Debtor. | Chapter 11<br>(Dismissed)<br><br>Case No. 24-10381 (JPM) |

**ARCH REAL ESTATE HOLDINGS LLC'S DEMAND FOR TAXABLE COSTS**
**PURSUANT TO RULE 8021**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Arch Real Estate Holdings LLC ("AREH"), by and through its undersigned counsel, hereby files this demand (the "Demand") for taxable costs pursuant to Rule 8021 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of its Demand, AREH respectfully states as follows:

1.      Unless otherwise ordered by the District Court, "if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise." Fed. R. Bankr. P. 8021(a)(1). Moreover, "if a judgment is affirmed, costs are taxed against the appellant." *Id.* at (a)(2).

2.      Taxable costs on appeal include "producing any required copies of a brief, appendix, exhibit, or the record." *Id*. at (c)(1). "A party who wants costs taxed must, within 14 days after a judgment on appeal is entered, file with the bankruptcy clerk and serve an itemized

13299886-1

and verified bill of costs." *Id.* at (d). *See also Oren v. Kass*. No. CV-04-4297 (FB), 2007 WL 1038934, at *1 (E.D.N.Y. Apr. 3, 2007).

3. On October 11, 2024, this Court entered its *Memorandum Opinion and Order* granting AREH's and Jared Chassen's ("Chassen") joint motion to dismiss the above captioned debtor's (the "Debtor") chapter 11 case. ECF. No. 214. On October 22, 2024, the Debtor filed its notice of appeal. ECF. No. 218.

4. The appeal to the District Court was originally assigned to Judge Lorna G. Schofield, but soon thereafter was transferred to Judge Jeanette A. Vargas and currently has an index number of 24-cv-08649 (JAV) ("Appeal ECF").

5. AREH and Chassen jointly opposed the appeal. Their joint appellee brief is found at Appeal ECF No. 49.

6. On June 5, 2026, the District Court entered its Opinion and Order affirming the Bankruptcy Court's dismissal order and dismissing the appeal. Appeal ECF No. 61. On that same day, the District Court clerk entered judgment affirming the dismissal order and dismissing the appeal. *Id.* No. 62. The June 5 order and subsequent judgment were silent as to costs.

7. Because the District Court affirmed the dismissal order and dismissed the appeal, AREH is entitled to its taxable costs as appellee.

8. In the course of the appeal, the Debtor breached its appellant obligation arising under Bankruptcy Rule 8018(b) to serve and file any appendix. Moreover, Bankruptcy Rule 8018(b)(2) provides that the "appellee may serve and file with its brief an appendix containing any material that is required to be included or is relevant to the appeal or cross-appeal but that is omitted from the appellant's appendix."

2

13299886-1

9.      On account of Debtor's breach, appellees were left with no alternative but to produce an appendix of their own. Appellees did so, which appendix totaled 849 pages. *See* Appeal ECF No. 49-1, 49-2.

10.      AREH retained Counsel Press to produce the appendix and the appellate brief. A copy of Counsel Press's itemized invoice, reflecting a 30% discount negotiated by AREH, is attached as Exhibit A hereto.

11.      Proof of payment is attached as Exhibit B hereto.

12.      Pursuant to Bankruptcy Rule 8021, AREH hereby demands costs be taxed against the Debtor in the amount of the **$6,247.92** it paid to Counsel Press. These costs are verified in the accompanying Declaration of Jonathan T. Koevary, Esq., filed contemporaneously herewith.

Dated: June 15, 2026

**OLSHAN FROME WOLOSKY LLP**

*/s/* Jonathan T. Koevary
Adam H. Friedman
Jonathan T. Koevary
1325 Avenue of the Americas
New York, NY 10019
212.452.2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Counsel for Arch Real Estate Holdings LLC*

3

13299886-1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 15, 2026, a true and correct copy of the foregoing document was served electronically by the Court's CM/ECF system on all parties entitled to such notice.

/s/ Jonathan T. Koevary
Jonathan T. Koevary

13299886-1